UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>v.                            )    CRIMINAL NO. 04-10339-PJB<br>                              )             NH CR04-213-01-PB<br>TIMOTHY P. SCHROEDER and      )<br>STEVEN A. MILKIEWICZ,         )<br>                              )<br>       Defendants.            )<br>_____) | |

## MOTION FOR APPOINTMENT AS COUNSEL

Now comes defendant Steven A. Milkiewicz and hereby moves that this Court appoint Bruce A. Singal and Michelle R. Peirce of Donoghue, Barrett & Singal, P.C., One Beacon Street, Boston, Massachusetts 02108 to represent him in the above-caption matter. In furtherance of this request, undersigned counsel state that in the course of their representation of Mr. Milkiewicz to date, they have gained a familiarity with the facts underlying the charges in this case. Given the complicated nature of those facts, and of this case, it would not be efficient for a new attorney to take over Mr. Milkiewicz's defense.[1] Attorneys Singal and Peirce are members in good standing of the Bar of the Commonwealth of Massachusetts. See Affidavits of Bruce A. Singal and Michelle R. Peirce attached hereto as Exhibit A and B.

---

[1] During Mr. Milkiewicz's December 30, 2004 arraignment, this Court determined that he qualifies for appointment counsel.

WHEREFORE, the undersigned counsel respectfully requests that the Motion for Appointment As Counsel be allowed.

STEVEN A. MILKIEWICZ,
By his attorneys,

_____
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated: January 5, 2004

### CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by facsimile and first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 5th day of January, 2004.

_____
Michelle R. Peirce

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>TIMOTHY P. SCHROEDER and )<br>STEVEN A. MILKIEWICZ, )<br>)<br>Defendants. ) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

### AFFIDAVIT OF BRUCE A. SINGAL

1. I was admitted to the Massachusetts Bar in 1973.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

3. I am admitted to practice law in the following courts and jurisdictions: (a) state courts of the Commonwealth of Massachusetts; (b) United States Supreme Court; (c) United States District Court for the District of Massachusetts; and (d) United States Court of Appeals for the First Circuit.

4. I am currently a shareholder and head of the Litigation Department of the Boston law firm of Donoghue, Barrett & Singal, P.C. and currently represent defendant Steven Milkiewicz in this action.

Signed under the penalties of perjury, this 5th day of January, 2005.

Bruce A. Singal

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>TIMOTHY P. SCHROEDER and )<br>STEVEN A. MILKIEWICZ, )<br>)<br>Defendants. ) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

## AFFIDAVIT OF MICHELLE R. PEIRCE

1. I was admitted to the Massachusetts Bar in 1990.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

3. I am admitted to practice law in the following courts and jurisdictions: (a) state court of the Commonwealth of Massachusetts and (b) United States District Court for the District of Massachusetts.

4. I am an associate of the law firm of Donoghue, Barrett & Singal, P.C. and currently represent defendant Steven Milkiewicz in this action.

Signed under the penalties of perjury, this 5th day of January, 2005.

_____
Michelle R. Peirce

**EXHIBIT B**