UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10339-PJB |
| | ) NH CR04-213-01-PB |
| TIMOTHY P. SCHROEDER and | ) |
| STEVEN A. MILKIEWICZ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the defendant Steven A. Milkiewicz in the above-captioned matter.

STEVEN A. MILKIEWICZ,
By his attorneys,

_____
Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:  January 5, 2004

## CERTIFICATE OF SERVICE

  I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 5th day of January, 2004.

_____
Michelle R. Peirce