UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10339-PJB |
| ) | NH CR04-213-01-PB |
| TIMOTHY P. SCHROEDER and ) | |
| STEVEN A. MILKIEWICZ, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW ERRONEOUS ENTRY OF APPEARANCE

Undersigned counsel hereby requests to withdraw the entry of appearance filed today in the above-captioned case. In support of this request, counsel state that the entry of appearance was in error. The defendant Milkiewicz has been qualified for appointment of counsel, and undersigned counsel has filed a motion for them to be appointed to represent him. Accordingly, no entry of appearance should have been filed on behalf of defendant Milkiewicz, or is appropriate, in this appointed case.

STEVEN A. MILKIEWICZ,
By his attorneys,

_____
Bruce A. Singal, BBO #464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated: January 5, 2004

CERTIFICATE OF SERVICE

    I, Bruce A. Singal, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 5th day of January, 2004.

_____
Bruce A. Singal