Order Setting Conditions of Release (AO 199ABC 6/97-5/99-6/97)



# UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Steven A. Milkiewicz
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number:  CR 04-10339-PJB (MA)
CR.04-213-01-PB (NH)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

☒    The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

☒    The defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.

☒    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed or as directed.

☐    The defendant shall appear at U.S. District Court, 55 Pleasant St., Concord, NH on _____
     _____ at _____ for _____ and when and where as ordered by the Court.

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☐    The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐    The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Order Setting Conditions of Release (AO 199ABC 6/97-5/99-6/97)

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ The defendant is placed in the custody of:

_____
_____
_____ Tel: _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

☒ The defendant shall:
- ☒ report on a regular basis to the supervising officer.
- ☒ maintain or actively seek employment.
- ☒ refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ☒ surrender any firearm(s) to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
- ☐ surrender any passport to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
- ☐ obtain no passport.
- ☒ submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ☐ refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ☐ participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ☐ defendant detained until he/she can be released directly into an inpatient treatment facility.
- ☒ restrict travel to the State(s) of New Hampshire & Massachusetts_____. Any other travel must be pre-approved by the pretrial services office or the supervising officer.
- ☐ avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____.
- ☐ have no unsupervised contact with any minor children.
- ☒ refrain from [ ] any [✓] excessive use of alcohol.
- ☐ participate in the following home confinement program components and abide by all the requirements of the program:
    - ☐ Curfew: You are restricted to your residence every day [ ] from _____ to _____, or [ ] as directed by the pretrial services office or supervision officer, or

<u>Order Setting Conditions of Release (AO 199ABC 6/97-5/99-6/97)</u>

- ☐ Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
- ☐ Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- ☐ the home confinement program will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

☐ refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
☐ undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
_____ .
☐ execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____.
☐ post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____.
☐ execute a bail bond with solvent sureties in the amount of $_____.
☐ return to custody each (week)day as of _____ after being released each (week)day as of _____ for employment, schooling or the following limited purpose(s) _____
_____ .
☐ maintain or commence an education program.
☐ maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
☐ report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
☐ Other: _____
_____
_____ .

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pre-trial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment or a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to 10 years of imprisonment or a $250,000 fine or both to tamper with a witness, victim, or informant; to retaliate or attempt to retaliate against a witness, victim, or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

Order Setting Conditions of Release (AO 199ABC 6/97-5/99-6/97)

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) on offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.
A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 12/30/04

Signature of Defendant

Street Address: 119 Summer ST

City, State, Zip Code: Scituate, MA 02066

Telephone: (781) 545-7348

## Directions to United States Marshal

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

☑ The defendant is ORDERED released after processing.

Date: 12/30/04

☑ United States Magistrate Judge
☐ United States District Judge

cc: Defendant
U.S. Attorney
U.S. Marshal
U.S. Probation
Defense Counsel