UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIMOTHY P. SCHROEDER and<br>STEVEN A. MILKIEWICZ,<br><br>    Defendants. | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

## MOTION TO ORDER TRANSCRIPT

Now comes defendant Steven A. Milkiewicz and hereby moves that this Court authorize payment for the hearing transcript of the change of plea for co-defendant Timothy Schroeder held on January 3, 2005. In furtherance of this request, undersigned counsel state that Mr. Schroeder is alleged to have been a co-conspirator with Mr. Milkiewicz in this criminal case and it is anticipated that he will testify at trial. Accordingly, a transcript of his guilty plea in this matter is necessary for adequate representation of Mr. Milkiewicz. Undersigned counsel has completed and executed Form CJA 24 Authorization and Voucher for Payment of Transcript, attached hereto as Exhibit A.

WHEREFORE, defendant Milkiewicz respectfully requests that his Motion to Order Transcript be allowed.

                                    STEVEN A. MILKIEWICZ,
                                    By his attorneys,


                                    _____
                                    Bruce A. Singal, BBO#464420
                                    Michelle R. Peirce, BBO #557316
                                    Donoghue, Barrett & Singal, P.C.
                                    One Beacon Street, Suite 1320
                                    Boston, MA  02108
                                    (617) 720-5090

Dated:  February 23, 2005

CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 23rd day of February, 2005.

_____
Michelle R. Peirce

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MAX | Milkiewicz, Steven A. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:04-010339-002 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Milkiewicz | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 287.F -- FALSE OR FRAUDULENT CLAIMS

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

Trial and possibly in pre-trial motion/s.

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Guilty plea of Timothy Schroeder on January 3, 2005

**14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)** — Judge's Initials

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    Date: 2/23/05

Printed Name: Michelle Peirce

Telephone Number: _____

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization   *Appointed by Motion

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

Telephone Number: _____

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____   Date: _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

**23. APPROVED FOR PAYMENT**

Signature of Judicial Officer or Clerk _____   Date _____

**24. AMOUNT APPROVED**