UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY P. SCHROEDER and ) <br> STEVEN A. MILKIEWICZ, ) <br> ) <br> Defendants. ) | CRIMINAL NO. 04-10339-PJB <br> NH CR04-213-01-PB |

### JOINT MOTION TO CONTINUE TRIAL DATE

The parties in the above-captioned case jointly move to continue the trial date which is presently scheduled to take place on April 5, 2005, and ask that it be rescheduled for September 6, 2005, or thereafter at a time that is convenient for the Court. The parties also request that the pretrial conference scheduled for March 23, 2005, be changed accordingly in light of the new proposed trial date.

As grounds for this Motion, the parties note that this is the first such request since defendant was arraigned on December 30, 2004. Furthermore, this case is a complicated document case embracing nearly six years' worth of transactions the defendant allegedly had with, among others, the United States District Court for the District of Massachusetts' Clerk's Office. In addition, the indictment includes five counts for five separate years of allegedly false tax returns, all of which will require significant document and other work. Accordingly, the time involved to prepare for trial in this matter is significant.

WHEREFORE, the parties jointly request that the Court approve the proposed continuance referenced above.

          STEVEN A. MILKIEWICZ,
          By his attorneys,


          _____/s/  Michelle R. Peirce_____
          Bruce A. Singal, BBO#464420
          Michelle R. Peirce, BBO #557316
          Donoghue, Barrett & Singal, P.C.
          One Beacon Street, Suite 1320
          Boston, MA  02108
          (617) 720-5090

          MICHAEL J. SULLIVAN
          United States Attorney


By:    _____/s/    Paul G. Levenson_____
          Paul G. Levenson
          Assistant U.S. Attorney
          United States Attorney's Office
          One Courthouse Way, Suite 9200
          Boston, MA  02210

Dated:  March 15, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 15th day of March, 2005.

          _____/s/    Michelle R. Peirce_____
          Michelle R. Peirce