UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10339-PJB |
| | ) | NH   CR04-213-01-PB |
| STEVEN A. MILKIEWICZ, | ) | |
| | ) | |
| Defendant. | ) | |

**Joint Motion For Speedy Trial Order**

The United States of America, by its undersigned counsel, and Defendant Steven A. Milkiewicz, by his counsel, jointly request that this matter shall be treated as a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii), for purposes of the Speedy Trial Act, 18 U.S.C. §3161 et seq. In support of this motion, the parties state as follows:

1.   The allegations in this case relate to a charged scheme to defraud the United States District Court by rigging bids for various office supplies and office furniture that Schroeder (a former Court employee) purchased for the Court and by allowing Milkiewicz to bill the Court for quantities of supplies substantially in excess of what was actually delivered. To date, the United States has provided approximately 15 boxes of material for review and copying through automatic discovery.

2.   Pursuant to Title 18, United States Code, Section 3161 (h)(8)(B)(ii), this case is sufficiently complex, given the nature of the prosecution and the large volume of materials made available in discovery, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and

3.	Pursuant to Title 18, United States Code, Section 3161 (h)(8)(A), the ends of justice served by not fixing a trial date within the time limits established by the Speedy Trial Act outweigh the best interest of the defendants and the public in a speedy trial.

4.	Counsel for both the United States and the defendant have consented to the designation of this case as complex for Speedy Trial Act purposes.

WHEREFORE, the parties request that this matter shall be treated as a complex case pursuant to Title 18, United States Code, Section 3161 (h)(8)(B)(ii), for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Respectfully submitted,

MICHAEL J. SULLIVAN  
United States Attorney

STEVEN A. MILKIEWICZ

By: ___/s/ Paul G. Levenson___  
PAUL G. LEVENSON  
Assistant U.S. Attorney  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA 02210  
(617) 748-3147

By: ___/s/ Michelle R. Peirce___  
Bruce A. Singal, BBO#464420  
Michelle R. Peirce, BBO #557316  
Donoghue, Barrett & Singal, P.C.  
One Beacon Street, Suite 1320  
Boston, MA 02108  
(617) 720-5090

Dated: March 15, 2005

CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 15th day of March, 2005.

___/s/ Michelle R. Peirce___  
Michelle R. Peirce