**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Criminal No. NH-04-213-02-PB
　　　　　　　　　　　　　　　　　　　　　　　　MA-04-10339-PJB
**Steven A. Milkiewicz**

**O R D E R**

    Defendant and the government, through counsel, have jointly moved to continue the April 5, 2005 trial in the above case citing the need for additional time to complete complex discovery and prepare a defense.

    Accordingly, to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from April 5, 2005 to September 6, 2005 in Massachusetts. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 23, 2005 final pretrial conference is continued to Tuesday, August 30, 2005 at 2:00 p.m. in New Hampshire.

SO ORDERED.

    /s/ Paul Barbadoro
Paul Barbadoro
United States District Judge
District of New Hampshire

March 22, 2005

cc:  Paul G. Levenson, Esq.
     Bruce A. Singal, Esq.
     William A. Brown, Esq.
     United States Probation
     United States Marshal