UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10339-PJB |
| | ) | NH CR04-213-01-PB |
| TIMOTHY P. SCHROEDER and | ) | |
| STEVEN A. MILKIEWICZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR PAYMENT OF DUPLICATION SERVICES

Now comes defendant Steven A. Milkiewicz and hereby moves that this Court authorize payment for duplication of documents provided by the Government.

In February 2005, the Government provided 10 boxes of documents to the defendant Milkiewicz at which time defendant Milkiewicz arranged to have these documents duplicated by an outside vendor, Merrill Corp.  The duplication services totaled $5,684.07.

The Government has now made available to Milkiewicz additional documents to the defendant Milkiewicz.  Merrill Corp. has estimated that the charge for duplication services will total approximately $3,000.00.

In furtherance of this request, undersigned counsel state that these documents are necessary for adequate representation of Mr. Milkiewicz.

WHEREFORE, defendant Milkiewicz respectfully requests that his Motion for Payment of Duplication Services in the amount of $8,684.07 be allowed.

STEVEN A. MILKIEWICZ,
By his attorneys,


_____/s/_____Michelle R. Peirce_____
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   March 28, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 28th day of March, 2005.


_____/s/_____Michelle R. Peirce_____
Michelle R. Peirce