UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10339-PJB |
| ) | NH  CR04-213-01-PB |
| STEVEN A. MILKIEWICZ, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Are you, a family member, or someone close to you employed by any law enforcement agency?

4. Are you, a family member, or someone close to you employed by the internal revenue service or any other tax agency?

5. Do you have any religious or personal beliefs that would make it difficult for you to sit in judgment on a fellow citizen?

6. Are you, a family member, or someone close to you employed by any court system, including the courts of the United States?

7. Are you, a family member, or someone close to you trained as an accountant or auditor?

8. Are you, a family member, or someone close to you employed in the field of acquisition or procurement?

9. Are you, a family member, or someone close to you employed in the field of purchasing or selling office supplies or furniture?

10. This case involves charges that the defendant participated in a fraud involving over-payments for office supplies used by the United States District Court for the District of Massachusetts, which is currently headquartered in this Courthouse. Have you read or heard anything about this matter?

11. This case also involves charges that the defendant signed false income tax returns, do you have any views or beliefs about the United States' tax system that would make it difficult for you to sit in judgment on a fellow citizen charged with violating tax laws?

12. Have you, a family member, or someone close to you had any dealings – positive or negative – with the Internal Revenue Service or any state tax agency, that might influence your view of this case?

13. Are you familiar with any of the individuals on either the United States' or the defendant's witness lists?

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

dated: August 26, 2005

                        By: /s/Paul G. Levenson
                            PAUL G. LEVENSON
                            Assistant U.S. Attorney
                            John Joseph Moakley United States Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3147