UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>STEVEN A. MILKIEWICZ,               )<br>)<br>            Defendant.                        )<br>) | Crim. No. 04-10339-PJB<br>NH  CR04-213-01-PB |

## UNITED STATES' WITNESS LIST

The United States anticipates calling some or all of the following witnesses in its case in chief:

1. Special Agent Edward Kappler, FBI
   Boston Field Office
   1 Center Plaza
   Boston, MA

2. Christine Karjel, Finance Administrator
   United States District Court
   1 Courthouse Way
   Boston, MA 02201
   Residence: Mansfield, MA

3. Paul Crowley, Representative
   (Or other representative/record keeper)
   Internal Revenue Service
   Andover Service Center
   310 Lowell Street
   Andover, Massachusetts 01801
   Residence: Hooksett, NH

4. Francis Dello Russo,
   Administrative Manager
   U.S. District Court
   One Courthouse Way
   Boston, MA 02210
   Residence: Stoneham, MA

5. Anthony Anastas, Former Clerk
   U.S. District Court
   One Courthouse Way
   Boston, MA 02210

6. William Ruane, Chief Deputy Clerk
   U.S. District Court
   One Courthouse Way
   Boston, MA 02210
   Residence: Belmont, MA

7. Jean Zaniewski, Inspector
   United States Postal Inspection Service
   495 Summer Street, Suite 600
   Boston, MA 02210

8. Richard E. Kelly,
   Corporate Account Manager
   New England Office Supply
   135 Lundquist Drive
   Braintree, MA 02184-5235
   Residence: Scituate, MA

9. Michael R. Tracey, President
   Tracey Sales
   77 Accord Park Drive
   Norwell, MA 02061
   Residence: Norwell, MA

10.    William T. Pike, former Sales Representative
    A & G Sales, Inc.
    122 Cummings Park
    Woburn, MA 01801
    Residence: Foxboro, MA

11.    James H. Keegan
    Tax Preparation And Planning
    43 Milton St
    Arlington, MA 02474
    Residence: Belmont, MA

12.    Timothy Schroeder
    81 Palmer Road
    Plymouth, MA
    Residence: Plymouth, MA

13.    David Wai Pui, Owner
    Imperial Garden Restaurant
    881 Washington Street
    Hanover, MA
    Residence: Brookline, MA

14.    Brian McMenimen, Esq.
    Burke & McMenimen
    35 India
    Boston, MA 02110

15.    Special Agent John Wlodyka, IRS-CI
    15 New Sudbury Street
    Boston, MA 02203

Record Keepers:

16.    Edith Cavanaugh,
    Keeper of Records, Papa Bear Travel
    Residence: Braintree, MA

17.    Denise Gage, Supervisor
    Bank of America
    (or other Keeper of Records, former Fleet National Bank accounts)
    5701 Horatio Street
    NY/UT/35402J
    Utica, NY 13502

18.    Violet Radzikowski, Assistant Keeper of Records (or other Keeper of Records)
    Citizens' Bank of Massachusetts
    20 Cabot Road
    Medford, MA 02155

19.    Nicholas J. Guerrieri, Assistant Controller
    Krueger
    Residence: Greenbay, WI

20.    Alain Charbonneau
    President
    A.D.I.
    Residence: St. Lambert, Canada

21.    Henry Franzone, President
    Franzone Associates & Northeast Space Solutions
    Residence: Pine Plains, NY

22.    Daniel Falvey
    Falvey Finishing Co., Inc.
    Residence: Walpole, MA

23.    Jean Falvey, Secretary
    Falvey Finishing Co., Inc.
    Residence: Walpole, MA

24.    John McDonnell, Controller
    Document Management Service, Inc.
    Residence: Milton, MA
    Residence: Holbrook, MA

25. John Delano, President
    Making Your Mark, Inc.
    Residence: Quincy, MA

26. Frank Lane, President
    Lane Printing Company

27. Kirsten Herrington, Controller
    Lease Corporation of America
    Residence: Sterling Hights, MI

28. Stephen Smith, Executive Director
    Best of Care
    Residence: Stoughton, MA

29. C. Ethan O'Brien, General Manager
    Faxon Sales, Inc.
    Residence: Shelburne Falls, MA

30. Lauren Fleischer, Purchasing Dept.
    A.K. Thomas Company
    Residence: Methuen, MA

31. Warren Green, former Owner and President
    Hub Engraving/ Mass Envelope Company
    Residence: Ashland, MA

32. Miguel Gonzalez, Office Manager
    Nordplan USA, Inc.
    Residence: Croydon, PA

33. Paul F. Morante, Owner
    Troubleshooters
    Residence: Uxbridge, MA

34. Tiffany Chou, Cash Management
    New England Office Supply
    Residence: Quincy, MA

35. Theresa Cooper, Customer Service Representative
    The Ink Spot
    Residence: Quincy, MA

36. Gerald Meyer, Controller
    Jasper Desk Company
    Residence: Jasper, IN

37. Justine Anderson, Credit Manager
    Stylex
    Residence: Trenton, NJ

38. Michael J. Williams, Credit Manager
    Resale Paper
    Residence: Dorchester, MA

39. William Pettit, President
    Pettit Fine Furniture
    Residence: Sarasota, FL

40. David Spets, President
    Spets Associates, Inc.
    Residence: Lincoln, RI

41. J. Gregory Steele, President
    Fay Paper Products, Inc.
    Residence: North Dighton, MA

42. John Stevens, Chief Executive Officer
    Quick Turn Around
    Residence: Duxbury, MA

43. Cathy Schumer, Corporate Comptroller of WS Packaging Group, Inc.
    Label Art, Inc.
    Residence: Greenbay, WI

44. Alex Bahouth, Accounts Receivable Manager
    All-State Legal
    Residence: Hasbrouck Heights, NJ

45. Denise Sullivan, Account Manager
    Rentacrate Incorporated
    Residence: Kingston, MA

46. Howard M. Whitman, Director/Vice President
    American Expandable and President of Holex Office Systems
    Residence: New City, NJ

47. Paul Kennedy, Vice President
    A & G Sales, Inc.
    Residence: North Reading, MA

48. Michael J. Farrow, Corporate Executive Officer
    Material Installation, Inc.
    Residence: Burlington, MA

49. Robert C. Gunn, Keeper of Records
    Northeastern Envelope
    Residence: Buffalo, NY

50. Thomas Schaefer, President
    Systematics, Inc.
    Residence: Shrewsbury, MA

51. Tasha Mahoney, Office Manager
    Custom Office Furniture of Boston
    Residence: Boston, MA

52. Joyce Pelletier, Senior Manager, Financial Accounts
    Beacon Hill Showrooms (The Robert Allen Group)
    Residence: Bridgewater, MA

53. Christine Sander, Account Manager
    Comm-Unity - A Division of Jasper Seating Co., Inc.
    Residence: Celestine, IN

54. David P. Matts, Director,
    Stephan Fossler Company
    Residence: Crystal Lake, IL

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  August 29, 2005

By: /s/ Paul G. Levenson
    PAUL G. LEVENSON
    Assistant U.S. Attorney
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3147