UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>v. )<br><br>TIMOTHY P. SCHROEDER and )<br>STEVEN A. MILKIEWICZ, )<br><br>Defendants. ) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE "BID RIGGING"
ALLEGATIONS AND EVIDENCE**

Defendant, Steven A. Milkiewicz, moves under Federal Rule of Evidence 403, among

other authorities, to preclude the government from presenting a "bid rigging" case at trial. As

discussed in the accompanying "Memorandum in Support of Motion in Limine to Exclude 'Bid

Rigging' Allegations and Evidence," there is no probative value to such evidence because there

is no legally-required bidding process at issue here. And, even if some of that evidence had some

probative value, that minimal probative value is vastly outweighed by the prejudice and

confusion that will result as the jury will erroneously believe it is hearing a criminal bid rigging

case when it is not.

1

## REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this Motion, Defendant requests the

opportunity to present oral argument under Local Rules 7.1(D) and 112.1.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel certify that Michelle R. Peirce has conferred with Assistant

United States Attorney Paul Levenson and has attempted in good faith to resolve or narrow the

issues raised by this Motion.

<div style="margin-left:40%">

STEVEN A. MILKIEWICZ,
By his attorneys,


_____/s/  Michelle R. Peirce_____
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:  August 29, 2005

</div>

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document
to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis,
Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110,
Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's
Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 29th day of August, 2005.

<div style="margin-left:40%">

_____/s/  Michelle R. Peirce_____
Michelle R. Peirce

</div>