UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 04-10339-PJB |
| STEVEN A. MILKIEWICZ, | ) ) ) | NH  CR04-213-01-PB |
| Defendant. | ) ) | |

**UNITED STATES' EXHIBIT LIST**

The United States anticipates offering some or all of the following exhibits listed in the attached pages in its case in chief:

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  August 30, 2005

By: */s/ Paul G. Levenson*
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 001 | Chart: U.S. District Court Purchases from J. Cameron Co. and CJ Sales / Cost of Goods Sold to U.S. District Court from J. Cameron Co. / Profit | | | | | |
| 001a | Chart: U.S. District Court Purchases from J. Cameron Co. and CJ Sales | | | | | |
| 001b | Chart: Cost of Goods Sold from J. Cameron Company to U.S. District Court | | | | | |
| 002 | Tax Return Comparison | | | | | |
| 002a | Gross Receipts Detail Tax Years 1997 - 2001 | | | | | |
| 002b | Cost of Goods Sold Detail Tax Years 1997 - 2001 | | | | | |
| 003 | Imperial Garden Expenditures | | | | | |
| 020 | U.S. District Court Internal Review of Court Financial Activities September 29, 1997 | MLK002926 | MLK002931 | | | |
| 021 | U.S. District Court Internal Review of Court Financial Activities December 15, 1998 | MLK002932 | MLK002937 | | | |
| 022 | U.S. District Court Internal Review of Court Financial Activities December 20, 1999 | MLK002938 | MLK002944 | | | |
| 023 | U.S. District Court Internal Review of Court Financial Activities November 29, 30 & December 1, 2000 | MLK002945 | MLK002957 | | | |
| 024 | U.S. District Court Internal Review of Court Financial Activities December 19, 20 & 21, 2001 | MLK002958 | MLK002975 | | | |
| 025 | Guide to Judiciary Policies and Procedures - Administrative Manual Chapter VIII. Procurement, Contracting, and Property Management | MLK002993 | MLK003052 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | | |
|---|---|---|---|---|---|---|
| 026 | Letter, July 16, 2002, Brian J. McMenimen to Stephen G. Huggard re: Grand Jury Subpoena -- Keeper of Records, J. Cameron Company. | MLK003301 | MLK003301 | | | |
| 027 | Post Office Box Rental Form, C.J. Sales, North Scituate | MLK003302 | MLK003302 | | | |
| 028 | Post Office Box Rental Form, C.J. Sales, North Scituate | MLK003303 | MLK003303 | | | |
| 029 | Plea Agreement Timothy Schroeder 3/21/05 | MLK003304 | MLK003307 | | | |
| 030 | Price Quote, Tracey Sales, Inc., Nov. 5, 1997 (200 Toner Cartridges, HP 92298A) | MLK003308 | MLK003308 | | | |
| 031 | Federal District Court Toner/Developer/Dispersant Supply List, Tracey Sales, Inc., 8/21/97 | MLK003309 | MLK003309 | | | |
| 032 | Facsimile Cover Sheet, 8/14/97, Tracey Sales, Inc. with prices for envelopes | MLK003310 | MLK003310 | | | |
| 033 | Letterhead, A&G Sales, Inc. | MLK003311 | MLK003311 | | | |
| 034 | Tax Guide Sheet | MLK003053 | MLK003053 | | | |
| 035 | Laverty & Powell 3/8/99 letter to IRS Re: Steven & Gail Milkiewicz requesting waiver of late filing penalties - 1997 Tax Return | MLK003054 | MLK003054 | | | |
| 036 | Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz | MLK003055 | MLK003089 | | | |
| 037 | Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz | MLK003090 | MLK003125 | | | |
| 038 | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz | MLK003126 | MLK003162 | | | |
| 039 | Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz | MLK003163 | MLK003202 | | | |
| 040 | Form 1040 U.S. Individual Income Tax | MLK003203 | MLK003248 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Return 2001 - Milkiewicz |  |  |  |  |  |
| 041 | Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz (original) |  |  |  |  |  |
| 042 | IRS Transcript 1997 - Milkiewicz | MLK003312 | MLK003316 |  |  |  |
| 043 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz | MLK003317 | MLK003334 |  |  |  |
| 044 | Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz (original) |  |  |  |  |  |
| 045 | IRS Transcript 1998 - Milkiewicz | MLK003335 | MLK003339 |  |  |  |
| 046 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz | MLK003340 | MLK003359 |  |  |  |
| 047 | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz (original) |  |  |  |  |  |
| 048 | IRS Transcript 1999 - Milkiewicz | MLK003360 | MLK003363 |  |  |  |
| 049 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz | MLK003364 | MLK003382 |  |  |  |
| 050 | Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz (original) |  |  |  |  |  |
| 051 | IRS Transcript 2000 - Milkiewicz | MLK003383 | MLK003387 |  |  |  |
| 052 | Certified Copy Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz | MLK003388 | MLK003408 |  |  |  |
| 053 | Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz (original) |  |  |  |  |  |
| 054 | IRS Transcript 2001 - Milkiewicz | MLK003409 | MLK003413 |  |  |  |
| 055 | Certified Copy Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz | MLK003414 | MLK003435 |  |  |  |
| 056 | Papa Bear Travel: Records of Purchases - Steven Milkiewicz | MLK003436 | MLK003439 |  |  |  |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| 057 | Records from HCFU Account #7040970 | MLK003440 | MLK003451 | | | | |
|---|---|---|---|---|---|---|---|
| 058 | Records from Citizens Bank Account No. 110554-469-6 Timothy Schroeder | MLK003452 | MLK003484 | | | | |
| 059 | Records from American Express Acct No. 3723-136594-41007 Timothy Schroeder | MLK003485 | MLK003497 | | | | |
| 060 | Records of Discover Card Acct #6011001880102092 Timothy Schroeder | MLK003598 | MLK003639 | | | | |
| 061 | Records of HSBC Bank USA Acct #8137848277 Timothy Schroeder | MLK003640 | MLK003689 | | | | |
| 062 | Records of American Express - Gail Milkewicz Acct #3782-406649-22008 | MLK003690 | MLK003710 | | | | |
| 063 | Records of Fleet Boston J. Cameron Co. Acct #55259134 | MLK003711 | MLK003731 | | | | |
| 064 | Records of BostonPlus Statement of Accounts - Gail Milkiewicz or Steven Milkiewicz Acct#800-09959 Period 2/11/99-3/11/99 | MLK003732 | MLK003782 | | | | |
| 065 | Records of BostonPlus Statement of Accounts - Gail Milkiewicz or Steven Milkiewicz Acct#800-09959 Period 1/12/00-1/11/00 | MLK003783 | MLK003880 | | | | |
| 066 | Records of FleetOne Premier Statement 1/12/01 - 2/12/01 Gail Milkiewicz or Steven Milkiewicz Acct #0080009959 | MLK003881 | MLK004018 | | | | |
| 067 | Records of FleetOne Premier Statement 1/15/02 - 2/12/02 Gail Milkiewicz or Steven Milkiewicz Acct #0080009959 | MLK004019 | MLK004099 | | | | |
| 100 | Financial Records, U.S. District Court Clerk's Office (Vouchers and attached documents for sales to J. Cameron Company and C.J. Sales) | | | | | | |
| 101a | Voucher 3881167376 J. Cameron dated | MLK000290 | MLK000290 | | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

|      |                                                                      |            |            |  |  |  |
|------|----------------------------------------------------------------------|------------|------------|--|--|--|
|      | 8/5/98                                                               |            |            |  |  |  |
| 101b | Voucher 3881167376 J. Cameron dated 8/5/98                           | MLK000291  | MLK000291  |  |  |  |
| 101c | J. Cameron Invoice dated 7/29/98                                     | MLK000292  | MLK000292  |  |  |  |
| 101d | J. Cameron Packing Slip #42025                                       | MLK000293  | MLK000293  |  |  |  |
| 101e | J. Cameron Invoice dated 8/3/98                                      | MLK000294  | MLK000294  |  |  |  |
| 101f | J. Cameron Packing Slip 42020                                        | MLK000295  | MLK000295  |  |  |  |
| 101g | Voucher #3890169689 dated 10/27/98                                   | MLK000324  | MLK000324  |  |  |  |
| 101h | J. Cameron Invoice dated 8/3/98                                      | MLK000325  | MLK000325  |  |  |  |
| 101i | J. Cameron Price Quote                                               | MLK000326  | MLK000326  |  |  |  |
| 101j | Voucher #3890169689 - J. Cameron dated 10/27/98                      | MLK000327  | MLK000327  |  |  |  |
| 102a |                                                                      | MLK000357  | MLK000357  |  |  |  |
| 102b | J. Cameron Invoice dated 1/4/99                                      | MLK000358  | MLK000358  |  |  |  |
| 102c | J. Cameron Invoice dated 12/23/98                                    | MLK000359  | MLK000359  |  |  |  |
| 103a | Voucher to C.J. Sales dated 10/13/99                                 | MLK00018   | MLK00018   |  |  |  |
| 103b | C.J. Sales Invoice 10/5/99 $8760.00                                  | MLK000019  | MLK000019  |  |  |  |
| 104a | Voucher - C.J. Sales dated 1/31/00                                   | MLK000022  | MLK000022  |  |  |  |
| 104b | C.J.Sales Invoice - dated 1/21/00 $24,851.25                         | MLK000023  | MLK000023  |  |  |  |
| 104c | C.J. Sales Invoice - dated 1/21/00 $24,851.25                        | MLK000024  | MLK000024  |  |  |  |
| 104d | Voucher - C.J. Sales dated 1/31/00                                   | MLK000025  | MLK000025  |  |  |  |
| 104e | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten note)| MLK000026 | MLK000026  |  |  |  |
| 104f | Purchase Order No. 2296 C.J. Sales - dated 1/8/93                    | MLK000027  | MLK000027  |  |  |  |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | |
|---|---|---|---|---|---|
| 104g | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten total) | MLK000028 | MLK000028 | | |
| 104h | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 | MLK000029 | MLK000029 | | |
| 104i | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 | MLK000030 | MLK000030 | | |
| 104j | C.J. Sales Price Quotation re: 2296 | MLK000031 | MLK000031 | | |
| 104k | J. Cameron Price Quote | MLK000032 | MLK000032 | | |
| 104l | Savin Corproation Hewlette Packard Laser Supplies | MLK000033 | MLK000033 | | |
| 104m | A&G Sales, Inc. Re: Laser Toner Prices | MLK000034 | MLK000034 | | |
| 104n | New England Office Supply Proposal 21027 dated 1/24/00 | MLK000035 | MLK000035 | | |
| 104o | C.J. Sales Invoice dated 1/31/00 re: 2296 | MLK000036 | MLK000036 | | |
| 105a | Voucher - C.J. Sales dated 4/24/00 $21570.00 | MLK000043 | MLK000043 | | |
| 105b | Invoice - C.J. Sales 4/24/00 re: Order #10881 | MLK000044 | MLK000044 | | |
| 105c | USDC Order #10881 to C.J. Sales $21,570.00 | MLK000045 | MLK000045 | | |
| 105d | P.O. terms | MLK000046 | MLK000046 | | |
| 105e | C.J. Sales Price Quotation | MLK000047 | MLK000047 | | |
| 105f | New England Office Supply Proposal #23905 4/20/00 | MLK000048 | MLK000048 | | |
| 105g | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m.) | MLK000049 | MLK000049 | | |
| 105h | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m.) page 2 | MLK000050 | MLK000050 | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | | |
|---|---|---|---|---|---|---|
| 105i | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) | MLK000051 | MLK000051 | | | |
| 105j | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) page 2 | MLK000052 | MLK000052 | | | |
| 105k | J. Cameron Price Quote | MLK000053 | MLK000053 | | | |
| 106a | Voucher #3800986533 J. Cameron dated 6/1/00 | MLK000463 | MLK000463 | | | |
| 106b | J. Cameron Invoice dated 5/31/00 | MLK000464 | MLK000464 | | | |
| 106c | Purchase Order #10989 J. Cameron date 6/1/00 | MLK000465 | MLK000465 | | | |
| 106d | J. Cameron Price Quote | MLK000466 | MLK000466 | | | |
| 106e | eNeenah Online Product List Classic Cotton Papers | MLK000467 | MLK000467 | | | |
| 106f | eNeenah Online Product List Environment Papers | MLK000468 | MLK000468 | | | |
| 106g | eNeenah Online Product List Neenah Bond Papers | MLK000469 | MLK000469 | | | |
| 106h | eNeenah Online Product List Neenah Collections | MLK000470 | MLK000470 | | | |
| 106i | eNeenah Online Product List Neenah Collections | MLK000471 | MLK000471 | | | |
| 106j | eNeenah Online Product List Neenah Collections | MLK000472 | MLK000472 | | | |
| 106k | eNeenah Online Product List Classic Crest Papers | MLK000473 | MLK000473 | | | |
| 106l | eNeenah Online Product List Classic Crest Papers | MLK000474 | MLK000474 | | | |
| 106m | eNeenah Online Product List Classic Columns Papers | MLK000475 | MLK000475 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | |
|---|---|---|---|---|---|
| 106n | eNeenah Online Product List Classic Laid Papers | MLK000476 | MLK000476 | | |
| 106o | eNeenah Online Product List Classic Linen Papers | MLK000477 | MLK000477 | | |
| 106p | New England Office Supply Proposal 24978 dated 5/24/00 | MLK000478 | MLK000478 | | |
| 107a | Voucher #3801189119 J. Cameron dated 8/17/00 | MLK000496 | MLK000496 | | |
| 107b | USDC Order #11232 J. Cameron | MLK000497 | MLK000497 | | |
| 107c | J. Cameron Price Quote | MLK000498 | MLK000498 | | |
| 107d | C.J. Sales Price Quotation | MLK000499 | MLK000499 | | |
| 107e | New England Office Supply Proposal 26910 dated 8/8/00 | MLK000500 | MLK000500 | | |
| 107f | J. Cameron Invoice #0033 dated 8/14/00 | MLK000501 | MLK000501 | | |
| 107g | J. Cameron Invoice #0033 | MLK000502 | MLK000502 | | |
| 108a | Voucher #3810190629 dated 10/10/00 J. Cameron | MLK000523 | MLK000523 | | |
| 108b | J. Cameron Invoice #0040 dated 10/6/00 | MLK000524 | MLK000524 | | |
| 109a | Voucher dated 10/10/01 J. Cameron | MLK000567 | MLK000567 | | |
| 109b | J. Cameron Invoice #1285 | MLK000568 | MLK000568 | | |
| 110a | Voucher No. 8207109777 dated 4/8/02 to C.J. Sales $13,580.00 | MLK000083 | MLK000083 | | |
| 110b | C. J. Sales Invoice dated 4/9/02 $13,580.00 | MLK000084 | MLK000084 | | |
| 110c | C.J. Sales Price Quotation $13,580.00 | MLK000085 | MLK000085 | | |
| 110d | J. Cameron fax Price Quote 3/11/02 | MLK000086 | MLK000086 | | |
| 110e | New England Office Supply Proposal 38693 dated 3/4/02 | MLK000087 | MLK000087 | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB</u>

| | | | | | |
|---|---|---|---|---|---|
| 111a | Voucher dated 44/23/02 J. Cameron | MLK000597 | MLK000597 | | |
| 111b | J. Cameron Invoice #1346 dated 4/22/02 | MLK000598 | MLK000598 | | |
| 111c | J. Cameron Invoice #1346 dated 4/22/02 | MLK000599 | MLK000599 | | |
| 111d | Order No. 12978 dated 4/22/02 J. Cameron | MLK000600 | MLK000600 | | |
| 111e | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner | MLK000601 | MLK000601 | | |
| 111f | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner | MLK000602 | MLK000602 | | |
| 111g | Laserstar proposal dated 4/18/02 | MLK000603 | MLK000603 | | |
| 111h | J. Cameron fax Price Quote 4/17/02 | MLK000604 | MLK000604 | | |
| 200 | Financial Records, U.S. District Court Clerk's Office (Copies of checks paid to J. Cameron Company and C.J. Sales) | | | | |
| 201a | USDC check # 00315143 8/5/98 J. Cameron (front) | MLK000767 | MLK000767 | | |
| 201b | USDC check # 00349223 8/5/98 J. Cameron (back) | MLK000768 | MLK000768 | | |
| 201c | USDC check dated 10/27/98 J. Cameron | MLK002308 | MLK002308 | | |
| 202 | USDC check# 00324705 dated 1/12/99 $5,252.96 J. Cameron | MLK002310 | MLK002310 | | |
| 203a | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (front) | MLK000617 | MLK000617 | | |
| 203b | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (back) | MLK000618 | MLK000618 | | |
| 204a | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (front) | MLK000621 | MLK000621 | | |
| 204b | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (back) | MLK000622 | MLK000622 | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | |
|---|---|---|---|---|---|
| 204c | USDC check # 00349223 2/3/00 C.J. Sales $20,505.00 (front & back) | MLK000623 | MLK000623 | | |
| 205 | USDC check # 00354633 C.J. Sales 4/27/00 $21,570 | MLK002296 | MLK002296 | | |
| 206a | USDC check # 000357188 J. Cameron $5,760.00 (front) | MLK000845 | MLK000845 | | |
| 206b | USDC check # 000357188 J. Cameron $5,760.00 (back) | MLK000846 | MLK000846 | | |
| 207 | USDC check #00361190 dated 8/17/00 $17,975 J. Cameron | MLK002328 | MLK002328 | | |
| 208 | USDC check #00364275 dated 10/10/00 J. Cameron $18,475 | MLK002332 | MLK002332 | | |
| 209a | USDC check # 00389076 J. Cameron 10/15/01 (front) | MLK000903 | MLK000903 | | |
| 209b | USDC check # 00389076 J. Cameron 10/15/01 (back) | MLK000904 | MLK000904 | | |
| 210a | USDC check dated 4/9/02 C.J. Sales $13,580.00 (front) | MLK000641 | MLK000641 | | |
| 211a | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (front) | MLK000929 | MLK000929 | | |
| 211b | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (back) | MLK000930 | MLK000930 | | |
| 300a | Black Binder from office of Timothy Schroeder | MLK002414 | MLK002619 | | |
| 300b | White Binder from office of Timothy Schroeder | MLK002620 | MLK002660 | | |
| 302 | Quote Package Labels | MLK002707 | MLK002710 | | |
| 302a | *J.Cameron Price Quote | MLK002708 | MLK002708 | | |
| 302b | *Tracey Sales, Inc. | MLK002709 | MLK002709 | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| 302c | *MS & Associates | MLK002710 | MLK002710 | | | | |
|---|---|---|---|---|---|---|---|
| 308a | New England Office Supply, Price Quote, 9/25/00 | MLK002612 | MLK002612 | | | | |
| 310 | Quote Package | MLK002633 | MLK002636 | | | | |
| 310a | C.J. Sales Quote | MLK002634 | MLK002634 | | | | |
| 310b | J. Cameron Quote | MLK002635 | MLK002635 | | | | |
| 310c | New England Office Supply Quote | MLK002636 | MLK002636 | | | | |
| 310d | *C.J. Sales Invoice dated 4/9/02 | MLK002705 | MLK002705 | | | | |
| 310e | Public Voucher for Purchases, 4/8/02 | MLK002706 | MLK002706 | | | | |
| 311 | Purchase Order and Quote Package | MLK002637 | MLK002650 | | | | |
| 319 | *American Express bills, Account of Timothy Schroeder dated 11/14/01 (2 pages) | MLK002678 | MLK002694 | | | | |
| 319a | American Express Bill: Account of Timothy Schroeder dated 11/14/01 (2 pages) | MLK002678 | MLK002679 | | | | |
| 319b | *American Express bill dated 12/15/01 (3 pages) | MLK002680 | MLK002682 | | | | |
| 319c | *pages 2 & 3 of American Express bill dated 1/15/02 | MLK002683 | MLK002684 | | | | |
| 319d | *American Express bill dated 3/16/02 | MLK002688 | MLK002691 | | | | |
| 319e | *American Express bill dated 4/15/02 | MLK002692 | MLK002694 | | | | |
| 320a | *J.Cameron Price Quote | MLK002712 | MLK002712 | | | | |
| 320b | *A&G Sales, Inc. Clearmat Quote | MLK002713 | MLK002713 | | | | |
| 320c | *New England Office Supply Quotation | MLK002714 | MLK002714 | | | | |
| 321a | *J. Cameron Price Quote | MLK002715 | MLK002715 | | | | |
| 321b | *A&G Sales, Inc. Pricing for Copy Paper 9/15/98 | MLK002716 | MLK002716 | | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | | |
|---|---|---|---|---|---|---|
| 321c | *Tracey Sales Quote for 200 cartons 9/14/98 | MLK002717 | MLK002717 | | | |
| 322a | J. Cameron Price Quote | MLK002731 | MLK002731 | | | |
| 322b | Priest and Associates Proposal 5/8/97 | MLK002732 | MLK002732 | | | |
| 322c | A&G Sales, Inc. Quotation | MLK002733 | MLK002733 | | | |
| 323a | Purchase Order No. 7811 | MLK002749 | MLK002749 | | | |
| 323b | J. Cameron Company Price Quote | MLK002750 | MLK002750 | | | |
| 323c | Tracey Sales, Inc. Price Quote | MLK002751 | MLK002751 | | | |
| 323d | A&G Sales, inc. | MLK002752 | MLK002752 | | | |
| 324a | J. Cameron Company Price Quote | MLK002754 | MLK002754 | | | |
| 324b | Tracey Sales, Inc. Price Quote | MLK002755 | MLK002755 | | | |
| 325a | Purchase Order No. 7659 | MLK002757 | MLK002757 | | | |
| 325b | J. Cameron Company Price Quote | MLK002758 | MLK002758 | | | |
| 325c | Lane Printing Co., Inc. Price Quote dated 8/14/97 | MLK002759 | MLK002759 | | | |
| 325d | Lane Printing Co., Inc. Price Quote dated 8/14/97 | MLK002760 | MLK002760 | | | |
| 325e | Manila window envelope with handwriting | MLK002761 | MLK002761 | | | |
| 325f | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 | MLK002762 | MLK002762 | | | |
| 325g | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 | MLK002763 | MLK002763 | | | |
| 326a | Purchase Order No. 7237 | MLK002780 | MLK002780 | | | |
| 326b | J.Cameron Company 3/4/97 Price Quote | MLK002781 | MLK002781 | | | |
| 326c | Tracey Sales, Inc. 3/4/97 Quote | MLK002782 | MLK002782 | | | |
| 326d | A&G Sales, Inc. 3/3/97 Quote | MLK002783 | MLK002783 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | |
|---|---|---|---|---|---|
| 326e | Tracey Sales, Inc. Quote | MLK002784 | MLK002784 | | |
| 326f | New England Office Supply 2/21/97 Quote | MLK002785 | MLK002785 | | |
| 327a | Purchase Order No. 11590 | MLK002433 | MLK002433 | | |
| 327b | J. Cameron Fax Quote 12/27/00 | MLK002434 | MLK002434 | | |
| 327c | MS and Associates Price Quote $3117 | MLK02435 | MLK02435 | | |
| 327d | C.J. Sales Price Quotation | MLK002436 | MLK002436 | | |
| 327e | Catalog page 777 "Office Paper" | MLK002437 | MLK002437 | | |
| 327f | Catalog page 777 "Office Paper" | MLK002438 | MLK002438 | | |
| 328a | Purchase Order No. 9526 Vendor: J. Cameron | MLK002625 | MLK002625 | | |
| 328b | J.Cameron Price Quote (P.O. 9526) | MLK002626 | MLK002626 | | |
| 328c | MS & Associates Price Quote | MLK002627 | MLK002627 | | |
| 328d | TEI Imaging Solutions Proposal 2/23/99 | MLK002628 | MLK002628 | | |
| 328e | A&G Sales, Price Quote | MLK002629 | MLK002629 | | |
| 328f | Purchase Order No. 9526 Vendor: J.Cameron | MLK002630 | MLK002630 | | |
| 329 | Checks from Timothy Schroeder payable to Imperial Garden, nos. 114, 129, 142 (from Timothy Schroeder's office) | | | | |
| 401a | J. Cameron Company Price Quote | MLK002822 | MLK002822 | | |
| 404a | Packing Slip #42037 C.J. Sales | MLK002844 | MLK002844 | | |
| 406a | Order for Supplies No. 10989 6/1/00 | MLK002843 | MLK002843 | | |
| 407a | Order for Supplies No. 11232 8/17/00 | MLK002841 | MLK002841 | | |
| 408a | Order for Supplies No. 11365 9/28/00 | MLK002842 | MLK002842 | | |
| 409a | Order for Supplies (Order No. 12410) | MLK002797 | MLK002797 | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 9/25/01 |  |  |  |  |  |
| 409b | J. Cameron Company Price Quote | MLK002798 | MLK002798 |  |  |  |
| 409c | C.J. Sales Price Quotation | MLK002799 | MLK002799 |  |  |  |
| 409d | New England Office Supply Proposal #35747 date 9/24/01 | MLK002800 | MLK002800 |  |  |  |
| 420a | MasterCard Statement dated 9/14/2000 | MLK002920 | MLK002920 |  |  |  |
| 421a | American Express Statement dated 3/16/01 | MLK002921 | MLK002923 |  |  |  |
| 422a & 422b | American Express Statement dated 5/5/01 | MLK002924 | MLK002925 |  |  |  |
| 423a | J. Cameron Company Invoice dated 11/12/98 | MLK002790 | MLK002790 |  |  |  |
| 423b | A&G Sales, Inc. Quotation re: funriture | MLK002791 | MLK002791 |  |  |  |
| 423c | Northeast Space Solutions, Inc. | MLK002792 | MLK002792 |  |  |  |
| 423d | Joyce Contract Interiors 9/28/98 Quote #7007 | MLK002793 | MLK002793 |  |  |  |
| 423e | Joyce Contract Interiors 10/29/1998 Quote #7186 | MLK002794 | MLK002794 |  |  |  |
| 423f | Northeast Space Solutions, Inc. 10/29/98 Quote #1825 | MLK002795 | MLK002795 |  |  |  |
| 424a | Order for Supplies or Service No. 12447 dated 9/28/01 | MLK002801 | MLK002801 |  |  |  |
| 424b | C.J. Sales Price Quotation | MLK002802 | MLK002802 |  |  |  |
| 424c | J. Cameron Company Price Quote | MLK002803 | MLK002803 |  |  |  |
| 424d & 424e | ABI Supplies.com Toner Cartridge | MLK002804 | MLK002805 |  |  |  |
| 425a | A&G Sales, Inc. Pricing for H.P. Toner Cartridges | MLK002806 | MLK002806 |  |  |  |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | | |
|---|---|---|---|---|---|---|
| 425b | J.Cameron Company Invoice dated 7/7/2000 | MLK002807 | MLK002807 | | | |
| 425c | J.Cameron Company Invoice dated 7/7/2000 | MLK002808 | MLK002808 | | | |
| 425d | J.Cameron Company Price Quote | MLK002809 | MLK002809 | | | |
| 425e | New England Office Supply Proposal 23397 dated 4/5/00 | MLK002810 | MLK002810 | | | |
| 425f | Table: Cartridge/Printer/#Active Printers/Ordered 10/99/Inventory 6/29/00 | MLK002811 | MLK002811 | | | |
| 425g | Purchase Order No. 11105 | MLK002812 | MLK002812 | | | |
| 425h | J. Cameron Company Invoice No. 0039 dated 7/7/2000 | MLK002813 | MLK002813 | | | |
| 426a | Purchase Order No. 8497 | MLK002827 | MLK002827 | | | |
| 426b | J. Cameron company Price Quote | MLK002828 | MLK002828 | | | |
| 426c | CPM 5/13/98 Quote | MLK002829 | MLK002829 | | | |
| 426d | handwritten price quotes | MLK002830 | MLK002830 | | | |
| 426e | A&G Sales, Inc. re: Pricing for Letter Size Copy Paper | MLK002831 | MLK002831 | | | |
| 427a | J. Cameron Company Price Quote | MLK002845 | MLK002845 | | | |
| 427b | Tracey Sales, Inc. Quote | MLK002846 | MLK002846 | | | |
| 427c | A&G Sales, Inc. | MLK002847 | MLK002847 | | | |
| 428a | J. Cameron Company Price Quote | MLK002848 | MLK002848 | | | |
| 428b | A&G Sales, Inc. Quotation | MLK002849 | MLK002849 | | | |
| 429 | Audit Program U.s. District Court Clerk's Office (found in Schroeder's Office) | MLK002850 | MLK002898 | | | |
| 500a | A & G Sales, Inc. | MLK002065 | MLK002074 | | | |
| 500b | All-State Legal (Vendor Affidavit with Exhibits) | MLK002011 | MLK002028 | | | |

15

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | | | | |
|---|---|---|---|---|---|---|
| 500c | American Expandable Products | MLK002037 | MLK002064 | | | |
| 500d | Beacon Hill Showrooms | MLK002178 | MLK002185 | | | |
| 500e | Cumm-Unity - A Division of Jasper Seating Co., Inc. | MLK002186 | MLK002192 | | | |
| 500f | Custom Office Furniture of Boston | MLK002173 | MLK002177 | | | |
| 500g | Fay Paper Products, Inc. (Vendor Affidavit with Exhibits) | MLK001967 | MLK001980 | | | |
| 500h | Label Art, Inc. (Vendor Affidavit with Exhibits) | MLK001997 | MLK002010 | | | |
| 500i | Material Installation | MLK002075 | MLK002093 | | | |
| 500j | New England Office Supply (Vendor Affidavit with Exhibits) | MLK001380 | MLK001520 | | | |
| 500k | Northeastern Envelope | MLK002094 | MLK002165 | | | |
| 500l | Petit Fine Furniture (Vendor Affidavit with Exhibits) | MLK001936 | MLK001942 | | | |
| 500m | Quick Turn Around (Vendor Affidavit with Exhibits) | MLK001981 | MLK001996 | | | |
| 500n | Rentacrate Incorporated (Vendor Affidavit with Exhbiits) | MLK002029 | MLK002036 | | | |
| 500o | Resale Paper (Vendor Affidavit with Exhibits) | MLK001920 | MLK001935 | | | |
| 500p | Spets Associates, Inc. (Vendor Affidavit with Exhibits) | MLK001943 | MLK001966 | | | |
| 500q | Stephan Fossler Company | MLK002193 | MLK002204 | | | |
| 500r | Stylex (Vendor Affidavit with Exhibits) | MLK001888 | MLK001919 | | | |
| 500s | Systematics | MLK002166 | MLK002172 | | | |
| 500t | Troubleshooters (Vendor Affidavit with Exhibits) | MLK001374 | MLK001379 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB

| | | | |
|---|---|---|---|
| 500u | Franzone Associates and Northeast Space Solutions (Vendor Affidavit with Exhibits) | MLK000950 | MLK001238 |
| 500v | Jasper Desk Company (Vendor Affidavit with Exhibits) | MLK001843 | MLK001887 |
| 500w | Lane Printing Company (Vendor Affidavit with Exhibits) | MLK001295 | MLK001321 |
| 500x | The Ink Spot (Vendor Affidavit with Exhibits) | MLK001521 | MLK001842 |
| 501 | Quick Turn Around Business Forms, Inc. Invoice #37144 dated 7/29/98 $299.83 | MLK001987 | MLK001987 |
| 502a | The Ink Spot Invoice #22830 $893.30 | MLK001842 | MLK001842 |
| 502b | J. Cameron check #1403 dated 1/4/99 to Ink Spot $893.30 | MLK001841 | MLK001841 |
| 502c | J. Cameron check dated 1/28/99 to Systematics $2359.05 | MLK002171 | MLK002171 |
| 504 | NEOS Invoice # 675501-0 dated 2/10/00 $15,886.21 | MLK001407 | MLK001407 |
| 505 | NEOS Invoice # 715872-0 dated 5/2/00 $10,300 | MLK001410 | MLK001410 |
| 506 | NEOS Invoice #728114-0 dated 6/2/00 $2250.00 | MLK001411 | MLK001411 |
| 507 | NEOS Invoice #760325-0 dated 8/24/00 $10,260.00 | MLK001414 | MLK001414 |
| 508 | NEOS Invoice #782372-0 dated 11/10/00 $10,460.00 | MLK001421 | MLK001421 |
| 509 | NEOS Invoice #944212-0 dated 10/17/01 $9000 | MLK001438 | MLK001438 |
| 510 | NEOS Invoice #1015035-0 dated 4/10/02 $4600 | MLK002360 | MLK002360 |
| 511 | NEOS Invoice #1020550-0 dated 4/24/02 | MLK001449 | MLK001449 |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01-PB</u>

|  | $13,565 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 550a | A.D.I. (Vendor Affidavit with Exhibits) | MLK000943 | MLK000949 |  |  |  |
| 550b | A.K. Thomas Company (Vendor Affidavit with Exhibits) | MLK001351 | MLK001355 |  |  |  |
| 550c | Best of Care (Vendor Affidavit with Exhibits) | MLK001329 | MLK001336 |  |  |  |
| 550d | Document Management Service, Inc. (Vendor Affidavit with Exhibits) | MLK001258 | MLK001263 |  |  |  |
| 550e | Falvey Finishing Co., Inc. (Vendor Affidavit with Exhibits) | MLK001239 | MLK001257 |  |  |  |
| 550f | Faxon Sales, Inc. (Vendor Affidavit with Exhibits) | MLK001337 | MLK001350 |  |  |  |
| 550g | Hub Engraving/Mass Envelope Company (Vendor Affidavit with Exhibits) | MLK001356 | MLK001367 |  |  |  |
| 550h | Krueger (Vendor Affidavit with Exhibits) | MLK000936 | MLK000942 |  |  |  |
| 550i | Lease Corporation of America (Vendor Affidavit with Exhibits) | MLK001322 | MLK001328 |  |  |  |
| 550j | Making Your Mark, Inc. (Vendor Affidavit with Exhibits) | MLK001264 | MLK001294 |  |  |  |
| 550k | Nordplan USA, Inc. (Vendor Affidavit with Exhibits) | MLK001368 | MLK001373 |  |  |  |