UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>TIMOTHY P. SCHROEDER and  )<br>STEVEN A. MILKIEWICZ,  )<br>)<br>Defendants.  ) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

## DEFENDANT'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE

Pursuant to Fed. R. Crim. Pro. 24(a), the defendant in the above-captioned matter hereby requests that the court ask the following questions of the jury venire, and allow counsel to pose additional follow up questions, if necessary. Defendant reserves the right to request additional questions.

1) Have you ever taken courses or had training in law or a law related field (for example, administration of justice, corrections or law enforcement)?

2) Have you, or any relative or close friend, ever applied for a job with or been employed by a law enforcement agency, for example, the police, sheriff, IRS, FBI, parole, probation, jail or prison, drug enforcement agency, Immigration or Naturalization Service (INS), National Guard, U.S. Customs, Attorney General, District Attorney, or United States Attorney General?

3) Have you ever served on a jury or a grand jury before?

4) Is there anything about your previous experience on a jury or grand jury, or even being questioned by the court and lawyers, that makes you feel that you would rather not sit on this jury?

5) The fact that the government has charged Mr. Milkiewicz, the defendant in this case, with a crime is not evidence of his guilt, and no negative inferences may be drawn from the fact that he was charged. Do you have any disagreement with this fundamental principle?

6) The verdict you reach in this case must be based only on the evidence and testimony presented in court. It may not be based upon information which you see, hear or learn from any other source (that is, other people, television, newspapers, radio, etc.) Do you have any disagreement with these fundamental principles?

7) Do you believe that if a person is indicted or charged with a crime, it means he is likely to be guilty?

8)   As the defendant in this case, Mr. Milkiewicz is presumed to be innocent and cannot be convicted unless the government has proven his guilt beyond a reasonable doubt. Do you have any disagreement with these fundamental principles?

(9)   Are you comfortable with the fundamental principle that a juror must vote "not guilty" if the government does not prove guilt beyond reasonable doubt and that this is so even where the juror believes something was "suspicious" or even wrong?

10)   A defendant in a criminal case does not have to testify on his or her own behalf. If a defendant chooses not to testify, would you consider his or her failure to testify as some evidence of guilt?

11)   If some matter connected with this case accidentally comes to your attention from an outside source during the trial, will you immediately inform the Court of it?

12)   If it should appear during the trial from the evidence that you are acquainted with persons or issues involved in this case, will you notify the Court of this acquaintance?

13)   Do you have any opinions or feelings about the criminal justice system, defense lawyers, or the judicial system in general?

14) Do you feel the criminal laws of the United States or Massachusetts are too lenient?

15) Have you read or heard anything about the case?

16) Have you read or heard anything about Steven Milkiewicz, or do you know him or know of him?

17) Do you know Steve Milkiewicz's wife, Gail Milkiewicz, or their two children Jay (age 16) or Cameron (age 14)?

18) Do you have any opinion one way or the other about Steven Milkiewicz?

19) Have you read or heard anything about Timothy Schroeder, or do you know him or know of him?

20) Do you have any opinion one way or the other about Timothy Schroeder?

21) Would you judge the testimony of a law enforcement officer, or any representative of a government agency, any differently than you would the testimony of any other witness?

22) Do you have any negative opinion about lawyers who defend people accused of committing crimes?

23) Have you, or anyone you know, ever worked at the United States District Court for the District of Massachusetts (the Court you are in today, which was previously located in Post Office Square at the McCormack Building)?

24) Have you, or anyone close to you, ever worked in a federal or state courthouse?

25) If so, what was your or their role at the courthouse?

26) Have you or anyone close to you ever been responsible for procurement (purchasing goods or services for a private or public entity)?

27) Have you or anyone close to you ever been involved in a process that required "bids" – such as sealed bidding for a public contract?

28) If so, what was your or their role?

29) Have you ever been employed as a salesperson?

30) Is there ANYTHING that you would like to bring to the court's attention that might affect your ability to be a fair and impartial juror in this case?

Respectfully submitted,

STEVEN A. MILKIEWICZ,
By his attorneys,

/s/   Michelle R. Peirce
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Carl E. Fumarola, BBO #659019
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   September 1, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941; Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210; and Thomas A. Reed, Esq., Holtz & Reed, LLP, 25 New Chardon Street, Boston, MA  02114, this 1st day of September, 2005.

/s/   Michelle R. Peirce
Michelle R. Peirce