UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>TIMOTHY P. SCHROEDER and )<br>STEVEN A. MILKIEWICZ, )<br>)<br>        Defendants. ) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

## DEFENDANT'S WITNESS LIST

At the present time the Defendant anticipates calling as witnesses some or all of the individuals listed below. In addition, the Defendant expressly incorporates by reference all witnesses who appear on the Government's Witness List. The Defendant reserves the right to make additions to this list promptly as such additions become necessary.

David DiMarzio
Clerk, US District Court, Providence, RI


Denise LeBlanc
US Probation Service, Boston, MA


Francesca Bowman
Formerly U.S. Probation Service, Boston, MA


Warren Green
Hub Engraving


Douglas Holmes

Annie Ying

Debbie Lau

Helen Costello

Special Agent Lisa Round
IRS

Summary Witness for Charts

<u>Keepers of the Records for</u>:

First Circuit Court of Appeals

U.S. Marshal's Office, Boston, MA

Federal Defenders, Boston, MA

Northeast Envelope

Resource Net

Quick Turnaround

US District Court, Boston, MA

U.S. District Court, Tuscon, AZ

Environmental Protection Agency, Boston, MA

Respectfully submitted,

STEVEN A. MILKIEWICZ,
By his attorneys,

_/s/   Michelle R. Peirce_
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Carl E. Fumarola, BBO #659019
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:   September 1, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941; Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210; and Thomas A. Reed, Esq., Holtz & Reed, LLP, 25 New Chardon Street, Boston, MA  02114, this 1st day of September, 2005.

_/s/   Michelle R. Peirce_
Michelle R. Peirce