UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> STEVEN A. MILKIEWICZ, ) <br> ) <br> Defendant. ) | Crim. No. 04-10339-PJB <br> NH  CR04-213-01-PB |

### DEFENDANT'S EXHIBIT LIST

Defendant hereby submits his exhibit list for his case-in-chief, attached hereto as Exhibit A.

Defendant presently anticipates offering the exhibits listed below during his case-in-chief. Defendant also incorporates by reference all exhibits in the government's exhibit list. Defendant reserves the right to add exhibits to this list as necessary.

Respectfully submitted,

STEVEN A. MILKIEWICZ,
By his attorneys,


    /s/    Michelle R. Peirce
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Carl E. Fumarola, BBO #659019
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:  September 1, 2005

CERTIFICATE OF SERVICE

    I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by facsimile to Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 1st day of September, 2005.

                                        /s/   Michelle R. Peirce
                                        Michelle R. Peirce

## EXHIBIT LIST FOR DEFENDANT'S CASE-IN-CHIEF

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 701 | U.S. District Court Clerk's Office Purchase Order Reports from 1/1/96 to 12/31/03 for Product Codes 2601, 2203, 2403, 3101, 3111, 2606 | |
| 702 | U.S. Probation, U.S. Pretrial Services, and First Circuit Court of Appeals Purchase Order Reports from 1/1/96 to 12/31/03 for Product Codes 2601, 2203, 2403, 3101, 3111, 2606 | |
| 703 | All Price Quotes Kept by the U.S. District Court (seized from the office of Tim Schroeder on 7/5/02) | |
| 704 | Clifton Gunderson, LLP Audit Report 9/21/01 | |
| 705 | U.S. District Court Documents re Training Session on 5/3/01 | |
| 706 | Records of U.S. Probation Transactions with J. Cameron from 7/1/97 to 7/1/02 | |
| 707 | Records of U.S. Pretrial Services Transactions with J. Cameron from 7/1/97 to 7/1/02 | |
| 708 | Records of First Circuit Court of Appeals Transactions with J. Cameron from 7/1/97 to 7/1/02 | |
| 709 | Records of U.S. District Court of Arizona Transactions with J. Cameron from July 9, 1998 to August 10, 1998 | |
| 710 | Records of U.S. District Court of Rhode Island Transactions with J. Cameron from 1/1/02 to 12/31/02 | |

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 711 | Records of Environmental Protection Agency Transactions with Tracy Sales from 4/1/91 to 5/31/94 | |
| 712 | Voucher Report of U.S. District Court Clerk's Office Transactions with Tracy Sales from 10/30/91 to 6/20/01 from Tracy Sales | |
| 713 | U.S. District Court Clerk's Office Payment Vouchers for Purchases from J. Cameron and C.J. Sales from 1/1/97 to 7/1/02 | |
| 714 | Linda Topalian 7/12/01 memorandum to Stu Barer | |
| 715 | Steve Milkiewicz Bank Records, Fleet Bank/BankBoston, Acct. No. 800-09959 | |
| 716 | J. Cameron Bank Records, Fleet Boston Financial, Acct. No. 552-59134 | |
| 717 | C. J. Sales Bank Records, Fleet Bank, Acct. No. 897-586-12 | |
| 718 | Tim Schroeder Bank Records for Plymouth Savings Bank, Acct Nos. 088-602692-1; 032-011364-0; Citizens Bank, Acct. No. 011554-469-6; Hanscom Federal Credit Union, Member No. 0007040970 | |
| 719 | MS Associates Bank Records, Citizens Bank, Acct. No. 110484-051-8 | |
| 720 | J. Cameron Mass. Dept. of Revenue Sales Tax Resale Certificate 5/29/30 [sic] | |
| 721 | Voucher Report of U.S. District Court Transactions with C. J. Sales from 5/12/99 to 4/9/02 | |
| 722 | Guide to Judiciary Policies and Procedures - Administrative Manual Chapter VIII Procurement, Contracting, and Property Management (full copy of chapter) | |