UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                            )<br><br>STEVEN A. MILKIEWICZ,          )<br><br>Defendant.          ) | Crim. No. 04-10339-PJB<br>NH   CR04-213-01-PB |

**UNITED STATES' REVISED WITNESS LIST**

The United States anticipates calling the following witnesses in its case in chief, in

roughly the following order:

1. Christine Karjel, Finance
   Administrator
   United States District Court
   1 Courthouse Way
   Boston, MA 02201
   Residence: Mansfield, MA

2. Special Agent Edward Kappler, FBI
   Boston Field Office
   1 Center Plaza
   Boston, MA

3. Jean Zaniewski, Inspector
   U.S. States Postal Inspection Service
   495 Summer Street, Suite 600
   Boston, MA  02210

4. Francis Dello Russo,
   Administrative Manager
   U.S. District Court
   One Courthouse Way
   Boston, MA  02210
   Residence: Stoneham, MA

5. William Ruane, Chief Deputy Clerk
   U.S. District Court
   One Courthouse Way
   Boston, MA  02210
   Residence: Belmont, MA

6. Brian McMenimen, Esq.
   Burke & McMenimen
   Boston, MA 02110
   Residence: Cambridge, MA

7. Thomas Schaefer, Keeper of Records
   Systematics, Inc.
   Residence: Shrewsbury, MA

8. John Delano, Keeper of Records
   Making Your Mark, Inc.
   Residence: Quincy, MA

9. Frank Lane, Keeper of Records
   Lane Printing Company

10. Kathy Bessette, Keeper of Records
    New England Office Supply
    Residence:

11.  Tiffany Chou, Keeper of Records
     New England Office Supply
     Residence: Quincy, MA

12.  J. Gregory Steele, Keeper of Records
     Fay Paper Products, Inc.
     Residence: North Dighton, MA

13.  Michael J. Williams, Keeper of
     Records
     Resale Paper
     Residence: Dorchester, MA

14.  Howard M. Whitman, Keeper of
     Records
     American Expandable and President
     of Holex Office Systems
     Residence: New City, NJ

15.  James H. Keegan
     Tax Preparation And Planning
     43 Milton St
     Arlington, MA 02474
     Residence: Belmont, MA

16.  Michael R. Tracey, President
     Tracey Sales
     77 Accord Park Drive
     Norwell, MA  02061
     Residence: Norwell, MA

17.  William T. Pike, former Sales
     Representative
     A & G Sales, Inc.
     122 Cummings Park
     Woburn, MA  01801
     Residence: Foxboro, MA

18.  Richard E. Kelly,
     Corporate Account Manager
     New England Office Supply
     135 Lundquist Drive
     Braintree, MA  02184-5235
     Residence: Scituate, MA

19.  David Wai Pui, Owner
     Imperial Garden Restaurant
     881 Washington Street
     Hanover, MA
     Residence: Brookline, MA

20.  Timothy Schroeder
     81 Palmer Road
     Plymouth, MA
     Residence: Plymouth, MA

21.  Special Agent John Wlodyka, IRS-
     CI
     15 New Sudbury Street
     Boston, MA 02203

By agreement of the parties, the following Keepers of Records will not be called as

witnesses, based upon the parties' stipulation as to their anticipated testimony:

22.  Edith Cavanaugh,
     Keeper of Records, Papa Bear Travel
     Residence: Braintree, MA

23.  Denise Gage,
     Bank of America
     (or other Keeper of Records, former
     Fleet National Bank accounts)
     5701 Horatio Street
     NY/UT/35402J
     Utica, NY  13502

24. Violet Radzikowski, Assistant
Keeper of Records (or other Keeper
of Records)
Citizens' Bank of Massachusetts
20 Cabot Road
Medford, MA   02155

25. Nicholas J. Guerrieri, Assistant
Controller
Krueger
Residence: Greenbay, WI

26. Alain Charbonneau
President
A.D.I.
Residence: St. Lambert, Canada

27. Henry Franzone, President
Franzone Associates & Northeast
Space Solutions
Residence: Pine Plains, NY

28. Daniel Falvey
Falvey Finishing Co., Inc.
Residence: Walpole, MA

29. Jean Falvey, Secretary
Falvey Finishing Co., Inc.
Residence: Walpole, MA

30. John McDonnell, Controller
Document Management Service, Inc.
Residence: Milton, MA
Residence: Holbrook, MA

31. Kirsten Herrington, Controller
Lease Corporation of America
Residence: Sterling Hights, MI

32. Stephen Smith, Executive Director
Best of Care
Residence: Stoughton, MA

33. C. Ethan O'Brien, General Manager
Faxon Sales, Inc.
Residence: Shelburne Falls, MA

34. Lauren Fleischer, Purchasing Dept.
A.K. Thomas Company
Residence: Methuen, MA

35. Warren Green, former Owner and
President
Hub Engraving/ Mass Envelope
Company
Residence: Ashland, MA

36. Miguel Gonzalez, Office Manager
Nordplan USA, Inc.
Residence: Croydon, PA

37. Paul F. Morante, Owner
Troubleshooters
Residence: Uxbridge, MA

38. Theresa Cooper, Customer Service
Representative
The Ink Spot
Residence: Quincy, MA

39. Gerald Meyer, Controller
Jasper Desk Company
Residence: Jasper, IN

40. Justine Anderson, Credit Manager
Stylex
Residence: Trenton, NJ

41. William Pettit, President
Pettit Fine Furniture
Residence: Sarasota, FL

42. David Spets, President
Spets Associates, Inc.
Residence: Lincoln, RI

43.   John Stevens, Chief Executive
      Officer
      Quick Turn Around
      Residence: Duxbury, MA

44.   Cathy Schumer, Corporate
      Comptroller of WS Packaging
      Group, Inc.
      Label Art, Inc.
      Residence: Greenbay, WI

45.   Alex Bahouth, Accounts Receivable
      Manager
      All-State Legal
      Residence: Hasbrouck Heights, NJ

46.   Denise Sullivan, Account Manager
      Rentacrate Incorporated
      Residence: Kingston, MA

47.   Paul Kennedy, Vice President
      A & G Sales, Inc.
      Residence: North Reading, MA

48.   Michael J. Farrow, Corporate
      Executive Officer
      Material Installation, Inc.
      Residence: Burlington, MA

49.   Robert C. Gunn, Keeper of Records
      Northeastern Envelope
      Residence: Buffalo, NY

50.   Tasha Mahoney, Office Manager
      Custom Office Furniture of Boston
      Residence: Boston, MA

51.   Joyce Pelletier, Senior Manager,
      Financial Accounts
      Beacon Hill Showrooms (The Robert
      Allen Group)
      Residence: Bridgewater, MA

52.   Christine Sander, Account Manager
      Comm-Unity - A Division of Jasper
      Seating Co., Inc.
      Residence: Celestine, IN

53.   David P. Matts, Director,
      Stephan Fossler Company
      Residence: Crystal Lake, IL

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  September 2, 2005

By: */s/ Paul G. Levenson*
    PAUL G. LEVENSON
    Assistant U.S. Attorney
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3147