UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Crim. No. 04-10339-PJB |
| ) | NH   CR04-213-01-PB |
| STEVEN A. MILKIEWICZ,    ) | |
| ) | |
| Defendant.     ) | |
| ) | |

## UNITED STATES' EXHIBIT LIST (REVISED)

The United States anticipates offering some or all of the following exhibits listed in the

attached pages in its case in chief:

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  September 2, 2005

By: */s/ Paul G. Levenson*
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 001 | Chart: U.S. District Court Purchases from J. Cameron Co. and CJ Sales / Cost of Goods Sold to U.S. District Court from J. Cameron Co. / Profit | | | | | |
| 001a | Chart: U.S. District Court Purchases from J. Cameron Co. and CJ Sales | | | | | |
| 001b | Chart: Cost of Goods Sold from J. Cameron Company to U.S. District Court | | | | | |
| 002 | Tax Return Comparison | | | | | |
| 002a | Gross Receipts Detail Tax Years 1997 - 2001 | | | | | |
| 002b | Cost of Goods Sold Detail Tax Years 1997 - 2001 | | | | | |
| 003 | Imperial Garden Expenditures | | | | | |
| 020 | U.S. District Court Internal Review of Court Financial Activities September 29, 1997 | MLK002926 | MLK002931 | | | |
| 021 | U.S. District Court Internal Review of Court Financial Activities December 15, 1998 | MLK002932 | MLK002937 | | | |
| 022 | U.S. District Court Internal Review of Court Financial Activities December 20, 1999 | MLK002938 | MLK002944 | | | |
| 023 | U.S. District Court Internal Review of Court Financial Activities November 29, 30 & December 1, 2000 | MLK002945 | MLK002957 | | | |
| 024 | U.S. District Court Internal Review of Court Financial Activities December 19, 20 & 21, 2001 | MLK002958 | MLK002975 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH  CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 025 | Guide to Judiciary Policies and Procedures - Administrative Manual Chapter VIII. Procurement, Contracting, and Property Management | MLK002993 | MLK003052 | | | |
| 026 | Letter, July 16, 2002, Brian J. McMenimen to Stephen G. Huggard re: Grand Jury Subpoena -- Keeper of Records, J. Cameron Company. w/attached invoices for goods purchased by J.Cameron and sold to USDC. | MLK004223 | MLK004285 | | | |
| 027 | Post Office Box Rental Form, C.J. Sales, North Scituate | MLK003302 | MLK003302 | | | |
| 028 | Post Office Box Rental Form, C.J. Sales, North Scituate | MLK003303 | MLK003303 | | | |
| 029 | Plea Agreement Timothy Schroeder 3/21/05 | MLK003304 | MLK003307 | | | |
| 030 | Price Quote, Tracey Sales, Inc., Nov. 5, 1997 (200 Toner Cartridges, HP 92298A) | MLK003308 | MLK003308 | | | |
| 031 | Federal District Court Toner/Developer/Dispersant Supply List, Tracey Sales, Inc., 8/21/97 | MLK003309 | MLK003309 | | | |
| 032 | Facsimile Cover Sheet, 8/14/97, Tracey Sales, Inc. with prices for envelopes | MLK003310 | MLK003310 | | | |
| 033 | Letterhead, A&G Sales, Inc. | MLK003311 | MLK003311 | | | |
| 034 | Tax Guide Sheet | MLK003053 | MLK003053 | | | |
| 035 | Laverty & Powell 3/8/99 letter to IRS Re: Steven & Gail Milkiewicz requesting waiver of late filing penalties - 1997 Tax Return | MLK003054 | MLK003054 | | | |
| 036 | Form 1040 U.S. Individual Income Tax | MLK003055 | MLK003089 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | Return 1997 - Milkiewicz | | | | | |
| 037 | Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz | MLK003090 | MLK003125 | | | |
| 038 | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz | MLK003126 | MLK003162 | | | |
| 039 | Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz | MLK003163 | MLK003202 | | | |
| 040 | Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz | MLK003203 | MLK003248 | | | |
| 041 | Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz (original) | | | | | |
| 042 | IRS Transcript 1997 - Milkiewicz | MLK003312 | MLK003316 | | | |
| 043 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz | MLK003317 | MLK003334 | | | |
| 044 | Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz | | | | | |
| 045 | IRS Transcript 1998 - Milkiewicz | MLK003335 | MLK003339 | | | |
| 046 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz | MLK003340 | MLK003359 | | | |
| 047 | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz | | | | | |
| 048 | IRS Transcript 1999 - Milkiewicz | MLK003360 | MLK003363 | | | |
| 049 | Certified Copy Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz | MLK003364 | MLK003382 | | | |
| 050 | Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz | | | | | |
| 051 | IRS Transcript 2000 - Milkiewicz | MLK003383 | MLK003387 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 052 | Certified Copy Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz | MLK003388 | MLK003408 | | | |
| 053 | Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz | | | | | |
| 054 | IRS Transcript 2001 - Milkiewicz | MLK003409 | MLK003413 | | | |
| 055 | Certified Copy Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz | MLK003414 | MLK003435 | | | |
| 056 | Papa Bear Travel: Records of Purchases - Steven Milkiewicz | MLK003436 | MLK003439 | | | |
| 057 | Records from HCFU Account #7040970 | MLK003440 | MLK003451 | | | |
| 058 | Records from Citizens Bank Account No. 110554-469-6 Timothy Schroeder | MLK003452 | MLK003484 | | | |
| 059 | Records from American Express Acct No. 3723-136594-41007 Timothy Schroeder | MLK003485 | MLK003497 | | | |
| 060 | Records of Discover Card Acct #6011001880102092 Timothy Schroeder | MLK003598 | MLK003639 | | | |
| 061 | Records of HSBC Bank USA Acct #8137848277 Timothy Schroeder | MLK003640 | MLK003689 | | | |
| 062 | Records of American Express - Gail Milkewicz Acct #3782-406649-22008 | MLK003690 | MLK003710 | | | |
| 063 | Records of Fleet Boston J. Cameron Co. Acct #55259134 | MLK003711 | MLK003731 | | | |
| 063a | J. Cameron check #1534 to ABF Freight System $113.65 | MLK004222 | MLK004222 | | | |
| 064 | Records of BostonPlus Statement of Accounts - Gail Milkiewicz or Steven Milkiewicz Acct#800-09959 Period 2/11/99-3/11/99 | MLK003732 | MLK003782 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 065 | Records of BostonPlus Statement of Accounts - Gail Milkiewicz or Steven Milkiewicz Acct#800-09959 Period 1/12/00-1/11/00 | MLK003783 | MLK003880 | | | |
| 066 | Records of FleetOne Premier Statement 1/12/01 - 2/12/01 Gail Milkiewicz or Steven Milkiewicz Acct #0080009959 | MLK003881 | MLK004018 | | | |
| 067 | Records of FleetOne Premier Statement 1/15/02 - 2/12/02 Gail Milkiewicz or Steven Milkiewicz Acct #0080009959 | MLK004019 | MLK004099 | | | |
| 100 | Financial Records, U.S. District Court Clerk's Office (Vouchers and attached documents for sales to J. Cameron Company and C.J. Sales) | | | | | |
| 101a | Voucher 3881167376 J. Cameron dated 8/5/98 $1503.50 | MLK000290 | MLK000290 | | | |
| 101b | Voucher 3881167376 J. Cameron dated 8/5/98 $1503.50 | MLK000291 | MLK000291 | | | |
| 101c | J. Cameron Invoice dated 7/29/98 $499.00 | MLK000292 | MLK000292 | | | |
| 101d | J. Cameron Packing Slip #42025 | MLK000293 | MLK000293 | | | |
| 101e | J. Cameron Invoice dated 8/3/98 $1,004.50 | MLK000294 | MLK000294 | | | |
| 101f | J. Cameron Packing Slip 42020 5 cartons Court checking envelopes (20,500) | MLK000295 | MLK000295 | | | |
| 101g | Voucher #3890169689 dated 10/27/98 $1,004.50 | MLK000324 | MLK000324 | | | |
| 101h | J. Cameron Invoice dated 8/3/98 20.5m printed checking envelopes $1,004.50 | MLK000325 | MLK000325 | | | |
| 101i | J. Cameron Price Quote checking envelopes 10M - $70.00 per m 20M - | MLK000326 | MLK000326 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | $49.00 per m | | | | | |
| 101j | Voucher #3890169689 - J. Cameron dated 10/27/98 $1004.50 | MLK000327 | MLK000327 | | | |
| 102a | Voucher #3890471993 J. Cameron 01/06/99 $5252.96 | MLK000357 | MLK000357 | | | |
| 102b | J. Cameron Invoice dated 1/4/99 $1,339.96 | MLK000358 | MLK000358 | | | |
| 102c | J. Cameron Invoice dated 12/23/98 $3,913.00 | MLK000359 | MLK000359 | | | |
| 103a | Voucher to C.J. Sales dated 10/13/99 $8760 | MLK000018 | MLK000018 | | | |
| 103b | C.J. Sales Invoice 10/5/99 $8760 | MLK000019 | MLK000019 | | | |
| 104a | Voucher - C.J. Sales dated 1/31/00 $4356.25 | MLK000022 | MLK000022 | | | |
| 104b | C.J.Sales Invoice - dated 1/21/00 $24,851.25 | MLK000023 | MLK000023 | | | |
| 104c | C.J. Sales Invoice - dated 1/21/00 $24,851.25 | MLK000024 | MLK000024 | | | |
| 104d | Voucher - C.J. Sales dated 1/31/00 $20,505 | MLK000025 | MLK000025 | | | |
| 104e | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten note) | MLK000026 | MLK000026 | | | |
| 104f | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 | MLK000027 | MLK000027 | | | |
| 104g | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten total) | MLK000028 | MLK000028 | | | |
| 104h | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 $24,861.25 | MLK000029 | MLK000029 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 104i | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 $24,861.25 | MLK000030 | MLK000030 | | | |
| 104j | C.J. Sales Price Quotation re: 2296 (toner cartridges) | MLK000031 | MLK000031 | | | |
| 104k | J. Cameron Price Quote (Laser Jet 4&5 - $85.00 ea) | MLK000032 | MLK000032 | | | |
| 104l | Savin Corporation Hewlett Packard Laser Supplies | MLK000033 | MLK000033 | | | |
| 104m | A&G Sales, Inc. Re: Laser Toner Prices | MLK000034 | MLK000034 | | | |
| 104n | New England Office Supply Proposal 21027 dated 1/24/00 | MLK000035 | MLK000035 | | | |
| 104o | C.J. Sales Invoice dated 1/31/00 re: 2296 | MLK000036 | MLK000036 | | | |
| 105a | Voucher - C.J. Sales dated 4/24/00 $21,570.00 | MLK000043 | MLK000043 | | | |
| 105b | Invoice - C.J. Sales 4/24/00 re: Order #10881 $21,570.00 | MLK000044 | MLK000044 | | | |
| 105c | USDC Order #10881 to C.J. Sales $21,570.00 | MLK000045 | MLK000045 | | | |
| 105d | Purchase Order Terms and Conditions (Optional Form 347 Back) | MLK000046 | MLK000046 | | | |
| 105e | C.J. Sales Price Quotation PO 10881 | MLK000047 | MLK000047 | | | |
| 105f | New England Office Supply Proposal #23905 4/20/00 | MLK000048 | MLK000048 | | | |
| 105g | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m.) | MLK000049 | MLK000049 | | | |
| 105h | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m.) page 2 | MLK000050 | MLK000050 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH  CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 105i | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) | MLK000051 | MLK000051 | | | |
| 105j | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) page 2 | MLK000052 | MLK000052 | | | |
| 105k | J. Cameron Price Quote 400 ct to 800ct 8/1/2 x 11 copier paper $38 ea | MLK000053 | MLK000053 | | | |
| 106a | Voucher #3800986533 J. Cameron dated 6/1/00 $5760.00 | MLK000463 | MLK000463 | | | |
| 106b | J. Cameron Invoice No. 0077 dated 5/31/00 $5750.00 | MLK000464 | MLK000464 | | | |
| 106c | Purchase Order #10989 J. Cameron dated 6/1/00 $5760.00 | MLK000465 | MLK000465 | | | |
| 106d | J. Cameron Price Quote 10 cases 100% Pure Cotton Brite White Strathmore paper $2,880.00 | MLK000466 | MLK000466 | | | |
| 106e | eNeenah Online Product List Classic Cotton Papers | MLK000467 | MLK000467 | | | |
| 106f | eNeenah Online Product List Environment Papers | MLK000468 | MLK000468 | | | |
| 106g | eNeenah Online Product List Neenah Bond Papers | MLK000469 | MLK000469 | | | |
| 106h | eNeenah Online Product List Neenah Collections the stationery collection | MLK000470 | MLK000470 | | | |
| 106i | eNeenah Online Product List Neenah Collections the basic collection | MLK000471 | MLK000471 | | | |
| 106j | eNeenah Online Product List Neenah Collections the complete communicator | MLK000472 | MLK000472 | | | |
| 106k | eNeenah Online Product List Classic Crest Papers | MLK000473 | MLK000473 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 106l | eNeenah Online Product List Classic Crest Papers | MLK000474 | MLK000474 | | | |
| 106m | eNeenah Online Product List Classic Columns Papers | MLK000475 | MLK000475 | | | |
| 106n | eNeenah Online Product List Classic Laid Papers | MLK000476 | MLK000476 | | | |
| 106o | eNeenah Online Product List Classic Linen Papers | MLK000477 | MLK000477 | | | |
| 106p | New England Office Supply Proposal 24978 dated 5/24/00 | MLK000478 | MLK000478 | | | |
| 107a | Voucher #3801189119 J. Cameron dated 8/17/00 $17,975.00 | MLK000496 | MLK000496 | | | |
| 107b | USDC Order #11232 J. Cameron $17,975.00 | MLK000497 | MLK000497 | | | |
| 107c | J. Cameron Price Quote 500 ct Hammermill Titdal D.P. copy paper $35.95 per ct | MLK000498 | MLK000498 | | | |
| 107d | C.J. Sales Price Quotation 500 cartons Tidal DP Copy Paper $41.00 per case | MLK000499 | MLK000499 | | | |
| 107e | New England Office Supply Proposal 26910 dated 8/8/00 480 Tidal White $19,176.00 | MLK000500 | MLK000500 | | | |
| 107f | J. Cameron Invoice #0033 dated 8/14/00 $17,975.00 | MLK000501 | MLK000501 | | | |
| 107g | J. Cameron Invoice #0033 500 Hammermill DP copier paper | MLK000502 | MLK000502 | | | |
| 108a | Voucher #3810190629 dated 10/10/00 J. Cameron $18,475.00 | MLK000523 | MLK000523 | | | |
| 108b | J. Cameron Invoice #0040 dated 10/6/00 | MLK000524 | MLK000524 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | $18,475.00 | | | | | |
| 109a | Voucher dated 10/10/01 J. Cameron $17,480.00 | MLK000567 | MLK000567 | | | |
| 109b | J. Cameron Invoice #1285 400 Hammermill paper 60 colored paper $17,480.00 | MLK000568 | MLK000568 | | | |
| 110a | Voucher No. 8207109777 dated 4/8/02 to C.J. Sales $13,580.00 | MLK000083 | MLK000083 | | | |
| 110b | C. J. Sales Invoice dated 4/9/02 $13,580.00 | MLK000084 | MLK000084 | | | |
| 110c | C.J. Sales Price Quotation $13,580.00 | MLK000085 | MLK000085 | | | |
| 110d | J. Cameron fax Paper Quote 3/11/02 - $35.95 per case | MLK000086 | MLK000086 | | | |
| 110e | New England Office Supply Proposal 38693 dated 3/4/02 $16,800 | MLK000087 | MLK000087 | | | |
| 111a | Voucher dated 44/23/02 J. Cameron Toner $20,185.00 | MLK000597 | MLK000597 | | | |
| 111b | J. Cameron Invoice #1346 dated 4/22/02 $10,185.00 | MLK000598 | MLK000598 | | | |
| 111c | J. Cameron Invoice #1346 dated 4/22/02 $20,185.00 | MLK000599 | MLK000599 | | | |
| 111d | Order No. 12978 dated 4/22/02 J. Cameron $20,185.00 | MLK000600 | MLK000600 | | | |
| 111e | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner | MLK000601 | MLK000601 | | | |
| 111f | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner | MLK000602 | MLK000602 | | | |
| 111g | Laserstar proposal dated 4/18/02 Hewlett | MLK000603 | MLK000603 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | Packard cartridges | | | | | |
| 111h | J. Cameron fax Price Quote 4/17/02 (toner) | MLK000604 | MLK000604 | | | |
| 200 | Financial Records, U.S. District Court Clerk's Office (Copies of checks paid to J. Cameron Company and C.J. Sales) | | | | | |
| 201a | USDC check # 00315143 8/5/98 J. Cameron (front) | MLK000767 | MLK000767 | | | |
| 201b | USDC check # 00349223 8/5/98 J. Cameron (back) | MLK000768 | MLK000768 | | | |
| 201c | USDC check dated 10/27/98 J. Cameron | MLK002308 | MLK002308 | | | |
| 202 | USDC check# 00324705 dated 1/12/99 $5,252.96 J. Cameron | MLK002310 | MLK002310 | | | |
| 203a | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (front) | MLK000617 | MLK000617 | | | |
| 203b | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (back) | MLK000618 | MLK000618 | | | |
| 204a | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (front) | MLK000621 | MLK000621 | | | |
| 204b | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (back) | MLK000622 | MLK000622 | | | |
| 204c | USDC check # 00349223 2/3/00 C.J. Sales $20,505.00 (front & back) | MLK000623 | MLK000623 | | | |
| 205 | USDC check # 00354633 C.J. Sales 4/27/00 $21,570 | MLK002296 | MLK002296 | | | |
| 206a | USDC check # 000357188 J. Cameron $5,760.00 (front) | MLK000845 | MLK000845 | | | |
| 206b | USDC check # 000357188 J. Cameron | MLK000846 | MLK000846 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | $5,760.00 (back) | | | | | |
| 207 | USDC check #00361190 dated 8/17/00 $17,975 J. Cameron | MLK002328 | MLK002328 | | | |
| 208 | USDC check #00364275 dated 10/10/00 J. Cameron $18,475 | MLK002332 | MLK002332 | | | |
| 209a | USDC check # 00389076 J. Cameron 10/15/01 (front) | MLK000903 | MLK000903 | | | |
| 209b | USDC check # 00389076 J. Cameron 10/15/01 (back) | MLK000904 | MLK000904 | | | |
| 210a | USDC check dated 4/9/02 C.J. Sales $13,580.00 (front) | MLK000641 | MLK000641 | | | |
| 211a | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (front) | MLK000929 | MLK000929 | | | |
| 211b | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (back) | MLK000930 | MLK000930 | | | |
| 300a | Black Binder (3 ring) and contents seized during search of Timothy Schroeder office | MLK002414 | MLK002619 | | | |
| 300b | White 3 ring binder (and contents) seized during search of Schroeder's office | MLK002620 | MLK002660 | | | |
| 302 | Quote Package Labels | MLK002707 | MLK002710 | | | |
| 302a | *J.Cameron Price Quote "pricing for sampled labels - $.69 each." | MLK002708 | MLK002708 | | | |
| 302b | *Tracey Sales, Inc. | MLK002709 | MLK002709 | | | |
| 302c | *MS & Associates | MLK002710 | MLK002710 | | | |
| 308a | New England Office Supply, Price Quote, 9/25/00 $15,800.00 | MLK002612 | MLK002612 | | | |
| 310 | Quote Package | MLK002633 | MLK002636 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH  CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 310a | C.J. Sales Quote 400 cases Hammermill Tidal $33.95 total $13,580.00 | MLK002634 | MLK002634 | | | |
| 310b | J. Cameron Quote 3/11/02 400 ctns Hammermill Tidal $35.95 case | MLK002635 | MLK002635 | | | |
| 310c | New England Office Supply Quote 3/4/02 400 ctn @ $42.00 - $16,800.00 | MLK002636 | MLK002636 | | | |
| 310d | *C.J. Sales Invoice dated 4/9/02 | MLK002705 | MLK002705 | | | |
| 310e | Public Voucher for Purchases, 4/8/02 | MLK002706 | MLK002706 | | | |
| 311 | Purchase Order and Quote Package - Toner (date of order 4/22/02) Contractor J. Cameron | MLK002637 | MLK002650 | | | |
| 319 | *American Express bills, Account of Timothy Schroeder dated 11/14/01 (2 pages) | MLK002678 | MLK002694 | | | |
| 319a | American Express Bill: Account of Timothy Schroeder dated 11/14/01 (2 pages) | MLK002678 | MLK002679 | | | |
| 319b | *American Express bill dated 12/15/01 (3 pages) | MLK002680 | MLK002682 | | | |
| 319c | *pages 2 & 3 of American Express bill dated 1/15/02 | MLK002683 | MLK002684 | | | |
| 319d | *American Express bill dated 3/16/02 | MLK002688 | MLK002691 | | | |
| 319e | *American Express bill dated 4/15/02 | MLK002692 | MLK002694 | | | |
| 320a | *J.Cameron Price Quote Cleatmats | MLK002712 | MLK002712 | | | |
| 320b | *A&G Sales, Inc. Cleartmat Quote | MLK002713 | MLK002713 | | | |
| 320c | *New England Office Supply Quotation Chairmats | MLK002714 | MLK002714 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH  CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 321a | *J. Cameron Price Quote 200 cts Hammermill copier paper $6,900.00 | MLK002715 | MLK002715 | | | |
| 321b | *A&G Sales, Inc. Pricing for Copy Paper 9/15/98 | MLK002716 | MLK002716 | | | |
| 321c | *Tracey Sales Quote for 200 cartons 9/14/98 | MLK002717 | MLK002717 | | | |
| 322a | J. Cameron Price Quote 10 ea Leather Highback Chairs - $9,480.00 | MLK002731 | MLK002731 | | | |
| 322b | Priest and Associates Proposal 5/8/97 Executive chairs | MLK002732 | MLK002732 | | | |
| 322c | A&G Sales, Inc. Quotation $1397.50 each chair | MLK002733 | MLK002733 | | | |
| 323a | Purchase Order No. 7811 Hammermill paper J. Cameron $5,466.00 | MLK002749 | MLK002749 | | | |
| 323b | J. Cameron Company Price Quote 200 cts Hammermill Paper $28.33 per ct. | MLK002750 | MLK002750 | | | |
| 323c | Tracey Sales, Inc. Price Quote Hammermill Tidal copy paper $31.95 per case | MLK002751 | MLK002751 | | | |
| 323d | A&G Sales, inc. Price Quote 200 ctn Hammermill Tidal copy paper - $29.50 $5,900.00 | MLK002752 | MLK002752 | | | |
| 324a | J. Cameron Company Price Quote - 48" round table; 36" stand; 4 chairs | MLK002754 | MLK002754 | | | |
| 324b | Tracey Sales, Inc. Price Quote 4 Leather Jasper Seating side chairs $895 each | MLK002755 | MLK002755 | | | |
| 325a | Purchase Order No. 7659 $2,855.00 | MLK002757 | MLK002757 | | | |
| 325b | J. Cameron Company Price Quote 20m Kraft envelopes $142.75 ea $2855.00 | MLK002758 | MLK002758 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 325c | Lane Printing Co., Inc. Price Quote dated 8/14/97 20,000 brown craft envelope $222 M | MLK002759 | MLK002759 | | | |
| 325d | Lane Printing Co., Inc. Price Quote dated 8/14/97 20,000 brown craft envelope $222 M | MLK002760 | MLK002760 | | | |
| 325e | Manila window envelope with handwriting | MLK002761 | MLK002761 | | | |
| 325f | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 Special Window Brown Kraft Envelopes | MLK002762 | MLK002762 | | | |
| 325g | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 $2950.00 | MLK002763 | MLK002763 | | | |
| 326a | Purchase Order No. 7237 100 cts Hammermill Tidal DP $2950.00 | MLK002780 | MLK002780 | | | |
| 326b | J.Cameron Company 3/4/97 Price Quote $29.50 ct Hammermill Tidal | MLK002781 | MLK002781 | | | |
| 326c | Tracey Sales, Inc. Quote 3/4/97 - 100 cartons Tidal DP - $31.95 carton | MLK002782 | MLK002782 | | | |
| 326d | A&G Sales, Inc. 3/3/97 Quote $33.50 per carton | MLK002783 | MLK002783 | | | |
| 326e | Tracey Sales, Inc. Quote - $31.95 per case | MLK002784 | MLK002784 | | | |
| 326f | New England Office Supply 2/21/97 Quote - $38.00 | MLK002785 | MLK002785 | | | |
| 327a | Purchase Order No. 11590 $2,880.00 | MLK002433 | MLK002433 | | | |
| 327b | J. Cameron Fax Quote 12/27/00 Universal colored paper - $58.50 per box | MLK002434 | MLK002434 | | | |
| 327c | MS and Associates Price Quote 60 cases colored paper - $3117.00 | MLK002435 | MLK002435 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 327d | C.J. Sales Price Quotation 60 cases colored paper $2,880.00 | MLK002436 | MLK002436 | | | |
| 327e | Catalog page 777 "Office Paper" | MLK002437 | MLK002437 | | | |
| 327f | Catalog page 777 "Office Paper" | MLK002438 | MLK002438 | | | |
| 328a | Purchase Order No. 9526 Vendor: J. Cameron $19,738.30 | MLK002625 | MLK002625 | | | |
| 328b | J.Cameron Price Quote (P.O. 9526) Laser Jet cartridges | MLK002626 | MLK002626 | | | |
| 328c | MS & Associates Price Quote - Laser Jet cartridges | MLK002627 | MLK002627 | | | |
| 328d | TEI Imaging Solutions Proposal 2/23/99 - Laser Jet cartridges $19,954.39 | MLK002628 | MLK002628 | | | |
| 328e | A&G Sales, Price Quote Laser Jet cartridges | MLK002629 | MLK002629 | | | |
| 328f | Purchase Order No. 9526 Vendor: J.Cameron $19,738.30 | MLK002630 | MLK002630 | | | |
| 329 | Checks from Timothy Schroeder payable to Imperial Garden, nos. 114, 129, 142 (from Timothy Schroeder's office) | | | | | |
| 401a | J. Cameron Company Price Quote (PO 8651) checking envelopes | MLK002822 | MLK002822 | | | |
| 404a | Packing Slip #42037 C.J. Sales Toners | MLK002844 | MLK002844 | | | |
| 406a | Order for Supplies No. 10989 6/1/00 $5,760.00 | MLK002843 | MLK002843 | | | |
| 407a | Order for Supplies No. 11232 8/17/00 $17,975.00 | MLK002841 | MLK002841 | | | |
| 408a | Order for Supplies No. 11365 9/28/00 $18,475.00 | MLK002842 | MLK002842 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH  CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 409a | Order for Supplies (Order No. 12410) 9/25/01 $17,480.00 | MLK002797 | MLK002797 | | | |
| 409b | J. Cameron Company Price Quote: (12410) Copier Paper $36.75 colored $45.00 | MLK002798 | MLK002798 | | | |
| 409c | C.J. Sales Price Quotation $38.00 unit $48.00 unit | MLK002799 | MLK002799 | | | |
| 409d | New England Office Supply Proposal #35747 date 9/24/01 $19,110.00 | MLK002800 | MLK002800 | | | |
| 420a | MasterCard Statement dated 9/14/2000 | MLK002920 | MLK002920 | | | |
| 421a | American Express Statement dated 3/16/01 | MLK002921 | MLK002923 | | | |
| 421b | American Express Statement dated 5/5/01 | MLK002924 | MLK002925 | | | |
| 423a | J. Cameron Company Invoice dated 11/12/98 Leather Chairs | MLK002790 | MLK002790 | | | |
| 423b | A&G Sales, Inc. Quotation re: 20 Stylex chairs $979.00 per chair | MLK002791 | MLK002791 | | | |
| 423c | Northeast Space Solutions, Inc. Stylex chairs $16,980.00 | MLK002792 | MLK002792 | | | |
| 423d | Joyce Contract Interiors 9/28/98 Quote #7007 Stylex chairs $18,200.00 | MLK002793 | MLK002793 | | | |
| 423e | Joyce Contract Interiors 10/29/1998 Quote #7186 $18,200.00 | MLK002794 | MLK002794 | | | |
| 423f | Northeast Space Solutions, Inc. 10/29/98 Quote #1825 Stylex Chairs $16,980.00 | MLK002795 | MLK002795 | | | |
| 424a | Order for Supplies or Service No. 12447 dated 9/28/01 $9,997.00 | MLK002801 | MLK002801 | | | |
| 424b | C.J. Sales Price Quotation Toner | MLK002802 | MLK002802 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 424c | J. Cameron Company Price Quote Toner | MLK002803 | MLK002803 | | | |
| 424d & 424e | ABI Supplies.com Toner Cartridge | MLK002804 | MLK002805 | | | |
| 425a | A&G Sales, Inc. Pricing for H.P. Toner Cartridges | MLK002806 | MLK002806 | | | |
| 425b | J.Cameron Company Invoice No. 0039 dated 7/7/2000 | MLK002807 | MLK002807 | | | |
| 425c | J.Cameron Company Invoice No. 0039 dated 7/7/2000 | MLK002808 | MLK002808 | | | |
| 425d | J.Cameron Company Price Quote Toner Cartridges | MLK002809 | MLK002809 | | | |
| 425e | New England Office Supply Proposal 23397 dated 4/5/00 (Toner) | MLK002810 | MLK002810 | | | |
| 425f | Table: Cartridge/Printer/#Active Printers/Ordered 10/99/Inventory 6/29/00 | MLK002811 | MLK002811 | | | |
| 425g | Purchase Order No. 11105 Toner Vendor: J. Cameron | MLK002812 | MLK002812 | | | |
| 425h | J. Cameron Company Invoice No. 0039 dated 7/7/2000 Toner | MLK002813 | MLK002813 | | | |
| 426a | Purchase Order No. 8497 Hammermill paper $6,700.00 | MLK002827 | MLK002827 | | | |
| 426b | J. Cameron Company Price Quote 200 cts Hammermill paper $33.50 case $6700.00 | MLK002828 | MLK002828 | | | |
| 426c | CPM 5/13/98 Quote 200 cartons Hammermill Tidal $34.95 per carton | MLK002829 | MLK002829 | | | |
| 426d | handwritten price quotes: BPU $34.00 Lawyers Stationery $36.00 Bob Slate $52.00 | MLK002830 | MLK002830 | | | |

<u>United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01</u>

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 426e | A&G Sales, Inc. re: Pricing for Letter Size Copy Paper - $37.00/ctn Hammermill Tidal DP | MLK002831 | MLK002831 | | | |
| 427a | J. Cameron Company Price Quote Bar Code Labels $.89 per label | MLK002845 | MLK002845 | | | |
| 427b | Tracey Sales, Inc. Quote Bar Code Labels $.95 | MLK002846 | MLK002846 | | | |
| 427c | A&G Sales, Inc. Bar Code Labels $1.15 | MLK002847 | MLK002847 | | | |
| 428a | J. Cameron Company Price Quote - 4 Judges chairs $1,231.25 each - $4,925.00 | MLK002848 | MLK002848 | | | |
| 428b | A&G Sales, Inc. Quotation Chair $1397.50 each | MLK002849 | MLK002849 | | | |
| 429 | Audit Program U.s. District Court Clerk's Office (found in Schroeder's Office) | MLK002850 | MLK002898 | | | |
| 500 | Stipulation regarding Keeper of Record Affidavits | | | | | |
| 500a | A & G Sales, Inc. (Affidavit with Exhibits) | MLK002065 | MLK002074 | | | |
| | Addendum to A & G Sales Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005304 | MLK005308 | | | |
| | Insert to Exhibit 500a - A & G Sales, Inc. (Affidavit with Exhibits) | MLK002070a | MLK002070d | | | |
| 500b | All-State Legal (Vendor Affidavit with Exhibits) | MLK002011 | MLK002028 | | | |
| | Addendum to All-State Legal Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005309 | MLK005318 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 500c | American Expandable Products (Affidavit with Exhibits) | MLK002037 | MLK002064 | | | |
| | Addendum to American Expandable Products Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK004360 | MLK004362 | | | |
| 500d | Beacon Hill Showrooms (Affidavit w/Exhibits) | MLK002178a | MLK002185 | | | |
| | Addendum to Beacon Hill Showrooms Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005319 | MLK005328 | | | |
| 500e | Comm-Unity - A Division of Jasper Seating Co., Inc. (Affidavit w/Exhibits) | MLK002186a | MLK002192 | | | |
| | Addendum to Comm-Unity - A Div. of Jasper Seating Co., Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005329 | MLK005330 | | | |
| 500f | Custom Office Furniture of Boston (Affidavit w/Exhibits) | MLK002173a | MLK002177 | | | |
| | Addendum to Custom Office Furniture Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005331 | MLK005333 | | | |
| 500g 500g | Fay Paper Products, Inc. (Vendor Affidavit with Exhibits) | MLK001967 | MLK001980 | | | |
| | Addendum to Fay Paper Products, Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK004363 | MLK004368 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 500h | Label Art, Inc. (Vendor Affidavit with Exhibits) | MLK001997 | MLK002010 | | | |
| | Addendum to Label Art, Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005334 | MLK005339 | | | |
| 500i | Material Installation (Affidavit with Exhibits) | MLK002075 a | MLK002093 | | | |
| | Addendum to Material Installation Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005340 | MLK005348 | | | |
| 500j | New England Office Supply (Vendor Affidavit with Exhibits) | MLK001380 | MLK001520 | | | |
| | Addendum to New England Office Supply Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005349 | MLK005350 | | | |
| 500k | Northeastern Envelope (Affidavit with Exhibits | MLK002094 a | MLK002165 | | | |
| | Addendum to Northeastern Envelope Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005355 | MLK005380 | | | |
| 500l | Pettit Fine Furniture (Vendor Affidavit with Exhibits) | MLK001936 a | MLK001942 | | | |
| | Addendum to Pettit Fine Furniture Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005381 | MLK005384 | | | |
| 500m | Quick Turn Around (Vendor Affidavit with Exhibits) | MLK001981 | MLK001996 | | | |
| | Addendum to Quick Turnaround Vendor | MLK005385 | MLK005395 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | Affidavit "Correspondence/Note/Reports re: Keeper of Records" | | | | | |
| 500n | Rentacrate Incorporated (Vendor Affidavit with Exhbiits) | MLK002029 a | MLK002036 | | | |
| | Addendum to Rentacrate Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005396 | MLK005399 | | | |
| 500o | Resale Paper (Vendor Affidavit with Exhibits) | MLK001920 a | MLK001935 | | | |
| | Addendum to Resale Paper Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005400 | MLK005401 | | | |
| | Addendum to Resale Paper Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" (1 page FAX | MLK005408 | MLK005408 | | | |
| 500p | Spets Associates, Inc. (Vendor Affidavit with Exhibits) | MLK001943 | MLK001966 | | | |
| | Addendum to Spets Associates, Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005402 | MLK005407 | | | |
| 500q | Stephan Fossler Company (Vendor Affidavit with Exhibits) | MLK002193 a | MLK002204 | | | |
| | Addendum to Stephan Fossler Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005409 | MLK005412 | | | |
| 500r | Stylex (Vendor Affidavit with Exhibits) | MLK001888 | MLK001919 | | | |
| | Addendum to Stylex Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005413 | MLK005416 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 500s | Affidavit of Thomas Schaefer/ Systematics w/attached Exhibits A and B (replaces draft affidavit with only Exhibit A) | MLK004286 | MLK004310 | | | |
| | Addendum to Systematics Incorporated Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK004369 | MLK004372 | | | |
| 500t | Troubleshooters (Vendor Affidavit with Exhibits) | MLK004311 | MLK004324 | | | |
| 500u | Franzone Associates and Northeast Space Solutions (Vendor Affidavit with Exhibits) | MLK000950 | MLK001238 | | | |
| | Addendum to Franzone Assoc. & Northeast Space Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005417 | MLK005429 | | | |
| 500v | Jasper Desk Company (Vendor Affidavit with Exhibits) | MLK001843 | MLK001887 | | | |
| | Addendum to Jasper Desk Company Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005430 | MLK005436 | | | |
| 500w | Lane Printing Company (Vendor Affidavit with Exhibits) | MLK001295a | MLK001321 | | | |
| | Addendum to Lane Printing Company Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005437 | MLK005457 | | | |
| 500x | The Ink Spot (Vendor Affidavit with Exhibits) | MLK001521 | MLK001842 | | | |
| | Addendum to The Ink Spot Vendor Affidavit "Correspondence/Note/Reports | MLK005458 | MLK005566 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | re: Keeper of Records" | | | | | |
| 501 | Quick Turn Around Business Forms, Inc. Invoice #37144 dated 7/29/98 $299.83 | MLK001987 | MLK001987 | | | |
| 502a | The Ink Spot Invoice #22830 $893.30 | MLK001842 | MLK001842 | | | |
| 502b | J. Cameron check #1403 dated 1/4/99 to Ink Spot $893.30 | MLK001841 | MLK001841 | | | |
| 502c | J. Cameron check dated 1/28/99 to Systematics $2359.05 | MLK002171 | MLK002171 | | | |
| 504 | NEOS Invoice # 675501-0 dated 2/10/00 $15,886.21 | MLK001407 | MLK001407 | | | |
| 505 | NEOS Invoice # 715872-0 dated 5/2/00 $10,300 | MLK001410 | MLK001410 | | | |
| 506 | NEOS Invoice #728114-0 dated 6/2/00 $2250.00 | MLK001411 | MLK001411 | | | |
| 507 | NEOS Invoice #760325-0 dated 8/24/00 $10,260.00 | MLK001414 | MLK001414 | | | |
| 508 | NEOS Invoice #782372-0 dated 11/10/00 $10,460.00 | MLK001421 | MLK001421 | | | |
| 509 | NEOS Invoice #944212-0 dated 10/17/01 $9000 | MLK001438 | MLK001438 | | | |
| 510 | NEOS Invoice #1015035-0 dated 4/10/02 $4600 to J. Cameron *See New England Office Supply | MLK002360 | MLK002360 | | | |
| 511 | NEOS Invoice #1020550-0 dated 4/24/02 $13,565 | MLK001449 | MLK001449 | | | |
| 550a | A.D.I. (Vendor Affidavit with Exhibits & 8/18/05 cover letter) | MLK000943a | MLK000949a | | | |
| 550a | Addendum to A.D.I. Vendor Affidavit | MLK005567 | MLK005568 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| | "Correspondence/Note/Reports re: Keeper of Records" | | | | | |
| 550b | A.K. Thomas Company (Vendor Affidavit with Exhibits) | MLK001351 | MLK001355 | | | |
| | Addendum to A.K. Thomas Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005569 | MLK005573 | | | |
| 550c | Best of Care (Vendor Affidavit with Exhibits) | MLK001329 | MLK001336 | | | |
| | Addendum to Best of Care Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005574 | MLK005578 | | | |
| 550d | Document Management Service, Inc. (Vendor Affidavit with Exhibits) | MLK001258 | MLK001263 | | | |
| | Addendum to Document Management Services Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005579 | MLK005580 | | | |
| 550e | Falvey Finishing Co., Inc. (Vendor Affidavit with Exhibits) | MLK001239 | MLK001257 | | | |
| | Addendum to Falvey Finishing Co., Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005581 | MLK005584 | | | |
| 550f | Faxon Sales, Inc. (Vendor Affidavit with Exhibits) | MLK001337 | MLK001350 | | | |
| | Addendum to Faxon Sales Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005585 | MLK005588 | | | |

United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB / NH   CR04-213-01

| Trial Ex. # | Description | Bates - Begin | Bates - End | Identified | Offered | Admitted |
|---|---|---|---|---|---|---|
| 550g | Hub Engraving/Mass Envelope Company (Vendor Affidavit with Exhibits) | MLK001356 a | MLK001367 | | | |
| | Addendum to Hub Engraving Company Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005589 | MLK005591 | | | |
| 550h | Krueger (Vendor Affidavit with Exhibits) | MLK000936 | MLK000942 | | | |
| | Addendum to Krueger International Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005592 | MLK005606 | | | |
| 550i | Lease Corporation of America (Vendor Affidavit with Exhibits) | MLK001322 | MLK001328 | | | |
| | Addendum to Lease Corp. of America Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005607 | MLK005614 | | | |
| 550j | Making Your Mark, Inc. (Vendor Affidavit with Exhibits) | MLK001264 | MLK001294 | | | |
| | Addendum to Making Your Mark Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005615 | MLK005647 | | | |
| 550k | Nordplan USA, Inc. (Vendor Affidavit with Exhibits) | MLK001368 a | MLK001373 | | | |
| | Addendum to Nordplan USA, Inc. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of Records" | MLK005648 | MLK005654 | | | |