UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>STEVEN A. MILKIEWICZ,            )<br>)<br>Defendant.                              )<br>) | Crim. No. 04-10339-PJB<br>          NH  CR04-213-01-PB |

### DEFENDANT'S REVISED EXHIBIT LIST

Defendant hereby submits his revised exhibit list for his case-in-chief, attached hereto as Exhibit A.

Defendant presently anticipates offering the exhibits listed below during his case-in-chief. Defendant also incorporates by reference all exhibits in the government's exhibit list. Defendant reserves the right to add exhibits to this list as necessary.

Respectfully submitted,

STEVEN A. MILKIEWICZ,
By his attorneys,

_____/s/    Michelle R. Peirce_
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Carl E. Fumarola, BBO #659019
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:  September 2, 2005

CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by overnight delivery to Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 2nd day of September, 2005.

                                            /s/   *Michelle R. Peirce*
                                            Michelle R. Peirce

## REVISED EXHIBIT LIST FOR DEFENDANT'S CASE-IN-CHIEF

(9/2/05)

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 701a | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 2601 (1/1/96 to 12/31/03) | 1-368 |
| 701b | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 2203 (1/1/96 to 12/31/03) | 369-433 |
| 701c | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 2403 (1/1/96 to 12/31/03) | 434-534 |
| 701d | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 3101 (1/1/96 to 12/31/03) | 535-544 |
| 701e | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 3111 (1/1/96 to 12/31/03) | 545-614 |
| 701f | U.S. District Court Clerk's Office Purchase Order Reports for Product Code 2606 (1/1/96 to 12/31/03) | 615-708 |
| 702 | U.S. Probation, U.S. Pretrial Services, and First Circuit Court of Appeals Purchase Order Reports for Product Codes 2601, 2203, 2403, 3101, 3111, 2606 (1/1/96 to 12/31/03) | 709-1687 |
| 703a | Pricing Information From White Binder in the Office of Timothy Schroeder | 1688-1720 |
| 703b | Pricing Information From Black Binder in the Office of Timothy Schroeder | 1722-1895 |
| 703c | Pricing Information Seized on 7/5/02 From the Office Desk of Timothy Schroeder | 1896-7909 |
| 703d | Pricing Information Seized on 7/5/02 From the Office Bookcase of Timothy Schroeder | 1910-1956 |

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 703e | Pricing Information Seized From Miscellaneous Locations in the Office of Timothy Schroeder | 1957-2334 |
| 704 | Clifton Gunderson, LLP Audit Report (9/21/01) | 2946-2967 |
| 705 | U.S. District Court Documents re Training Session on 5/3/01 | 2758-2764 |
| 706 | Records of U.S. Probation Transactions with J. Cameron (7/8/97 to 11/12/99) | 2837-2910 |
| 707 | Records of U.S. Pretrial Services Transactions with J. Cameron (1/17/02 to 6/10/02) | 2911-2917 |
| 708 | Records of First Circuit Court of Appeals Transactions with J. Cameron (8/10/00 to 7/10/01) | 2918-2924 |
| 709 | Records of U.S. District Court of Arizona Transactions with J. Cameron (7/9/98 to 8/10/98) | 2765-2769 |
| 710 | Records of U.S. District Court of Rhode Island Transactions with J. Cameron (1/1/02 to 12/31/02) | 2925-2942 |
| 711 | Records of Environmental Protection Agency Transactions with Tracy Sales (4/1/91 to 5/31/94) | 2770-2795 |
| 712 | Voucher Report of U.S. District Court Clerk's Office Transactions with Tracy Sales (10/30/91 to 6/20/01) | 2796-2834 |
| 713 | U.S. District Court Clerk's Office Payment Vouchers for Purchases from J. Cameron and C.J. Sales (1/1/97 to 7/1/02) | 2968-3206 |
| 714 | (Intentionally Blank) | |
| 715 | Steve Milkiewicz Bank Records, Fleet Bank/BankBoston, Acct. No. 800-09959 | |
| 716 | J. Cameron Bank Records, Fleet Boston Financial, Acct. No. 552-59134 | |

-2-

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 717 | C. J. Sales Bank Records, Fleet Bank, Acct. No. 897-586-12 | |
| 718 | Timothy Schroeder Bank Records for Plymouth Savings Bank, Acct Nos. 088-602692-1; 032-011364-0; Citizens Bank, Acct. No. 011554-469-6; Hanscom Federal Credit Union, Member No. 0007040970 | |
| 719 | MS Associates Bank Records, Citizens Bank, Acct. No. 110484-051-8 | |
| 720 | J. Cameron Mass. Dept. of Revenue Sales Tax Resale Certificate 5/29/30 | 2836 |
| 721 | Voucher Report of U.S. District Court Transactions with C. J. Sales (5/12/99 to 4/9/02) | 2943-2945 |

-3-