UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>) CRIMINAL NO. 04-10339-PJB<br>) NH CR04-213-01-PB<br>TIMOTHY P. SCHROEDER and )<br>STEVEN A. MILKIEWICZ, )<br>)<br>Defendants. )<br>) | |

### DEFENDANT'S REVISED WITNESS LIST

At the present time the Defendant anticipates calling as witnesses some or all of the individuals listed below. In addition, the Defendant expressly incorporates by reference all witnesses who appear on the Government's Witness List. The Defendant reserves the right to make additions to this list promptly as such additions become necessary.

David DiMarzio
Clerk, US District Court, Providence, RI


Denise LeBlanc
US Probation Service, Boston, MA


Francesca Bowman
Formerly U.S. Probation Service, Boston, MA


Warren Green
Hub Engraving


Douglas Holmes

Annie Ng

Debbie Lau

Helen Costello

Special Agent Lisa Round
IRS

Henry Franzone, President
Franzone Associates & Northeast

Daniel Falvey
Falvey Finishing Co., Inc.

Summary Witness for Charts

<u>Keepers of the Records for</u>:

First Circuit Court of Appeals

U.S. Marshal's Office, Boston, MA

Federal Defenders, Boston, MA

Northeast Envelope

Resource Net

Quick Turnaround

US District Court, Boston, MA

U.S. District Court, Tuscon, AZ

Environmental Protection Agency, Boston, MA

>Respectfully submitted,
>
>STEVEN A. MILKIEWICZ,
>By his attorneys,
>
>_____/s/   Michelle R. Peirce_____
>Bruce A. Singal, BBO#464420
>Michelle R. Peirce, BBO #557316
>Carl E. Fumarola, BBO #659019
>Donoghue, Barrett & Singal, P.C.
>One Beacon Street, Suite 1320
>Boston, MA  02108
>(617) 720-5090

Dated:   September 6, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by hand delivery, to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941; Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210; this 6th day of September, 2005.

>_____/s/   Michelle R. Peirce_____
>Michelle R. Peirce