**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

**UNITED STATES OF AMERICA**

      **v.**                           Criminal No. 04-10339-PJB
                                      NH CR-04-213-01-PB
**STEVEN A. MILKIEWICZ**

**JURY INSTRUCTIONS**

**INTRODUCTION**

      At this stage of the trial it my duty to instruct you on the principles of law that you will apply in deciding this case.  It is your duty to follow these instructions during your deliberations.  You should not single out any one instruction but instead apply these instructions as a whole to the evidence in this case.

**JURY SOLE JUDGES OF FACT**

      You are the sole and exclusive judges of the facts.  You must weigh the evidence that has been presented impartially, without bias, without prejudice, without sympathy.  You must make a determination as to what the facts are, what the truth is, based upon the evidence presented in the case.  You will decide the case by applying the law as I give it to you in these instructions and the facts as you find them to be from the evidence.

## CREDIBILITY OF WITNESSES

In determining what the facts are, what the truth is, you must necessarily assess the credibility of each witness and determine what weight you will give to each witness's testimony.  By credibility I mean the believability or the truthfulness of a witness.

You should carefully scrutinize all the testimony given, the circumstances under which each witness has testified, and every matter in evidence which tends to show whether a witness is worthy of belief or not worthy of belief.  Consider each witness's intelligence, motive, state of mind, demeanor and manner while testifying.  Consider the witness's ability to see, hear, or know the matters about which that witness has testified.  Consider whether the witness had a good memory of what the witness has testified about.  Consider whether the witness had any reason for telling the truth or not telling the truth, whether the witness had an interest in the outcome of the case, whether the witness had anything to gain or lose as a result of his or her testimony, whether the witness had any friendship, relationship, or animosity towards other individuals involved in the case, whether the witness's testimony was consistent or inconsistent with the witness's own testimony and the testimony of other witnesses.  Consider the extent to which, if any, the testimony of each witness is either supported or contradicted by other evidence in the case.

After assessing the credibility of each witness, you will assign to the testimony of each witness, both under direct and cross-examination, such weight as you deem proper.  You are not required to believe the testimony of any witness simply because that witness was under oath.  You may believe or disbelieve all or part of the testimony of any witness.  It is within your province to determine what testimony is worthy of belief and what

testimony may not be worthy of belief.

### A.     CREDIBILITY OF GOVERNMENT AGENTS

During the course of the trial you have heard government agents testify. You should consider the testimony of a government agent in the same manner as you consider the testimony of any other witness in the case. In no event should you give the testimony of a government agent any more credibility or any less credibility simply because that witness is a government agent.

### B.   CREDIBILITY OF ACCOMPLICES

You have heard testimony from Mr. Schroeder that he was involved in the planning and execution of the crimes charged in the Indictment. Such a person is commonly referred to as an accomplice.

The testimony of one who asserts by his testimony that he is an accomplice may be received in evidence and considered by you whether or not it is corroborated by other evidence, and you may give such testimony the weight you deem appropriate under the circumstances. However, you should keep in mind that such testimony is always to be received with caution and considered with care. You cannot convict a defendant solely upon the unsupported testimony of an alleged accomplice, unless you believe that unsupported testimony beyond a reasonable doubt.

In scrutinizing the manner and circumstances of the testimony given, you may consider any plea agreement that the government has entered into with a witness to determine how it affects any testimony given. You may consider whether an accomplice would benefit more by lying or by telling the truth. Was his testimony made up in any way because he believed or hoped that he would somehow receive favorable treatment by

testifying falsely?  Or did he believe that his interests would best be served by testifying truthfully?  In short, you may consider how a witness's hope of future benefits may affect his testimony.

You have heard evidence that Mr. Schroder has a written agreement with the government that may affect his sentence.  Under that written agreement, Mr. Schroeder has agreed to cooperate in this case against Mr. Milkiewicz.  Following this case, the government, in its discretion, may make a motion to the court stating that Mr. Schroeder provided substantial assistance in this case and may request that the court reduce Mr. Schroeder's jail sentence as a result of that assistance.  The sentencing decision belongs to the court.  However, the court may only reduce Mr. Schroder's sentence as a result of his cooperation with the government if the government asks the court to do so.

## C.    CREDIBILITY OF IMMUNIZED WITNESS

You have heard the testimony that Mr. Schroeder testified under informal immunity. What this means is that the government has agreed that the testimony of the witness may not be used against him in any criminal case brought by the government except in a prosecution for perjury or giving a false statement.  In assessing the credibility of a witness who has been granted informal immunity, you should determine whether or not the witness's testimony has been colored in any way because of the grant of immunity.  If you believe such testimony to be true and decide to accept the testimony, you may give it such weight, if any, as you believe it deserves.

## D.    PRIOR INCONSISTENT STATEMENTS

The testimony of a witness may be discredited or, as we sometimes say, impeached by showing that the witness previously made statements which are different than, or

-4-

inconsistent with, his testimony here in court. Inconsistent or contradictory statements which are made by a witness outside of court may be considered only to discredit or impeach the credibility of the witness and not to establish the truth of these earlier out-of-court statements. You must decide what weight, if any, should be given the testimony of a witness who has made prior inconsistent or contradictory statements. In making this determination you may consider whether the witness purposely made a false statement or whether it was an innocent mistake; whether the inconsistency concerns an important fact, or whether it had to do with a small detail; whether the witness had an explanation for the inconsistency, and whether that explanation appealed to your common sense.

If a person is shown to have knowingly testified falsely concerning any important or material matter, you obviously have a right to distrust the testimony of such an individual concerning other matters. You may reject all of the testimony of that witness or give it such weight or credibility as you may think it deserves.

It is exclusively your duty, based upon all the evidence and your own good judgment, to determine whether the prior statement was inconsistent, and if so how much, if any, weight is to be given to the inconsistent statement in determining whether to believe all or part of the witness's testimony.

## <u>TESTIMONY OF A WITNESS WHO PLED GUILTY</u>

You have heard testimony that Mr. Schroeder pled guilty to charges arising out of the same facts as this case. You are instructed that you are to draw no conclusions or inferences of any kind about the guilt of the defendant on trial from the fact that a prosecution witness pled guilty to similar charges. A decision by someone else to plead guilty was a personal

decision about his own guilt.  You may not use a witness's guilty plea in any way as evidence against the defendant on trial here.

## WEIGHT OF THE EVIDENCE

The fact that the prosecution is brought in the name of United States of America entitles the government to no greater consideration than that accorded to any other party in litigation.  By the same token, the government is entitled to no less consideration.  All parties, whether the government or individuals, stand as equals at the bar of justice.

The weight of the evidence is not necessarily determined by the number of witnesses testifying on either side.  You will consider all the facts and circumstances in evidence to determine which of the witnesses are worthy of belief.  You may find that the testimony of a small number of witnesses on a particular issue is more credible than the testimony of a greater number of witnesses on the other side of that issue.

In reviewing the evidence, you will consider the quality of the evidence and not the quantity.  It is not the number of witnesses or the quantity of testimony that is important, but the quality of the evidence that has been produced that is important.  You will consider all of the evidence no matter which side produced or elicited it, because there are no property rights in witnesses or in the evidence that is presented.

## STATEMENTS AND OBJECTIONS BY COUNSEL

During the course of the trial you have heard certain statements, arguments and remarks from counsel.  These are intended to help you in understanding the evidence and in applying the law to this case.  However, in the event that counsel have made any statements

concerning the evidence that are contrary to your recollection of the evidence, then you must take your own recollection as to the evidence. If counsel have made any statements concerning the law that are contrary to my instructions, you must take the law from me. You are not to be concerned with the wisdom of any rule of law. Regardless of any opinion you may have as to what the law ought to be, it would be a violation of your sworn duty to base a verdict upon any other view of the law than the law as I give it to you in my instructions.

From time to time during the course of the trial counsel have made objections. This is a proper function to be performed by counsel on behalf of their respective clients. You should not concern yourself with the fact that objections have been made, nor with my rulings on those objections. I must rule on objections and I have not intended to indicate in any way by my rulings or by what I have said what the verdict should be in this case.

In this case, as in all cases, I am completely neutral and impartial. It is up to you to determine whether the defendant is guilty or not guilty based on the facts as you find them to be and the law as I give it to you.

## WHAT IS EVIDENCE

The direct evidence in this case consists of (1) the sworn testimony of the witnesses, both on direct and cross-examination, regardless of who may have called the witness; (2) the exhibits which have been received into evidence; and (3) any facts to which all lawyers have agreed or stipulated.

## WHAT IS NOT EVIDENCE

Certain things are not evidence and cannot be considered by you as evidence:

1.  Arguments and statements by lawyers are not evidence.  What they have said in their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory controls.

2.  Questions and objections by lawyers are not evidence.  Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by objections or by my ruling on objections.

3.  Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.

4.  Anything you may have seen or heard when the court was not in session is not evidence.  You are to decide the case solely on the evidence received at trial.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two types of evidence which you may properly use in deciding whether a defendant is guilty or not guilty.

Direct evidence is the testimony given by a witness about what that witness has seen, has heard or has observed, or what that witness knows based on personal knowledge.  Direct evidence also includes any exhibits that have been marked and any stipulations which have been agreed to by the lawyers for both sides.

Evidence may also be used to prove a fact by inference, and this is referred to as circumstantial evidence.  In other words, from examining direct evidence you may be able to draw certain inferences which are reasonable and justified in light of your daily experience

-8-

and common sense.  Such reasonable inferences constitute circumstantial evidence.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is up to you to decide how to weigh the evidence in this case. However, the defendant cannot be found guilty of any crime based upon a hunch or a suspicion, even a strong one, or on what is probably the case.  He can only be found guilty if on the direct evidence and the reasonable inferences you draw from the direct evidence, you are satisfied that he is guilty of the crime beyond a reasonable doubt.

### EVIDENCE ADMITTED FOR A LIMITED PURPOSE

During the course of the trial, I may have instructed you that certain evidence was being admitted for a limited purpose. It is your duty to follow these instructions during your deliberations.

### SUMMARY WITNESS

A witness for the government and a witness for the defendant testified about certain documents that purported to summarize various documents that have been admitted into evidence.  Such summaries are not independent evidence of their subject matter and they are only as valid and reliable as the underlying evidence they summarize.  You are free to disregard them entirely.  It is for you to decide whether they accurately, completely and objectively reflect the content of the underlying documents.  Your evaluation of the summaries should be based on your consideration of all testimony you heard about who prepared the summaries, the manner in which they were prepared, and the reliability and completeness of the underlying documents.

## PRESUMPTION OF INNOCENCE

The fact that an indictment has been returned against the defendant is not evidence of the defendant's guilt. An indictment is merely a formal method of accusing an individual of a crime in order to bring that person to trial. It is you who will determine whether the defendant is guilty or not guilty of the offenses charged based on a consideration of all the evidence presented and the law applicable to the case. Therefore, you must not consider the indictment in this case as any evidence of the guilt of this defendant, nor should you draw any inference from the fact that an indictment has been returned against him.

A defendant, although accused, begins a trial with a clean slate -- with no evidence against him. The law permits nothing but the admissible evidence presented before you to be considered in support of any charge against the defendant.

The presumption of innocence alone is sufficient to acquit the defendant unless you are satisfied beyond a reasonable doubt that the defendant is guilty after a careful and impartial consideration of all of the evidence in the case.

## GOVERNMENT'S BURDEN OF PROOF - BEYOND A REASONABLE DOUBT

The burden is always on the government to prove guilt beyond a reasonable doubt. This burden never shifts to a defendant. The law does not impose upon a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence. The law does not compel a defendant in a criminal case to take the witness stand and to testify. No presumption of guilt may be raised and no inference of any kind may be drawn from the fact that a defendant does not testify, because the law does not impose upon a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence. In

-10-

particular, I instruct you that Mr. Milkiewicz has no burden to produce evidence that he purchased goods that the government contends he did not deliver to the clerk's office. The burden of proof on this issue, as is the case with all issues, remains with the government.

If, after careful and impartial consideration of all of the evidence in this case, you have a reasonable doubt as to whether the defendant is guilty of any charge, you must find the defendant not guilty on that charge. If you view the evidence in the case as reasonably permitting either of two conclusions -- one consistent with innocence, the other consistent with guilt - you must adopt the conclusion that is consistent with innocence.

You must never find a defendant guilty based on mere suspicion, conjecture or guess. Rather, you must decide the case on the evidence that is before you and on the reasonable inferences that can be drawn from that evidence.

## <u>CONSIDER EACH COUNT SEPARATELY</u>

A separate crime is charged in each count of the Indictment. Each offense and the evidence pertaining to it should be considered separately. The fact that you may find the defendant guilty or not guilty of one or more of the offenses charged should not control your verdict as to any other offense charged against the defendant.

The defendant is not on trial for any act or conduct not alleged in the Indictment. Neither are you to be concerned with the guilt of any person or persons not on trial as a defendant in this case.

The defendant has pleaded not guilty to each charge in the Indictment. This plea puts in issue each of the essential elements of the offenses as described in these instructions and imposes on the government the burden of establishing each of these elements by proof

beyond a reasonable doubt.

## INDICTMENT

The Indictment in this case contains a number of counts.  Each count charges the defendant with a separate crime.  When you begin your deliberations, each of you will be provided with a copy of the Indictment containing the counts which are before you in this case.   Remember, with respect to each count in the Indictment, the prosecution must prove beyond a reasonable doubt that each essential element of the count existed in the manner charged in that count before you may return a verdict of guilty with respect to that count.

## DATE OF OFFENSE - ON OR ABOUT

You will note that the Indictment charges that the offenses at issue were committed on or about certain dates.  The proof need not establish with certainty the exact date of an alleged offense when the term "on or about" is used, for in such instance, it is sufficient if the evidence establishes beyond a reasonable doubt that the offense charged was committed on a date reasonably near the date alleged; that is, a date reasonably close in time to the date upon which the offense is alleged to have occurred.

## COUNT ONE - CONSPIRACY TO DEFRAUD THE UNITED STATES

Count One of the Indictment charges that between approximately 1997 and July 3, 2002, defendant Steven Milkiewicz and Timothy Schroeder unlawfully conspired and agreed with each other to defraud an agency of the United States, namely the United States District Court for the District of Massachusetts.

The relevant statute is Title 18, United States Code, Section 371.  It provides in pertinent part that:

> If two or more persons conspire...to defraud the United States, or any agency thereof in any manner for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be [guilty of an offense].

## A.    ELEMENTS OF THE OFFENSE

In order for you to find the defendant guilty of conspiracy, you must be convinced that the government has proved each of the following elements beyond a reasonable doubt:

First, that the agreement described in the Indictment, and not some other agreement or agreements, existed between two individuals.

Second, that a major purpose of that agreement was to defraud an agency of the United States, in this case, the United States District Court for the District of Massachusetts.

Third, that the defendant knowingly, voluntarily and intentionally joined in that agreement; and

Fourth, that one of the conspirators committed at least one overt act in an effort to further the purpose of the conspiracy.

### 1. CONSPIRACY-EXISTENCE

A conspiracy is an agreement of two or more persons who join together in an attempt to achieve an unlawful purpose.

The essence of conspiracy is an agreement. However, it is not necessary that the conspirators enter into a formal or express agreement for a conspiracy to exist. What the government must prove is that there was a mutual understanding, either spoken or unspoken, between two or more people to cooperate to accomplish an unlawful act.

Each conspirator need not know all of the details of the conspiracy or even the names and identities of all of the other alleged conspirators. It is sufficient if the conspirators each agree to join in the conspiracy to accomplish the unlawful objectives of the conspiracy.

-14-

2. **KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY PARTICIPATING IN CONSPIRACY WITH AN INTENTION TO ACHIEVE UNLAWFUL OBJECTIVES OF CONSPIRACY**

A defendant must knowingly, voluntarily, and intentionally join in the conspiracy to be guilty of conspiracy. To be guilty of the offense of conspiracy, a defendant must know of the existence of the conspiracy when he becomes a member. That is to say, he must be aware of the existence of the conspiracy and its unlawful objectives. Similarly, a defendant must have an intent to accomplish the unlawful objectives of the conspiracy when he becomes a member. In short, the government must prove two types of intent: an intent to agree and an intent to defraud the United States District Court for the District of Massachusetts.

A defendant does not act knowingly, voluntarily, or intentionally if his conduct is involuntary or if it is the result of accident or mistake.

To conspire to defraud the United States means to cheat the government out of property or money, but it also means to interfere with or obstruct one of its lawful functions by craftiness, trickery, or other dishonest means. The government does not have to show that the United States, or its agency, was subjected to monetary or property loss by the fraud, but only that there was a conspiracy for the purpose of impairing, obstructing, or defeating the lawful function of a government agency.

The conspiracy to defraud must concern a matter that was material to the United States District Court Clerk's Office. In this regard, I instruct you that a matter is material if it has a natural tendency to influence or be capable of affecting or influencing a government function.

3. **MERE PRESENCE WITH OTHERS DOES NOT ESTABLISH A CONSPIRACY**

-15-

The mere presence of the defendant at the scene of an alleged crime does not, standing alone, make such a defendant a member of a conspiracy. Mere association with one or more members of the conspiracy does not automatically make any defendant a member. One may know or be friendly with a criminal without himself or herself being a criminal. Mere similarity of conduct or the fact that the parties may have assembled together and discussed common aims and interests does not necessarily establish proof of the existence of a conspiracy.

### 4. CO-CONSPIRATOR STATEMENTS

You have heard testimony that certain persons alleged to be co-conspirators of the defendant have done or said things during the life or existence of the conspiracy in order to further or advance its goals. Since these acts may have been performed and these statements may have been made outside the presence of the defendant, and even done or said without that defendant's knowledge, these acts or statements should be examined with particular care by you before considering them against a defendant who did not do the particular act, or make the particular statement.

You may consider the acts and statements of co-conspirators in determining whether a conspiracy as charged in the Indictment existed. However, only the defendant's own acts and statements show whether the defendant knowingly, voluntarily, and intentionally joined the conspiracy. Thus, in determining whether this element of the conspiracy has been proved, you may consider the acts and statements of co-conspirators only to the extent that they help you understand the defendant's own acts and statements.

### 5. OVERT ACTS

An overt act is any act knowingly committed by one of the conspirators in an effort

to accomplish an objective of the conspiracy. The overt act need not be criminal in nature, if considered separately and apart from the conspiracy. It may be as innocent as the act of a man walking across the street or using a telephone. It must, however, be an act which must be knowingly done, in furtherance of some objective or purpose of the conspiracy charged in Count One. The Indictment identifies several overt acts that were allegedly committed in furtherance of the charged conspiracy. You need only find one of the overt acts has been proved. However, you must all agree on which overt act or acts have been proved.

**6. SUMMARY**

In summary, with respect to Count One, you must separately decide whether the government has proved each element of the count beyond a reasonable doubt. If you have a reasonable doubt as to whether a conspiracy existed as charged, that the defendant joined the conspiracy with knowledge of the conspiracy and its unlawful objectives, that the defendant knowingly, voluntarily, and intentionally joined the conspiracy with the intent that the unlawful objectives of the conspiracy be carried out, or that one of the conspirators committed at least one overt act in furtherance of the conspiracy, you must find the defendant not guilty on Count One. Alternatively, if the government has proved each element of Count One beyond a reasonable doubt, you should find the defendant guilty on Count One.

**COUNTS TWO - NINE: FALSE CLAIMS UPON THE UNITED STATES**

Counts Two through Nine of the Indictment charge that on various dates, which are listed, the defendant made and presented to an agency of the United States claims upon that agency, knowing such claims to be false, fictitious, and fraudulent, namely fraudulently

-17-

inflated invoices submitted to the United States District Court for the District of Massachusetts.

The relevant statute, Section 287 of Title 18 of the United States Code provides, in part:

> Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be [guilty of an offense].

## A.    ELEMENTS

For you to find the defendant guilty of presenting a false claim against the United States as charged in Counts Two through Nine, you must be convinced that the government has proved each of the following elements beyond a reasonable doubt:

First, that the defendant presented (or caused to be presented) to the United States District Court for the District of Massachusetts a claim upon the United States.

Second, that at the time that the claim was presented, the United States District Court for the District of Massachusetts was a department or agency of the united States

Third, that the claim presented was false, fictitious and/or fraudulent

Fourth, that the defendant knew the claim was false, fictitious and/or fraudulent; and

Fifth, that the false, fictitious and fraudulent aspect of the claim was material.

A "claim" as that word is used in these instructions, is any demand for money, property, credit or reimbursement.

A "false or fictitious" claim is one which is untrue when made or when used and which is known by the person making it or using it to be untrue.

A "fraudulent' claim is one which is known to be untrue and which is made or used

-18-

with the intent to deceive.

The terms "department" and agency" as used in these instructions, include any

department, independent establishment, commission, administration, authority, board or

bureau of the United States. These terms include all subdivisions of the United States government, including the courts.

A claim is "material" as that word is used in this instruction, if it has a natural tendency to influence, or be capable of affecting or influencing, a governmental function. It is not necessary that a claim, statement or representation actually influenced the actions of the government agency. Nor is it necessary that any government employee actually be deceived.

All of the false claim counts focused solely on the government's allegations that Mr. Milkiewicz submitted claims to the government for goods that he did not deliver. Thus, in order to find the defendant guilty of any of the false claim counts, you must find beyond a reasonable doubt that Mr. Milkiewicz submitted claims for goods that he did not deliver. In this regard, I instruct you that a quote is not a claim and thus, the submission of a false or fictitious quote, if any, does not, by itself, establish that the defendant submitted a false claim.

## COUNT ELEVEN - BRIBERY OF FEDERAL OFFICIAL

Count Eleven of the Indictment charges that between in or about 1997 and on or about July 3, 2002, the defendant corruptly gave things of value to a public official, namely Timothy Schroeder, with intent to influence the official acts of that public official, to influence that public official to commit and to allow the commission of a fraud on the United States, and to induce that public official to violate the public official's lawful duties.

The relevant statute is Title 18 U.S.C. § 201, which provides:

> (b)  Whoever -
> (1)  directly or indirectly, corruptly gives, offers

or promises anything of value to any public
official ... with intent -
(A) to influence any official act;
(B)  to influence such public official ... to commit
or aid in committing, or collude in, or allow, any
fraud, or make opportunity for commission of
any fraud, on the United States; or
(C)  to induce such public official ... to do or omit
to do   any act in violation of the lawful duty of
such person;

...shall [be guilty of an offense].

## A.    **ELEMENTS**

For you to find the defendant guilty of bribing a federal official, you must be convinced that the government has proved each of the following things beyond a reasonable doubt:

First, that the defendant gave, offered, or promised something of value as described in the indictment to Timothy Schroeder;

Second, that Timothy Schroeder was, at that time, an official of the United States or was acting on behalf of the United States or an agency of the United States; and

Third, that the defendant made the gift, offer, or promise corruptly with the intent to do one or more of the following: to influence an official act; to influence Timothy Schroeder to commit, or aid in committing or allowing, a fraud on the United States, or to induce Timothy Schroeder to do or omit to do an act in violation of his lawful duties.

The phrase "something of value" means any item that the person giving or offering or the person demanding or receiving considers to be worth something.  The phrase "something of value" includes money, favorable treatment or special consideration.

The term "official of the United States" includes any employees or person acting for or on behalf of the United States, or any department, agency or branch of the United States

Government in any official function.

The term "official act" means any decision or action on any matter which may at any time be pending, or which may by law be brought before any government official, in that person's official capacity. The term "official act" includes the decisions or actions generally expected of the public official. Those decisions or actions do not need to be specifically described in any law, rule, or job description to be considered an "official act."

An act is done "corruptly" under this bibery statute if it is performed voluntarily and deliberately and performed with the purpose of accomplishing either an unlawful result or an otherwise lawful result by unlawful means. The motive to act "corruptly" is ordinarily a hope or expectation of financial gain or other benefit to one's self or another.

It is no defense that, even without the bribe, the public official would have taken the same action or reached the same decision that the defendant wanted him to take.

Likewise, it is no defense that a person intended to influence an official act that would itself be lawful, desirable, or even beneficial to the public.

Nor is it a defense that the public official may not have the authority or ability to perform the act for which the thing was given or offered.

## COUNTS SEVENTEEN - TWENTY-ONE:  SUBSCRIBING FALSE TAX RETURNS

Counts Seventeen through Twenty-One of the Indictment charge that on various dates which are listed, the defendant wilfully made and signed joint United States individual income tax returns, form 1040 and that he did not believe those returns to be true and correct. Specifically, the government alleges both that the defendant overstated the costs of goods sold and understated his gross receipts and that the defendant's adjusted gross income and taxable income for each of the tax years was substantially higher than what he reported.

The relevant statute is Title 26, United States Code, Section 7206(1) which provides in part:

> Any person who . . .willfully makes and subscribes any return, statement or other document, which contains or is verified by a written declaration that is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter... [shall be guilty of an offense].

For you to find the defendant guilty of filing a false tax return, you must be convinced that he government has proved each of the following beyond a reasonable doubt:

First, that the defendant made and subscribed a return which was false as to a material matter;

Second, that the return continued a written declaration that it was made under the penalties of perjury;

Third, that the defendant did not believe the return to be true and correct as to every material matter; and

Fourth, that the defendant acted wilfully, with the intent of violating his obligations under the tax laws and not as a result of accident, negligence, or inadvertence.

If you find that the defendant signed his tax return , you may - but are not required to - infer that he read the return and knew its contends.

For purposes of the False Tax Return charges, the word "wilfully" refers to a voluntary and intentional violation of a known legal duty or purposeful omission to do what the law requires.  the defendant acted wilfully if he knew it was his legal duty to file a truthful tax return and he intentionally filed a false return.

You may find that a line on a tax return is material if the information required to be reported on that line is capable of influencing the correct computation of the amount of tax

liability of the individual or the verification of the accuracy of the return. However, the government is not required to prove that the defendant owed an additional tax for the years in issue. Whether the government has or has not suffered a monetary loss as a result of the alleged return is not an element of this offense.

If you find that the defendant wilfully overstated the costs of goods sold or understated his gross receipts or understated his adjusted gross income or taxable income on his tax return, and if you find that the amount of costs of goods sold gross receipts or the amount of adjusted gross income or taxable income claimed is essential to a correct computation of the amount of taxable income or tax or to the verification of that return, then you may find that the false and fraudulent statements were false as to a material matter.

## **DEFENDANT'S CONTENTIONS**

The government has introduced evidence of certain price quotes that it contends were either submitted by Mr. Milkiewicz or at his direction. Mr. Milkiewicz asserts that the government has failed to prove its contention. I instruct you that you may not consider any price quotation as evidence of Mr. Milkiewicz's guilt on any charge unless you determine that the government has proved that the price quotation was either submitted by Mr. Milkiewicz or submitted at his direction. Price quotations that Mr. Schroeder submitted on his own, without Mr. Milkiewicz's knowledge or acquiescence, are not evidence of Mr. Milkiewicz's guilt of any charge.

Mr. Milkiewicz contends that the government has not proved beyond a reasonable doubt that he knowingly filed false tax returns. He further contends that any incorrect entries on his tax return s, if any, are the result of carelessness, negligence, ignorance, or

mistake. If you have a reasonable doubt as to whether any of Mr. Milkiewicz's tax returns are the result of carelessness, negligence, ignorance, or mistake, rather than a specific intent to file a false tax return, you must find Mr. Milkiewicz not guilty of the charges that pertain to these tax returns.

### M.S. & ASSOCIATES

Mr. Schroeder pled guilty to stealing approximately $180,000 from the Clerk's Office in a scheme involving a sham company, M.S. & Associates. There is no allegation that Mr. Milkiewicz had anything to do with Mr. Schroeder's scheme involving M.S. & Associates, and I am instructing you that you should not treat Mr. Schroeder's crimes involving M.S. & Associates as having any bearing on Mr. Milkiewicz's guilt or innocence.

### CONCLUSION

The principles of law set forth in these instructions are intended to guide you in reaching a fair and just result in this case which is important to all of the parties. You are to exercise your judgment and common sense without prejudice, without sympathy, but with honesty and understanding. You should be conscientious in your determination of a just result in this case because that is your highest duty as officers of this court. Remember also that the question before you can never be: will the government win or lose the case? The government always wins when justice is done, regardless of whether the verdict be guilty or not guilty.

When you have considered and weighed all of the evidence, you must make one of the following findings with respect to each count:

1.  If you have a reasonable doubt as to whether the government has proved any one or more of the essential elements of the crime charged, it is your duty to find the defendant not guilty.

2.  If you find that the government has proved all of the essential elements of the crime charged beyond a reasonable doubt, then you may find the defendant guilty.

**A.    PUNISHMENT - IRRELEVANT**

The punishment provided by law for the offenses charged in the Indictment is exclusively my responsibility, and should never be considered by you in any way in arriving at an impartial verdict.

**B.    SELECTION OF FOREPERSON**

When you retire, you should elect one member of the jury as your foreperson.  That individual will act very much like the chairman of a committee, seeing to it that the deliberations are conducted in an orderly fashion and that each juror has a full and fair opportunity to express his or her views, positions and arguments on the evidence and on the law.

**C.    VERDICT MUST BE UNANIMOUS**

The verdict must represent the considered judgment of each juror.  In order to return a verdict, it is necessary that each juror agree thereto.  Your verdict must be unanimous as to each count.

**D.    DELIBERATIONS**

It is your duty as jurors to consult with one another and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment.  Each of you must decide the case for yourself, but do so only after an impartial consideration of the

evidence in the case with your fellow jurors. In the course of your deliberations, do not hesitate to re-examine your own views and to change your opinion if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of the evidence solely because of the opinion of your fellow jurors or merely for the purpose of returning a verdict.

Remember at all times that you are not partisans, you are judges, judges of the facts. Your sole interest is to seek the truth from the evidence in the case. If during your deliberations it becomes necessary to communicate with me, you may do so only in writing, signed by the foreperson or by one or more members of the jury. Give that note to the marshal and he will bring it to my attention. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will communicate with you on anything concerning the case either in writing or orally in the courtroom. Remember that you are not to tell anyone, including me, how the jury stands, numerically or otherwise, on the matters you are deciding, until after you have reached a unanimous verdict or have been discharged.

Nothing said in these instructions is intended to suggest or to convey in anyway or manner what your verdict should be. The verdict is your sole and exclusive duty and responsibility.

When you have arrived at a verdict, notify the marshal and you will be returned to the courtroom where the foreperson will render the verdicts orally.