AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

STEVEN A. MILKIEWICZ

## EXHIBIT AND WITNESS LIST

Case Number: 04-10339-PJB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul J. Barbadoro | Levenson | Singal |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/6/2005-9/16/2005 | C. Handel | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 200 | | 9/6/05 | X | X | Financial Records, U.S. District Court Clerk's Office (Copies of checks) |
| 201a | | 9/6/05 | X | X | USDC check # 00315143 8/5/98 J. Cameron (front) (MLK000767-MLK000767) |
| 201b | | 9/6/05 | X | X | USDC check # 00349223 8/5/98 J. Cameron (back) (MLK000768-MLK000768) |
| 201c | | 9/6/05 | X | X | USDC check dated 10/27/98 J. Cameron (MLK002308-MLK002308) |
| 202 | | 9/6/05 | X | X | USDC check# 00324705 dated 1/12/99 $5,252.96 J. Cameron (MLK002310-MLK002310) |
| 203a | | 9/6/05 | X | X | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (front) (MLK000617-MLK000617) |
| 203b | | 9/6/05 | X | X | USDC check # 00342482 10/15/99 $8,760.00 C.J. Sales (back) (MLK000618-MLK000618) |
| 204a | | 9/6/05 | X | X | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (front) (MLK000621-MLK000621) |
| 204b | | 9/6/05 | X | X | USDC check # 00349186 1/31/00 $4,356.25 C.J. Sales (back) (MLK000622-MLK000622) |
| 204c | | 9/6/05 | X | X | USDC check # 00349223 2/3/00 C.J. Sales $20,505.00 (front & back) (MLK000623- |
| 205 | | 9/6/05 | X | X | USDC check # 00354633 C.J. Sales 4/27/00 $21,570 (MLK002296-MLK002296) |
| 206a | | 9/6/05 | X | X | USDC check # 000357188 J. Cameron $5,760.00 (front) (MLK000845-MLK000845) |
| 206b | | 9/6/05 | X | X | USDC check # 000357188 J. Cameron $5,760.00 (back) (MLK000846-MLK000846) |
| 207 | | 9/6/05 | X | X | USDC check #00361190 dated 8/17/00 $17,975 J. Cameron (MLK002328-MLK002328) |
| 208 | | 9/6/05 | X | X | USDC check #00364275 dated 10/10/00 J. Cameron $18,475 (MLK002332-MLK002332) |
| 209a | | 9/6/05 | X | X | USDC check # 00389076 J. Cameron 10/15/01 (front) (MLK000903-MLK000903) |
| 209b | | 9/6/05 | X | X | USDC check # 00389076 J. Cameron 10/15/01 (back) (MLK000904-MLK000904) |
| 210a | | 9/6/05 | X | X | USDC check dated 4/9/02 C.J. Sales $13,580.00 (front) (MLK000641-MLK000641) |
| 211a | | 9/6/05 | X | X | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (front) (MLK000929-MLK000929) |
| 211b | | 9/6/05 | X | X | USDC check # 00401803 J. Cameron 04/24/02 $20,185 (back) (MLK000930-MLK000930) |
| 500 | | 9/6/05 | X | X | Stipulation regarding Keeper of Record Affidavits |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | | STEVEN A. MILKIEWICZ | CASE NO. 04-10339-PJB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 500a | | 9/6/05 | X | X | A & G Sales, Inc. (Affidavit with Exhibits) |
| 500b | | 9/6/05 | X | X | All-State Legal (Vendor Affidavit with Exhibits) |
| 500c | | 9/6/05 | X | X | American Expandable Products (Affidavit with Exhibits) |
| 500d | | 9/6/05 | X | X | Beacon Hill Showrooms (Affidavit w/Exhibits) |
| 500e | | 9/6/05 | X | X | Comm-Unity - A Division of Jasper Seating Co., Inc. (Affidavit w/Exhibits) |
| 500f | | 9/6/05 | X | X | Custom Office Furniture of Boston (Affidavit w/Exhibits) |
| 500g | | 9/6/05 | X | X | Fay Paper Products, Inc. (Vendor Affidavit with Exhibits) |
| 500h | | 9/6/05 | X | X | Label Art, Inc. (Vendor Affidavit with Exhibits) |
| 500i | | 9/6/05 | X | X | Material Installation (Affidavit with Exhibits) |
| 500j | | 9/6/05 | X | X | New England Office Supply (Vendor Affidavit with Exhibits) |
| 500k | | 9/6/05 | X | X | Northeastern Envelope (Affidavit with Exhibits |
| 500l | | 9/6/05 | X | X | Pettit Fine Furniture (Vendor Affidavit with Exhibits) |
| 500m | | 9/6/05 | X | X | Quick Turn Around (Vendor Affidavit with Exhibits) |
| 500n | | 9/6/05 | X | X | Rentacrate Incorporated (Vendor Affidavit with Exhibits) |
| 500o | | 9/6/05 | X | X | Resale Paper (Vendor Affidavit with Exhibits) |
| 500p | | 9/6/05 | X | X | Spets Associates, Inc. (Vendor Affidavit with Exhibits) |
| 500q | | 9/6/05 | X | X | Stephan Fossler Company (Vendor Affidavit with Exhibits) |
| 500r | | 9/6/05 | X | X | Stylex (Vendor Affidavit with Exhibits) |
| 500s | | 9/6/05 | X | X | Affidavit of Thomas Schaefer/ Systematics w/attached Exhibits A and B (replaces draft |
| 500t | | 9/6/05 | X | X | Troubleshooters (Vendor Affidavit with Exhibits) |
| 500u | | 9/6/05 | X | X | Franzone Associates and Northeast Space Solutions (Vendor Affidavit with Exhibits) |
| 500v | | 9/6/05 | X | X | Jasper Desk Company (Vendor Affidavit with Exhibits) |
| 500w | | 9/6/05 | X | X | Lane Printing Company (Vendor Affidavit with Exhibits) |
| 500x | | 9/6/05 | X | X | The Ink Spot (Vendor Affidavit with Exhibits) |
| 501 | | 9/6/05 | X | X | Quick Turn Around Business Forms, Inc. Invoice #37144 dated 7/29/98 $299.83 |
| 502a | | 9/6/05 | X | X | The Ink Spot Invoice #22830 $893.30 |
| 502b | | 9/6/05 | X | X | J. Cameron check #1403 dated 1/4/99 to Ink Spot $893.30 |
| 502c | | 9/6/05 | X | X | J. Cameron check dated 1/28/99 to Systematics $2359.05 |
| 504 | | 9/6/05 | X | X | NEOS Invoice # 675501-0 dated 2/10/00 $15,886.21 |

| | | | | | |
|---|---|---|---|---|---|
| 505 | | 9/6/05 | X | X | NEOS Invoice # 715872-0 dated 5/2/00 $10,300 |
| 506 | | 9/6/05 | X | X | NEOS Invoice #728114-0 dated 6/2/00 $2250.00 |
| 507 | | 9/6/05 | X | X | NEOS Invoice #760325-0 dated 8/24/00 $10,260.00 |
| 508 | | 9/6/05 | X | X | NEOS Invoice #782372-0 dated 11/10/00 $10,460.00 |
| 509 | | 9/6/05 | X | X | NEOS Invoice #944212-0 dated 10/17/01 $9000 |
| 510 | | 9/6/05 | X | X | NEOS Invoice #1015035-0 dated 4/10/02 $4600 to J. Cameron *See New England |
| 511 | | 9/6/05 | X | X | NEOS Invoice #1020550-0 dated 4/24/02 $13,565 |
| 550a | | 9/6/05 | X | X | Addendum to A.D.I. Vendor Affidavit "Correspondence/Note/Reports re: Keeper of |
| 550b | | 9/6/05 | X | X | A.K. Thomas Company (Vendor Affidavit with Exhibits) |
| 550c | | 9/6/05 | X | X | Best of Care (Vendor Affidavit with Exhibits) |
| 550d | | 9/6/05 | X | X | Document Management Service, Inc. (Vendor Affidavit with Exhibits) |
| 550e | | 9/6/05 | X | X | Falvey Finishing Co., Inc. (Vendor Affidavit with Exhibits) |
| 550f | | 9/6/05 | X | X | Faxon Sales, Inc. (Vendor Affidavit with Exhibits) |
| 550g | | 9/6/05 | X | X | Hub Engraving/Mass Envelope Company (Vendor Affidavit with Exhibits) |
| 550h | | 9/6/05 | X | X | Krueger (Vendor Affidavit with Exhibits) |
| 550i | | 9/6/05 | X | X | Lease Corporation of America (Vendor Affidavit with Exhibits) |
| 550j | | 9/6/05 | X | X | Making Your Mark, Inc. (Vendor Affidavit with Exhibits) |
| 550k | | 9/6/05 | X | X | Nordplan USA, Inc. (Vendor Affidavit with Exhibits) |
| 41 | | 9/6/05 | X | X | Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz (original) |
| 42 | | 9/6/05 | X | X | IRS Transcript 1997 - Milkiewicz |
| 43 | | 9/6/05 | X | X | Certified Copy Form 1040 U.S. Individual Income Tax Return 1997 - Milkiewicz |
| 44 | | 9/6/05 | X | X | Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz |
| 45 | | 9/6/05 | X | X | IRS Transcript 1998 - Milkiewicz |
| 46 | | 9/6/05 | X | X | Certified Copy Form 1040 U.S. Individual Income Tax Return 1998 - Milkiewicz |
| 47 | | 9/6/05 | X | X | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz |
| 48 | | 9/6/05 | X | X | IRS Transcript 1999 - Milkiewicz |
| 49 | | 9/6/05 | X | X | Certified Copy Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz |
| 50 | | 9/6/05 | X | X | Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz |
| 51 | | 9/6/05 | X | X | IRS Transcript 2000 - Milkiewicz |
| 52 | | 9/6/05 | X | X | Certified Copy Form 1040 U.S. Individual Income Tax Return 2000 - Milkiewicz |
| 53 | | 9/6/05 | X | X | Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz |
| 54 | | 9/6/05 | X | X | IRS Transcript 2001 - Milkiewicz |

| | | | | | |
|---|---|---|---|---|---|
| 55 | | 9/6/05 | X | X | Certified Copy Form 1040 U.S. Individual Income Tax Return 2001 - Milkiewicz |
| 56 | | 9/6/05 | X | X | Papa Bear Travel: Records of Purchases - Steven Milkiewicz |
| 62 | | 9/6/05 | X | X | Records of American Express - Gail Milkiewicz Acct #3782-406649-22008 |
| 63 | | 9/6/05 | X | X | Records of Fleet Boston J. Cameron Co. Acct #55259134 |
| 63a | | 9/6/05 | X | X | J. Cameron check #1534 to ABF Freight System $113.65 |
| 64 | | 9/6/05 | X | X | Records of BostonPlus Statement of Accounts - G. Milkiewicz or S. Milkiewicz |
| 65 | | 9/6/05 | X | X | Records of BostonPlus Statement of Accounts - Gail Milkiewicz or Steven Milkiewicz |
| 66 | | 9/6/05 | X | X | Records of FleetOne Premier Statement 1/12/01 - 2/12/01 Gail Milkiewicz or Steven |
| 67 | | 9/6/05 | X | X | Records of FleetOne Premier Statement 1/15/02 - 2/12/02 Gail Milkiewicz or Steven |
| 100 | | 9/6/05 | X | X | Financial Records, U.S. District Court Clerk's Office (Vouchers and attached documents |
| 101a | | 9/6/05 | X | X | Voucher 3881167376 J. Cameron dated 8/5/98 $1503.50 |
| 101b | | 9/6/05 | X | X | Voucher 3881167376 J. Cameron dated 8/5/98 $1503.50 |
| 101c | | 9/6/05 | X | X | J. Cameron Invoice dated 7/29/98 $499.00 |
| 101d | | 9/6/05 | X | X | J. Cameron Packing Slip #42025 |
| 101e | | 9/6/05 | X | X | J. Cameron Invoice dated 8/3/98 $1,004.50 |
| 101f | | 9/6/05 | X | X | J. Cameron Packing Slip 42020 5 cartons Court checking envelopes (20,500) |
| 101g | | 9/6/05 | X | X | Voucher #3890169689 dated 10/27/98 $1,004.50 |
| 101h | | 9/6/05 | X | X | J. Cameron Invoice dated 8/3/98 20.5m printed checking envelopes $1,004.50 |
| 101i | | 9/6/05 | X | X | J. Cameron Price Quote checking envelopes 10M - $70.00 per m 20M - $49.00 per m |
| 101j | | 9/6/05 | X | X | Voucher #3890169689 - J. Cameron dated 10/27/98 $1004.50 |
| 102a | | 9/6/05 | X | X | Voucher #3890471993 J. Cameron 01/06/99 $5252.96 |
| 102b | | 9/6/05 | X | X | J. Cameron Invoice dated 1/4/99 $1,339.96 |
| 102c | | 9/6/05 | X | X | J. Cameron Invoice dated 12/23/98 $3,913.00 |
| 103a | | 9/6/05 | X | X | Voucher to C.J. Sales dated 10/13/99 $8760 |
| 103b | | 9/6/05 | X | X | C.J. Sales Invoice 10/5/99 $8760 |
| 104a | | 9/6/05 | X | X | Voucher - C.J. Sales dated 1/31/00 $4356.25 |
| 104b | | 9/6/05 | X | X | C.J.Sales Invoice - dated 1/21/00 $24,851.25 |
| 104c | | 9/6/05 | X | X | C.J. Sales Invoice - dated 1/21/00 $24,851.25 |
| 104d | | 9/6/05 | X | X | Voucher - C.J. Sales dated 1/31/00 $20,505 |
| 104e | | 9/6/05 | X | X | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten note) |
| 104f | | 9/6/05 | X | X | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 |

| | | | | | |
|---|---|---|---|---|---|
| 104g | | 9/6/05 | X | X | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 (w/handwritten total) |
| 104h | | 9/6/05 | X | X | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 $24,861.25 |
| 104i | | 9/6/05 | X | X | Purchase Order No. 2296 C.J. Sales - dated 1/8/93 $24,861.25 |
| 104j | | 9/6/05 | X | X | C.J. Sales Price Quotation re: 2296 (toner cartridges) |
| 104k | | 9/6/05 | X | X | J. Cameron Price Quote (Laser Jet 4&5 - $85.00 ea) |
| 104l | | 9/6/05 | X | X | Savin Corporation Hewlett Packard Laser Supplies |
| 104m | | 9/6/05 | X | X | A&G Sales, Inc. Re: Laser Toner Prices |
| 104n | | 9/6/05 | X | X | New England Office Supply Proposal 21027 dated 1/24/00 |
| 104o | | 9/6/05 | X | X | C.J. Sales Invoice dated 1/31/00 re: 2296 |
| 105a | | 9/6/05 | X | X | Voucher - C.J. Sales dated 4/24/00 $21,570.00 |
| 105b | | 9/6/05 | X | X | Invoice - C.J. Sales 4/24/00 re: Order #10881 $21,570.00 |
| 105c | | 9/6/05 | X | X | USDC Order #10881 to C.J. Sales $21,570.00 |
| 105d | | 9/6/05 | X | X | Purchase Order Terms and Conditions (Optional Form 347 Back) |
| 105e | | 9/6/05 | X | X | C.J. Sales Price Quotation PO 10881 |
| 105f | | 9/6/05 | X | X | New England Office Supply Proposal #23905 4/20/00 |
| 105g | | 9/6/05 | X | X | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m. |
| 105h | | 9/6/05 | X | X | Netscape Search result: Hammermill paper (4/10/00 @ 2:54 p.m.) page 2 |
| 105i | | 9/6/05 | X | X | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) |
| 105j | | 9/6/05 | X | X | Netscape Search result: Hammermill paper (4/10/00 @ 2:50 p.m.) page 2 |
| 105k | | 9/6/05 | X | X | J. Cameron Price Quote 400 ct to 800ct 8/1/2 x 11 copier paper $38 ea |
| 106a | | 9/6/05 | X | X | Voucher #3800986533 J. Cameron dated 6/1/00 $5760.00 |
| 106b | | 9/6/05 | X | X | J. Cameron Invoice No. 0077 dated 5/31/00 $5750.00 |
| 106c | | 9/6/05 | X | X | Purchase Order #10989 J. Cameron dated 6/1/00 $5760.00 |
| 106d | | 9/6/05 | X | X | J. Cameron Price Quote 10 cases 100% Pure Cotton Bright White Strathmore paper |
| 106e | | 9/6/05 | X | X | eNeenah Online Product List Classic Cotton Papers |
| 106f | | 9/6/05 | X | X | eNeenah Online Product List Environment Papers |
| 106g | | 9/6/05 | X | X | eNeenah Online Product List Neenah Bond Papers |
| 106h | | 9/6/05 | X | X | eNeenah Online Product List Neenah Collections the stationery collection |
| 106i | | 9/6/05 | X | X | eNeenah Online Product List Neenah Collections the basic collection |
| 106j | | 9/6/05 | X | X | eNeenah Online Product List Neenah Collections the complete communicator |
| 106k | | 9/6/05 | X | X | eNeenah Online Product List Classic Crest Papers |
| 106l | | 9/6/05 | X | X | eNeenah Online Product List Classic Crest Papers |

| | | | | | |
|---|---|---|---|---|---|
| 106m | | 9/6/05 | X | X | eNeenah Online Product List Classic Columns Papers |
| 106n | | 9/6/05 | X | X | eNeenah Online Product List Classic Laid Papers |
| 106o | | 9/6/05 | X | X | eNeenah Online Product List Classic Linen Papers |
| 106p | | 9/6/05 | X | X | New England Office Supply Proposal 24978 dated 5/24/00 |
| 107a | | 9/6/05 | X | X | Voucher #3801189119 J. Cameron dated 8/17/00 $17,975.00 |
| 107b | | 9/6/05 | X | X | USDC Order #11232 J. Cameron $17,975.00 |
| 107c | | 9/6/05 | X | X | J. Cameron Price Quote 500 ct Hammermill Tidal D.P. copy paper $35.95 per ct |
| 107d | | 9/6/05 | X | X | C.J. Sales Price Quotation 500 cartons Tidal DP Copy Paper $41.00 per case |
| 107e | | 9/6/05 | X | X | New England Office Supply Proposal 26910 dated 8/8/00 480 Tidal White $19,176.00 |
| 107f | | 9/6/05 | X | X | J. Cameron Invoice #0033 dated 8/14/00 $17,975.00 |
| 107g | | 9/6/05 | X | X | J. Cameron Invoice #0033 500 Hammermill DP copier paper |
| 108a | | 9/6/05 | X | X | Voucher #3810190629 dated 10/10/00 J. Cameron $18,475.00 |
| 108b | | 9/6/05 | X | X | J. Cameron Invoice #0040 dated 10/6/00 $18,475.00 |
| 109a | | 9/6/05 | X | X | Voucher dated 10/10/01 J. Cameron $17,480.00 |
| 109b | | 9/6/05 | X | X | J. Cameron Invoice #1285 400 Hammermill paper 60 colored paper $17,480.00 |
| 110a | | 9/6/05 | X | X | Voucher No. 8207109777 dated 4/8/02 to C.J. Sales $13,580.00 |
| 110b | | 9/6/05 | X | X | C. J. Sales Invoice dated 4/9/02 $13,580.00 |
| 110c | | 9/6/05 | X | X | C.J. Sales Price Quotation $13,580.00 |
| 110d | | 9/6/05 | X | X | J. Cameron fax Paper Quote 3/11/02 - $35.95 per case |
| 110e | | 9/6/05 | X | X | New England Office Supply Proposal 38693 dated 3/4/02 $16,800 |
| 111a | | 9/6/05 | X | X | Voucher dated 44/23/02 J. Cameron Toner $20,185.00 |
| 111b | | 9/6/05 | X | X | J. Cameron Invoice #1346 dated 4/22/02 $10,185.00 |
| 111c | | 9/6/05 | X | X | J. Cameron Invoice #1346 dated 4/22/02 $20,185.00 |
| 111d | | 9/6/05 | X | X | Order No. 12978 dated 4/22/02 J. Cameron $20,185.00 |
| 111e | | 9/6/05 | X | X | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner |
| 111f | | 9/6/05 | X | X | Computer Supplies of America, Inc. online printout: HP Laser Jet Toner |
| 111g | | 9/6/05 | X | X | Laserstar proposal dated 4/18/02 Hewlett Packard cartridges |
| 111h | | 9/6/05 | X | X | J. Cameron fax Price Quote 4/17/02 (toner) |
| 300a | | 9/7/05 | X | X | Black Binder (3 ring) and contents seized during search of Timothy Schroeder office |
| 300b | | 9/7/05 | X | X | White 3 ring binder (and contents) seized during search of Schroeder's office |
| 302a | | 9/7/05 | X | X | J.Cameron Price Quote "pricing for sampled labels - $.69 each. |
| 302b | | 9/7/05 | X | X | Tracey Sales, Inc |

| | | | | | |
|---|---|---|---|---|---|
| 302c | | 9/7/05 | X | X | MS & Associates |
| 308a | | 9/7/05 | X | X | New England Office Supply, Price Quote, 9/25/00 $15,800.00 |
| 310a | | 9/7/05 | X | X | C.J. Sales Quote 400 cases Hammermill Tidal $33.95 total $13,580.00 |
| 310b | | 9/7/05 | X | X | J. Cameron Quote 3/11/02 400 ctns Hammermill Tidal $35.95 case |
| 310c | | 9/7/05 | X | X | New England Office Supply Quote 3/4/02 400 ctn @ $42.00 - $16,800.00 |
| 310d | | 9/7/05 | X | X | C.J. Sales Invoice dated 4/9/02 |
| 310e | | 9/7/05 | X | X | Public Voucher for Purchases, 4/8/02 |
| 311 | | 9/7/05 | X | X | Purchase Order and Quote Package - Toner (date of order 4/22/02) Contractor J. |
| 319a | | 9/7/05 | X | X | American Express Bill: Account of Timothy Schroeder dated 11/14/01 (2 pages) |
| 319b | | 9/7/05 | X | X | American Express bill dated 12/15/01 (3 pages) |
| 319c | | 9/7/05 | X | X | Pages 2 & 3 of American Express bill dated 1/15/02 |
| 319d | | 9/7/05 | X | X | American Express bill dated 3/16/02 |
| 319e | | 9/7/05 | X | X | American Express bill dated 4/15/02 |
| 320a | | 9/7/05 | X | X | J.Cameron Price Quote Cleatmats |
| 320b | | 9/7/05 | X | X | A&G Sales, Inc. Cleartmat Quote |
| 320c | | 9/7/05 | X | X | New England Office Supply Quotation Chairmats |
| 321a | | 9/7/05 | X | X | J. Cameron Price Quote 200 cts Hammermill copier paper $6,900.00 |
| 321b | | 9/7/05 | X | X | A&G Sales, Inc. Pricing for Copy Paper 9/15/98 |
| 321c | | 9/7/05 | X | X | Tracey Sales Quote for 200 cartons 9/14/98 |
| 322a | | 9/7/05 | X | X | J. Cameron Price Quote 10 ea Leather Highback Chairs - $9,480.00 |
| 322b | | 9/7/05 | X | X | Priest and Associates Proposal 5/8/97 Executive chairs |
| 322c | | 9/7/05 | X | X | A&G Sales, Inc. Quotation $1397.50 each chair |
| 323a | | 9/7/05 | X | X | Purchase Order No. 7811 Hammermill paper J. Cameron $5,466.00 |
| 323b | | 9/7/05 | X | X | J. Cameron Company Price Quote 200 cts Hammermill Paper $28.33 per ct. |
| 323c | | 9/7/05 | X | X | Tracey Sales, Inc. Price Quote Hammermill Tidal copy paper $31.95 per case |
| 323d | | 9/7/05 | X | X | A&G Sales, inc. Price Quote 200 ctn Hammermill Tidal copy paper - $29.50 $5,900.00 |
| 324a | | 9/7/05 | X | X | J. Cameron Company Price Quote - 48" round table; 36" stand; 4 chairs |
| 324b | | 9/7/05 | X | X | Tracey Sales, Inc. Price Quote 4 Leather Jasper Seating side chairs $895 each |
| 325a | | 9/7/05 | X | X | Purchase Order No. 7659 $2,855.00 |
| 325b | | 9/7/05 | X | X | J. Cameron Company Price Quote 20m Kraft envelopes $142.75 ea $2855.00 |
| 325c | | 9/7/05 | X | X | Lane Printing Co., Inc. Price Quote dated 8/14/97 20,000 brown craft envelope $222 M |
| 325d | | 9/7/05 | X | X | Lane Printing Co., Inc. Price Quote dated 8/14/97 20,000 brown craft envelope $222 M |

| | | | | | |
|---|---|---|---|---|---|
| 325e | | 9/7/05 | X | X | Manila window envelope with handwriting |
| 325f | | 9/7/05 | X | X | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 Special Window Brown Kraft |
| 325g | | 9/7/05 | X | X | Tracey Sales, Inc. Price Quote (fax) dated 8/14/97 $2950.00 |
| 326a | | 9/7/05 | X | X | Purchase Order No. 7237 100 cts Hammermill Tidal DP $2950.00 |
| 326b | | 9/7/05 | X | X | J.Cameron Company 3/4/97 Price Quote $29.50 ct Hammermill Tidal |
| 326c | | 9/7/05 | X | X | Tracey Sales, Inc. Quote 3/4/97 - 100 cartons Tidal DP - $31.95 carton |
| 326d | | 9/7/05 | X | X | A&G Sales, Inc. 3/3/97 Quote $33.50 per carton |
| 326e | | 9/7/05 | X | X | Tracey Sales, Inc. Quote - $31.95 per case |
| 326f | | 9/7/05 | X | X | New England Office Supply 2/21/97 Quote - $38.00 |
| 327a | | 9/7/05 | X | X | Purchase Order No. 11590 $2,880.00 |
| 327b | | 9/7/05 | X | X | J. Cameron Fax Quote 12/27/00 Universal colored paper - $58.50 per box |
| 327c | | 9/7/05 | X | X | MS and Associates Price Quote 60 cases colored paper - $3117.00 |
| 327d | | 9/7/05 | X | X | C.J. Sales Price Quotation 60 cases colored paper $2,880.00 |
| 327e | | 9/7/05 | X | X | Catalog page 777 "Office Paper" |
| 327f | | 9/7/05 | X | X | Catalog page 777 "Office Paper" |
| 328a | | 9/7/05 | X | X | Purchase Order No. 9526 Vendor: J. Cameron $19,738.30 |
| 328b | | 9/7/05 | X | X | J.Cameron Price Quote (P.O. 9526) Laser Jet cartridges |
| 328c | | 9/7/05 | X | X | MS & Associates Price Quote - Laser Jet cartridges |
| 328d | | 9/7/05 | X | X | TEI Imaging Solutions Proposal 2/23/99 - Laser Jet cartridges $19,954.39 |
| 328e | | 9/7/05 | X | X | A&G Sales, Price Quote Laser Jet cartridges |
| 328f | | 9/7/05 | X | X | Purchase Order No. 9526 Vendor: J.Cameron $19,738.30 |
| 329 | | 9/7/05 | X | X | Checks from Timothy Schroeder payable to Imperial Garden, nos. 114, 129, 142 (from |
| 26 | | 9/7/05 | X | X | Letter, July 16, 2002, Brian J. McMenimen to Stephen G. Huggard re: Grand Jury |
| 25 | | 9/8/05 | X | X | Guide to Judiciary Policies and Procedures - Administrative Manual Chapter VIII. |
| 27 | | 9/8/05 | X | X | Post Office Box Rental Form, C.J. Sales, North Scituate |
| 28a | | 9/8/05 | X | X | Post Office Box Rental Form, C.J. Sales, North Scituate (Originals) |
| 34 | | 9/8/05 | X | X | Tax Guide Sheet |
| 35 | | 9/8/05 | X | X | Laverty & Powell 3/8/99 letter to IRS Re: Steven & Gail Milkiewicz requesting waiver |
| 38 | | 9/8/05 | X | X | Form 1040 U.S. Individual Income Tax Return 1999 - Milkiewicz |
| 401a | | 9/8/05 | X | X | J. Cameron Company Price Quote (PO 8651) checking envelopes |
| 404a | | 9/8/05 | X | X | Packing Slip #42037 C.J. Sales Toners |
| 406a | | 9/8/05 | X | X | Order for Supplies No. 10989 6/1/00 $5,760.00 |

| | | | | | |
|---|---|---|---|---|---|
| 407a | | 9/8/05 | X | X | Order for Supplies No. 11232 8/17/00 $17,975.00 |
| 408a | | 9/8/05 | X | X | Order for Supplies No. 11365 9/28/00 $18,475.00 |
| 409a | | 9/8/05 | X | X | Order for Supplies (Order No. 12410) 9/25/01 $17,480.00 |
| 409b | | 9/8/05 | X | X | J. Cameron Company Price Quote: (12410) Copier Paper $36.75 colored $45.00 |
| 409c | | 9/8/05 | X | X | C.J. Sales Price Quotation $38.00 unit $48.00 unit |
| 409d | | 9/8/05 | X | X | New England Office Supply Proposal #35747 date 9/24/01 $19,110.00 |
| 420a | | 9/8/05 | X | X | MasterCard Statement dated 9/14/2000 |
| 421a | | 9/8/05 | X | X | American Express Statement dated 3/16/01 |
| 421b | | 9/8/05 | X | X | American Express Statement dated 5/5/01 |
| 423a | | 9/8/05 | X | X | J. Cameron Company Invoice dated 11/12/98 Leather Chairs |
| 423b | | 9/8/05 | X | X | A&G Sales, Inc. Quotation re: 20 Stylex chairs $979.00 per chair |
| 423c | | 9/8/05 | X | X | Northeast Space Solutions, Inc. Stylex chairs $16,980.00 |
| 423d | | 9/8/05 | X | X | Joyce Contract Interiors 9/28/98 Quote #7007 Stylex chairs $18,200.00 |
| 423e | | 9/8/05 | X | X | Joyce Contract Interiors 10/29/1998 Quote #7186 $18,200.00 |
| 423f | | 9/8/05 | X | X | Northeast Space Solutions, Inc. 10/29/98 Quote #1825 Stylex Chairs $16,980.00 |
| 424a | | 9/8/05 | X | X | Order for Supplies or Service No. 12447 dated 9/28/01 $9,997.00 |
| 424b | | 9/8/05 | X | X | C.J. Sales Price Quotation Toner |
| 424c | | 9/8/05 | X | X | J. Cameron Company Price Quote Toner |
| 424d | | 9/8/05 | X | X | ABI Supplies.com Toner Cartridge |
| 424e | | 9/8/05 | X | X | ABI Supplies.com Toner Cartridge |
| 425a | | 9/8/05 | X | X | A&G Sales, Inc. Pricing for H.P. Toner Cartridges |
| 425b | | 9/8/05 | X | X | J.Cameron Company Invoice No. 0039 dated 7/7/2000 |
| 425c | | 9/8/05 | X | X | J.Cameron Company Invoice No. 0039 dated 7/7/2000 |
| 425d | | 9/8/05 | X | X | J.Cameron Company Price Quote Toner Cartridges |
| 425e | | 9/8/05 | X | X | New England Office Supply Proposal 23397 dated 4/5/00 (Toner) |
| 425f | | 9/8/05 | X | X | Table: Cartridge/Printer/#Active Printers/Ordered 10/99/Inventory 6/29/00 |
| 425g | | 9/8/05 | X | X | Purchase Order No. 11105 Toner Vendor: J. Cameron |
| 425h | | 9/8/05 | X | X | J. Cameron Company Invoice No. 0039 dated 7/7/2000 Toner |
| 426a | | 9/8/05 | X | X | Purchase Order No. 8497 Hammermill paper $6,700.00 |
| 426b | | 9/8/05 | X | X | J. Cameron Company Price Quote 200 cts Hammermill paper $33.50 case $6700.00 |
| 426c | | 9/8/05 | X | X | CPM 5/13/98 Quote 200 cartons Hammermill Tidal $34.95 per carton |
| 426d | | 9/8/05 | X | X | Handwritten price quotes: BPU $34.00 Lawyers Stationery $36.00 Bob Slate $52.00 |

| | | | | | |
|---|---|---|---|---|---|
| 426e | | 9/8/05 | X | X | A&G Sales, Inc. re: Pricing for Letter Size Copy Paper - $37.00/ctn Hammermill Tidal |
| 427a | | 9/8/05 | X | X | J. Cameron Company Price Quote Bar Code Labels $.89 per label |
| 427b | | 9/8/05 | X | X | Tracey Sales, Inc. Quote Bar Code Labels $.95 |
| 427c | | 9/8/05 | X | X | A&G Sales, Inc. Bar Code Labels $1.15 |
| 428a | | 9/8/05 | X | X | J. Cameron Company Price Quote - 4 Judges chairs $1,231.25 each - $4,925.00 |
| 428b | | 9/8/05 | X | X | A&G Sales, Inc. Quotation Chair $1397.50 each |
| 429 | | 9/8/05 | X | X | Audit Program U.S. District Court Clerk's Office (found in Schroeder's Office) |
| | 729 | 9/8/05 | X | X | April 2001 Transmittal #116 (Admin. Office U.S. Courts) |
| 57 | | 9/9/05 | X | X | Records from HCFU Account #7040970 |
| 58 | | 9/9/05 | X | X | Records from Citizens Bank Account No. 110554-469-6 Timothy Schroeder |
| 59 | | 9/9/05 | X | X | Records from American Express Acct No. 3723-136594-41007 Timothy Schroeder |
| 60 | | 9/9/05 | X | X | Records of Discover Card Acct #6011001880102092 Timothy Schroeder |
| 61 | | 9/9/05 | X | X | Records of HSBC Bank USA Acct #8137848277 Timothy Schroeder |
| 30 | | 9/9/05 | X | X | Price Quote, Tracey Sales, Inc., Nov. 5, 1997 (200 Toner Cartridges, HP 92298A) |
| 31 | | 9/9/05 | X | X | Federal District Court Toner/Developer/Dispersant Supply List, Tracey Sales, Inc., |
| 32 | | 9/9/05 | X | X | Facsimile Cover Sheet, 8/14/97, Tracey Sales, Inc. with prices for envelopes |
| 33 | | 9/9/05 | X | X | Letterhead, A&G Sales, Inc. |
| | 737 | 9/9/05 | X | X | Pike handwriting sample taken by Gov't |
| | 738 | 9/12/05 | X | X | Photograph of Barn |
| | 739 | 9/12/05 | X | X | Invoice & Voucher MS & Associates 9/23/1998 |
| 29 | | 9/13/05 | X | X | Plea Agreement Timothy Schroeder 3/21/05 |
| 68 | | 9/13/05 | X | X | Original PO Box Forms/Timothy Schroeder |
| 69 | | 9/13/05 | X | X | MS & Associates Voucher, Price Quote and Purchase Order–8/8/2000 |
| 70 | | 9/13/05 | X | X | MS & Associates Voucher, Price Quote and Purchase Order–4/26/2000 |
| 71 | | 9/13/05 | X | X | MS & Associates Voucher, Price Quote and Purchase Order–4/23/2002 |
| | 740 | 9/13/05 | X | X | Purchase Order # 7554 with 3 quotes |
| | 741 | 9/13/05 | X | X | P O Box forms for Timothy Schroeder |
| | 743 | 91/4/05 | X | X | Copies of Checks starting with #0272 |
| | 744 | 9/14/05 | X | X | Checks from J. Cameron Account |
| | 745 | 9/14/05 | X | X | Check from J. Cameron Account |
| 90 | | 9/14/05 | X | X | IRS Transcript |
| 66a | | 9/14/05 | X | X | Reprint of Statements shown in exh. 66 |

| | 746 | 9/15/05 | X | X | MS & Associates Vouchers for Purchases over $2,500.00 |
|---|---|---|---|---|---|
| 1 | | 9/15/05 | X | X | Cost of Goods Sold to US District Court from J. Cameron Co. (11 pages) |
| 1a | | 9/15/05 | X | X | US District Court Purchases from J. Cameron Co. and C J Sales (10 pages) |
| 1b | | 9/15/05 | X | X | Cost of Goods Sold from J. Cameron Co. to US District Court (9 pages) |
| 1c | | 9/15/05 | X | X | Purchases from Appeals Court, Pre-Trial and Probation from J. Cameron |
| 1d | | 9/15/05 | X | X | Cost of Goods Sold from J. Cameron to Appeals Court, Pre-Trial and Probation |
| 2 | | 9/15/05 | X | X | Tax Return Comparison |
| 2a | | 9/15/05 | X | X | Tax Years 1997-2001 Total Gross Receipts (26 pages) |
| 2b | | 9/15/05 | X | X | Tax Years 1997-2001 Total Cost for Goods Sold (30 pages) |
| 3 | | 9/15/05 | X | X | Transactions at the Imperial Garden (red & blue) |
| A | | 9/15/05 | ID | ONLY | Indictment |