AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES | | | | WITNESS LIST | |
|---|---|---|---|---|---|
| V. | | | | | |
| STEVEN A. MILKIEWICZ | | | | Case Number: 04-10339-PBJ | |

| PRESIDING JUDGE                | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul J. Barbadoro              | Levenson              | Singal                |
| TRIAL DATE (S)                 | COURT REPORTER        | COURTROOM DEPUTY      |
| 9/6/2005-9/16/2005             | C. Handel             | Roland                |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| G | | 9/6/2005 | | Christine Karjel | |
| G | | 9/7/2005 | | Christine Karjel | |
| G | | 9/7/2005 | | Edward Kappler | |
| G | | 9/7/2005 | | Brian McMenimen | |
| G | | 9/7/2005 | | Howard Whitman | |
| G | | 9/7/2005 | | Jonathan Delano | |
| G | | 9/7/2005 | | Frank Lane | |
| G | | 9/7/2005 | | Gregory Steele | |
| G | | 9/8/2005 | | Michael Williams | |
| G | | 9/8/2005 | | Catherine Bessette | |
| G | | 9/8/2005 | | Thomas Schaefer | |
| G | | 9/8/2005 | | Jean Zaniewski | |
| G | | 9/8/2005 | | Francis Dello Russo | |
| G | | 9/8/2005 | | James H. Keegan | |
| G | | 9/9/2005 | | Davud Wai Pui  (David Chan) | |
| G | | 9/9/2005 | | Michael Tracy | |
| G | | 9/9/2005 | | Willaim Pike | |
| G | | 9/9/2005 | | Richard Kelly | |
| | D | 9/9/2005 | | William Ruane | |
| G | | 9/9/2005 | | Richard Kelly | |
| G | | 9/12/2005 | | Richard Kelly | |

✎AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | | VS. | | STEVEN A. MILKIEWICZ | CASE NO. 04-10339-PBJ |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| G | | 9/12/2005 | | | Timothy Schroeder | |
| G | | 9/13/2005 | | | Timothy Schroeder | |
| G | | 9/13/2005 | | | Jonathan D. Wlodyka | |
| G | | 9/14/2005 | | | Jonathan D. Wlodyka | |
| G | | 9/15/2005 | | | Jonathan D. Wlodyka | |
| | D | 9/15/2005 | | | Daniel Murray | |

Page    2    of    2    Pages