UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

v.    Criminal No. 04-10339-PJB
      NH CR-04-213-01-PB

**STEVEN A. MILKIEWICZ**

### VERDICT

We, the jury in the above captioned case, find the defendant as to:

Count One of the Indictment:

__X__    GUILTY

_____    NOT GUILTY

Count Two of the Indictment:

__X__    GUILTY

_____    NOT GUILTY

Count Three of the Indictment:

__X__    GUILTY

_____    NOT GUILTY

Count Four of the Indictment:

    _X_      GUILTY

    ____      NOT GUILTY

Count Five of the Indictment:

    _X_      GUILTY

    ____      NOT GUILTY

Count Six of the Indictment:

    _X_      GUILTY

    ____      NOT GUILTY

Count Seven of the Indictment:

    _X_      GUILTY

    ____      NOT GUILTY

Count Eight of the Indictment:

    _X_      GUILTY

    ____      NOT GUILTY

Count Nine of the Indictment:

    __X__    GUILTY

    _____    NOT GUILTY

Count Eleven of the Indictment:

    _____    GUILTY

    __X__    NOT GUILTY

Count Seventeen of the Indictment:

    __X__    GUILTY

    _____    NOT GUILTY

Count Eighteen of the Indictment:

    __X__    GUILTY

    _____    NOT GUILTY

Count Nineteen of the Indictment:

    __X__    GUILTY

    _____    NOT GUILTY

Count Twenty of the Indictment:

    __X__    GUILTY

    _____    NOT GUILTY

Count Twenty-One of the Indictment:

    _____    GUILTY

    __X__    NOT GUILTY


__9/16/05__  
Date

__[signature]__  
Jury Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____, )   Civil No. _____
         Plaintiff(s)        )
                             )
Vs.                          )   Criminal No. _____
                             )
                             )
_____, )
         Defendant(s)        )
                             )
_____ )

NOTE FROM THE JURY

YOUR HONOR,

Can deliberations begin at 8:00 AM tomorrow rather than 9:00 AM?

[signature]

9-15-05

DATED at Boston on  9/15/05

TIME: 3:30 pm

_____
Signature of Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Government_, )   Civil No. _____
Plaintiff(s)   )
              )
Vs.           )   Criminal No. _____
              )
_Milkiewicz_, )
Defendant(s) )
              )

NOTE FROM THE JURY

YOUR HONOR,

- We will begin deliberation tomorrow
- May we leave for lunch, or at least for a "supervised" walk   yes.
- We would like to know if we can start at 8:30  yes  9-15-05
- Foreperson is Boucher, Juror #3

DATED at Boston on __9/15/05__

TIME: __15:40__

_Signature of Foreperson_
M. Boucher

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Government_, )
Plaintiff(s)   )
              )
Vs.           )   Civil No. _____
              )
_Milkiewicz_, )   Criminal No. 04-10339-PJB
Defendant(s)  )
              )
              )

NOTE FROM THE JURY

YOUR HONOR,

Please clarify:

1 - Does a bribe by definition need to have occurred prior to the act being influenced?

2 - If we find that the parties mutually planned, executed and benefited (over)

DATED at Boston on  9/16/05

TIME: 12:13

_[Signature]_
Signature of Foreperson

over

from Schroeder's acts, and the assumed promise of future proceeds are found to influence Schroeder, do the ongoing proceeds constitute an act of bribery?

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Government__, )
Plaintiff(s) )
)
Vs. )   Criminal No. 04-10339-PJB
)
__Milkiewicz__, )
Defendant(s) )
)

Civil No. _____

NOTE FROM THE JURY

YOUR HONOR,

Given that we are to consider the charges separately, in determining intent on the tax charge are we allowed to consider the defendant's frame of mind, and character, as described by ~~other~~ evidence given in support of the other charges?

DATED at Boston on  9/16/05

TIME: 12:45

Signature of Foreperson

1. Yes. A bribe must be corruptly given, offered, or promised before the act or omission that the person is seeking to influence.

2. A defendant is not guilty of bribery unless he corruptly gives, offers, or promises something of value to a public official. An assumption by Timothy Schroeder that he will receive something in the future from the defendant will not satisfy this requirement unless the defendant has given, offered, or promised something of value with the intention of influencing the act or omission.

3. Evidence that the defendant drank and gambled may not be considered in determining whether the defendant acted willfully with the intention of violating his obligations under the tax laws. You may consider all other evidence when evaluating the tax charges.

*[signature]*

9-16-05
1:45 pm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. of A._____, )   Civil No. _____
     Plaintiff(s)    )
                     )
        Vs.          )   Criminal No. 04-10339-PJB
                     )
Steven Milkiewicz___, )
     Defendant(s)    )
_____ )

NOTE FROM THE JURY

YOUR HONOR,

We have a verdict.

DATED at Boston on  9/16/05

TIME: 14:18

_____
Signature of Foreperson