UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
v.                               )        CRIMINAL NO. 04-10339-PJB
                                 )                NH CR04-213-01-PB
                                 )
STEVEN A. MILKIEWICZ,            )
                                 )
        Defendant.               )

## **DEFENDANT'S MOTION TO ORDER EXPEDITED TRANSCRIPT**

Undersigned counsel, who was appointed to represent Steven Milkiewicz, requests

authorization for reimbursement for an expedited transcript of the testimony of Richard Kelly for

use at the December 22, 2005, sentencing. As grounds for that Motion, Defendant states that Mr.

Kelly worked at New England Office Supply (NEOS) and testified on September 9 and 12, 2005.

The draft PSR makes Mr. Kelly's testimony critical because the PSR suggests that it might be

appropriate to treat all purchases Mr. Milkiewicz made from NEOS, and resold to the Clerk's

Office, as loss under the United States Sentencing Guidelines. Mr. Milkiewicz does not believe

that Mr. Kelly's testimony supports such a conclusion and therefore, seeks a copy of the

transcript. Because the hearing is scheduled for next Thursday, December 22, undersigned

counsel must request this transcript immediately, and requests that the Court allow this order and

permit reimbursement of such costs. Counsel is informed from Court Reporter Catherine Handel

that the approximate cost will be $572.00.

STEVEN A. MILKIEWICZ,
By his attorneys,


_____ /s/    Michelle R. Peirce _____
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA  02108
(617) 720-5090

Dated:  December 13, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid, to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210, this 13th day of December, 2005.


_____ /s/    Michelle R. Peirce _____
Michelle R. Peirce

-2-