UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> STEVEN A. MILKIEWICZ, ) <br> ) <br> Defendants. ) | CRIMINAL NO. 04-10339-PJB <br> NH CR04-213-01-PB |

### NOTICE OF APPEAL

Notice is hereby given that Steven A. Milkiewicz, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the verdicts of guilty returned on September 16, 2005, and from the sentence imposed at a hearing on December 22, 2005.

Respectfully submitted,

STEVEN MILKIEWICZ,

/s/ Michelle R. Peirce
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO #557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated:   December 27, 2005

## CERTIFICATE OF SERVICE

I, Michelle R. Peirce, hereby certify that I have caused a copy of the foregoing document to be served upon by first class mail, postage prepaid, to be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941 and Paul Levenson, Assistant U.S. Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, this 27th day of December, 2005.

                                                                                  */s/ Michelle R. Peirce*  
                                                                                  Michelle R. Peirce