UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States

V.                               Case No. 04-10339-PJB

Steven Milkiewicz

R E C E I P T

Received of the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

All Exhibits re: Steven Milkiewicz Jury Trial

Name: Laura Graham
Address: USAO, Boston, MA
For AUSA Paul Levenson
Telephone: 617-748-3132

Date: 1/5/2006

(exh&docs.rct - 09/96)