UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10339

United States of America

v.

Steven A. Milkiewicz

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & Pre sentence Report are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/27/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 24, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/24/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, CLOSED, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10339-PJB-ALL

Case title: USA v. Schroeder            Date Filed: 11/16/2004

Assigned to: Judge Paul J. Barbadoro

**Defendant**

**Timothy Schroeder** (1)             represented by **William A. Brown**
*TERMINATED: 12/27/2005*              Suite 501
                                      31 Milk Street
                                      Boston, MA 02109
                                      617-482-1001
                                      Fax: 617-423-4058
                                      Email: w.brownesq@verizon.net
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: Retained*

**Pending Counts**                    **Disposition**

18:371 CONSPIRACY TO                  31 months imprisonment to run
DEFRAUD THE UNITED                    concurrently; supervised release
STATES                                36 months to run concurrently
(1s)                                  with special conditions; special
                                      assessment $1,500.00; restitution
                                      $443,309.46 joint and several
                                      with Steven Milkiewicz 04-cr-
                                      10339-002-PB, and fine waived.

18:287 False Claims Against the       31 months imprisonment to run
United States                         concurrently; supervised release
(2s-9s)                               36 months to run concurrently
                                      with special conditions; special
                                      assessment $1,500.00; restitution
                                      $443,309.46 joint and several
                                      with Steven Milkiewicz 04-cr-

| | |
|---|---|
| 18:201 Receipt of Bribery by Public Official (10s) | 10339-002-PB, and fine waived.<br><br>31 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,500.00; restitution $443,309.46 joint and several with Steven Milkiewicz 04-cr-10339-002-PB, and fine waived. |
| 18:641 Embezzlement of Public Monies (12s) | 31 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,500.00; restitution $443,309.46 joint and several with Steven Milkiewicz 04-cr-10339-002-PB, and fine waived. |
| 26:7206 Filing False Tax returns (13s-16s) | 31 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,500.00; restitution $443,309.46 joint and several with Steven Milkiewicz 04-cr-10339-002-PB, and fine waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:7206 Subscribing false tax return (1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

None

Assigned to: Judge Paul J. Barbadoro

**Defendant**

**Steven A. Milkiewicz** (2)  
*TERMINATED: 12/27/2005*

represented by **Bruce A. Singal**  
Donoghue, Barrett & Singal, PC  
Suite 1320  
One Beacon Street  
Boston, MA 02108-3113  
617-720-5090  
Fax: 617-720-5092  
Email: bsingal@dbslawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

**Pending Counts**

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES  
(1)

18:287 False Claims Against the United States  
(2-9)

26:7206 Filing False Tax Returns  
(17-20)

**Disposition**

41 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,300.00; restitution $196,796.63 joint and several with Timothy Schroeder, 04-cr-10339-01-PB; and fine waived.

41 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,300.00; restitution $196,796.63 joint and several with Timothy Schroeder, 04-cr-10339-01-PB; and fine waived.

41 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,300.00; restitution $196,796.63 joint and several

with Timothy Schroeder, 04-cr-10339-01-PB; and fine waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:201 BRIBERY OF PUBLIC OFFICIAL (11) | Not guilty |
| 26:7206 Filing False Tax Returns (21) | Not guilty |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Movant**

**Clerk of Court, U.S.D.C. District of Massachusetts**   represented by   **Thomas A. Reed**
Holtz & Reed LLP
25 New Chardon Street
Fourth Floor
Boston, MA 02114
617-720-0507
Fax: 617-720-0502
Email: treed@holtzandreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

USA    represented by   **Paul G. Levenson**
United States Attorney's Office

John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3147
Fax: 617-748-3960
Email: paul.levenson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2004 | 1 | INDICTMENT as to Timothy Schroeder (1) count(s) 1. (Gawlik, Cathy) (Entered: 11/16/2004) |
| 11/16/2004 | 2 | Judge Paul J. Barbadoro (USDC, NH) ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Timothy Schroeder (Gawlik, Cathy) (Entered: 11/16/2004) |
| 11/17/2004 | 4 | Judge William G. Young : ORDER entered ORDER OF RECUSAL of District of Massachusetts Judges in case as to Timothy Schroeder. The case has been assigned to Judge Paul Barbadoro of the District of New Hampshire. Concurring order signed by Chief Judge Steven McAuliffe, District of New Hampshire designating Magistrate Judge James R. Muirhead to perform duties under 28 USC 636(a) - (c). (Costello, Helen) (Entered: 11/23/2004) |
| 11/17/2004 |   | Case as to Timothy Schroeder no longer referred to Magistrate Judge Marianne B. Bowler. See Order - document #4. (Costello, Helen) (Entered: 11/23/2004) |
| 11/17/2004 |   | Case as to Timothy Schroeder Referred to Magistrate Judge James R. Muirhead of the District of New Hampshire. See Order - document #4. (Costello, Helen) (Entered: 11/23/2004) |
| 11/22/2004 | 3 | Summons Issued as to Timothy Schroeder: Initial appearance set for 12/2/2004 at 11:30 AM in Courtroom 25 before Magistrate Judge James R. Muirhead. (Saccoccio, Dianalynn) (Entered: 11/22/2004) |
| 12/01/2004 | 5 | Judge Paul J. Barbadoro (USDC, NH) : ORDER entered PROCEDURAL ORDER re: Filing of documents as to |

| | | |
|---|---|---|
| | | Timothy Schroeder (Michaelis, Maryanne) (Entered: 12/01/2004) |
| 12/01/2004 | | Mail Returned as Undeliverable. Mail sent to Timothy Schroeder. (Patch, Christine) (Entered: 12/08/2004) |
| 12/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge James R. Muirhead :Arraignment as to Timothy Schroeder (1) Count 1 held on 12/2/2004, Initial Appearance as to Timothy Schroeder held on 12/2/2004 ; Defendant pled Not Guilty to Count I of Indictment; Length of trial 2 weeks; Trial date 3/7/05; Defendant released on bail conditions; (Tape #11:54.) (Bushold, Janice) (Entered: 12/03/2004) |
| 12/02/2004 | 6 | NOTICE OF ATTORNEY APPEARANCE: William A. Brown appearing for Timothy Schroeder (Bushold, Janice) (Entered: 12/03/2004) |
| 12/02/2004 | 7 | Judge James R. Muirhead : ORDER entered ORDER Setting Conditions of Release; The defendant shall: maintain or actively seek employment; report to supervising officer; refrain from possessing a firearm; refrain from excessive use of alcohol; refrain from any use or unlawful possession of a narcotic drug and other controlled substances; obtain no passport; submit to alcohol testing; participate in program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by supervising officer; report to pretrial services any contact with law enforcement personnel including any arrest, questioning or traffic stop. (Bushold, Janice) (Entered: 12/03/2004) |
| 12/02/2004 | 8 | Judge James R. Muirhead : ORDER entered ORDER ON EXCLUDABLE DELAY as to Timothy Schroeder Time excluded from 12/2/04 until 12/31/04. (Bushold, Janice) (Entered: 12/03/2004) |
| 12/06/2004 | | ELECTRONIC NOTICE OF HEARING as to Timothy Schroeder Jury Trial set for 3/7/2005 09:30 AM before Judge Paul J. Barbadoro in Massachusetts. Pretrial Conference set for 2/22/2005 03:30 PM before Judge Paul J. Barbadoro. (Michaelis, Maryanne) (Entered: 12/06/2004) |
| 12/14/2004 | 9 | SUPERSEDING INDICTMENT as to Timothy Schroeder (1) count(s) 1s, 2s-9s, 10s, 12s, 13s-16s, Steven A. Milkiewicz (2) count(s) 1, 2-9, 11, 17-21. (Gawlik, Cathy) (Entered: 12/14/2004) |

| | | |
|---|---|---|
| 12/14/2004 | ●10 | Judge Paul J. Barbadoro : ORDER entered ORDER REFERRING CASE to Magistrate Judge James R. Muirhead Reason for referral: pretrial re: Superseding Indictment as to Timothy Schroeder, Steven A. Milkiewicz (Gawlik, Cathy) (Entered: 12/14/2004) |
| 12/20/2004 | ● | Summons Issued as to Steven A. Milkiewicz Arraignment set for 12/30/2004 11:30 AM before Magistrate James R. Muirhead. Initial Appearance set for 12/30/2004 11:30 AM before Magistrate James R. Muirhead. (Bushold, Janice) (Entered: 12/20/2004) |
| 12/23/2004 | ● | NOTICE OF HEARING as to Timothy Schroeder Change of Plea Hearing set for 1/3/2005 10:30 AM before Judge Paul J. Barbadoro in New Hampshire. Acceptance of guilty plea will be deferred until time of sentencing in Massachusetts (Michaelis, Maryanne) (Entered: 12/23/2004) |
| 12/30/2004 | ● | ElectronicClerk's Notes for proceedings held before Judge James R. Muirhead :Arraignment as to Steven A. Milkiewicz (2) Count 1,2-9,11,17-21 held on 12/30/2004, Initial Appearance as to Steven A. Milkiewicz held on 12/30/2004 ; Defendant sworn; Conditions for Bail Set; Defendant waived reading of indictment; Trial Date 4/5/05 before Judge Barbadoro; Excludable time entered by order for 12/30/04 thru 1/27/05. Counsel for Defedant Michelle Peirson appeared retained for this day only; Defendant's Financial Affidavit approved; Counsel to be appointed by the court. (Tape #11:50.) (Bushold, Janice) (Entered: 01/11/2005) |
| 12/30/2004 | ●17 | Judge James R. Muirhead : ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Steven A. Milkiewicz Time excluded from 12/30/04 until 1/27/05. (Bushold, Janice) (Entered: 01/11/2005) |
| 12/30/2004 | ●18 | Judge James R. Muirhead : ORDER entered. ORDER Setting Conditions of Release ; The defendant shall: report on a regular basis to supervising officer; maintain or actively seek employment; refrain from possessing a firearm; surrender any firearms to Clerk, US District Court; submit to any method of testing; travel restricted to NH and MA; refrain from excessive use of alcohol; (Bushold, Janice) (Entered: 01/11/2005) |
| 12/30/2004 | ● | Judge James R. Muirhead : ElectronicORDER entered. Financial Affidavit [16] approved ; as to Steven A. Milkiewicz |

| | | |
|---|---|---|
| | | (Bushold, Janice) (Entered: 01/11/2005) |
| 12/30/2004 | | Case as to Timothy Schroeder, Steven A. Milkiewicz no longer referred to Magistrate Judge James R. Muirhead. (Michaelis, Maryanne) (Entered: 01/19/2005) |
| 01/03/2005 | 11 | NOTICE of ACKNOWLEDGMENT AND WAIVER OF RIGHTS by Timothy Schroeder (Attachments: # 1 Elements of Offense# 2 Punishment)(Michaelis, Maryanne) (Entered: 01/03/2005) |
| 01/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro (in New Hampshire):Change of Plea Hearing/Arraignment as to Timothy Schroeder held on 1/3/2005. Defendant reserves his right to challenge the sentence and any enhancements. Plea of guilty to counts 1,2-9,10,12,13-16 of the superseding indictment. The Court defers adjudication until time of sentencing in USDC-Massachusetts (Court Reporter Diane Churas.) (Michaelis, Maryanne) (Entered: 01/03/2005) |
| 01/03/2005 | 12 | Judge Paul J. Barbadoro : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Timothy Schroeder Sentencing set for 4/4/2005 10:30 AM before Judge Paul J. Barbadoro. (Michaelis, Maryanne) (Entered: 01/03/2005) |
| 01/05/2005 | 13 | MOTION to Appoint Counsel as to Steven A. Milkiewicz. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Singal, Bruce) (Entered: 01/05/2005) |
| 01/05/2005 | 14 | NOTICE OF ATTORNEY APPEARANCE: Bruce A. Singal appearing for Steven A. Milkiewicz (Singal, Bruce) (Entered: 01/05/2005) |
| 01/05/2005 | 15 | MOTION to Withdraw as Attorney *(Erroneous Entry of Appearance)* by Bruce A. Singal. as to Steven A. Milkiewicz. (Singal, Bruce) (Entered: 01/05/2005) |
| 01/11/2005 | | Judge James R. Muirhead : Electronic Endorsed ORDER entered granting 13 Motion to Appoint Counsel Bruce A. Singal for Steven A. Milkiewicz appointed. as to Steven A. Milkiewicz nunc pro tunc to 1/5/05 (Michaelis, Maryanne) (Entered: 01/12/2005) |
| 01/11/2005 | | Judge James R. Muirhead : Electronic endorsedORDER entered finding as moot 15 Motion to Withdraw as Attorney. as to Steven A. Milkiewicz (2) - (see doc no. 13) (Michaelis, |

| | | |
|---|---|---|
| | | Maryanne) (Entered: 01/12/2005) |
| 01/19/2005 | | ElectronicClerk's Notes for proceedings set before Judge Paul J. Barbadoro : Jury Trial set for 4/5/2005 09:30 AM before Judge Paul J. Barbadoro in Massachusetts. Pretrial Conference set for 3/23/2005 04:00 PM before Judge Paul J. Barbadoro in New Hampshire. (Michaelis, Maryanne) (Entered: 01/19/2005) |
| 02/23/2005 | 19 | MOTION for Order *of Transcript* as to Steven A. Milkiewicz. (Attachments: # 1 Exhibit)(Peirce, Michelle) (Entered: 02/23/2005) |
| 02/24/2005 | | Judge Paul J. Barbadoro : Electronic ORDER entered granting 19 Motion for Order re: transcripts as to Steven A. Milkiewicz (2) (Michaelis, Maryanne) (Entered: 02/25/2005) |
| 02/25/2005 | | Terminate Deadlines and Hearings as to Timothy Schroeder, Steven A. Milkiewicz: T. Schroeder plead guilty, trial cancelled, S. Milkiewicz trial set for 4/5/05 (Michaelis, Maryanne) (Entered: 02/25/2005) |
| 03/15/2005 | 20 | Joint MOTION to Continue *Trial Date* as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 03/15/2005) |
| 03/15/2005 | 21 | Joint MOTION for Speedy Trial as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 03/15/2005) |
| 03/22/2005 | 22 | Judge Paul J. Barbadoro : Electronic ORDER entered granting 20 Motion to Continue as to Steven A. Milkiewicz (2); granting 21 Motion for Speedy Trial as to Steven A. Milkiewicz (2) (Michaelis, Maryanne) (Entered: 03/23/2005) |
| 03/22/2005 | | NOTICE OF RESCHEDULING as to Steven A. Milkiewicz Jury Selection set for 9/6/2005 09:30 AM in Massachusetts before Judge Paul J. Barbadoro. Jury Trial set for 9/6/2005 09:30 AM in Massachusetts before Judge Paul J. Barbadoro. Final Pretrial Conference set for 8/30/2005 02:00 PM before Judge Paul J. Barbadoro in New Hampshire. (Michaelis, Maryanne) (Entered: 03/23/2005) |
| 03/28/2005 | 23 | MOTION for Authorization of Services or Funds *for Duplication Services* as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 03/28/2005) |
| 03/30/2005 | 24 | MOTION to Continue *Sentencing (Assented to)* as to Timothy Schroederby USA. (Levenson, Paul) (Entered: 03/30/2005) |
| 03/30/2005 | | Judge Paul J. Barbadoro : Electronic ORDER entered granting |

| | | |
|---|---|---|
| | | 23 Motion for Authorization of Services or Funds as to Steven A. Milkiewicz (2) (Michaelis, Maryanne) (Entered: 03/30/2005) |
| 03/30/2005 | ● | Judge Paul J. Barbadoro : Electronic ORDER entered granting 24 Motion to Continue sentencing as to Timothy Schroeder (1) (Michaelis, Maryanne) (Entered: 03/30/2005) |
| 03/30/2005 | ● | NOTICE OF RESCHEDULING as to Timothy Schroeder Sentencing set for 9/26/2005 10:30 AM in Massachusetts before Judge Paul J. Barbadoro. (Michaelis, Maryanne) (Entered: 03/30/2005) |
| 03/31/2005 | ●25 | TRANSCRIPT of Proceedings as to Timothy Schroeder held on 1/3/05 before Judge Paul Barbadoro in New Hampshire. Court Reporter: Diane Churas. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Michaelis, Maryanne) (Entered: 04/04/2005) |
| 06/02/2005 | ● | NOTICE OF HEARING as to Steven A. Milkiewicz Telephone Conference set for 6/6/2005 02:30 PM before Judge Paul J. Barbadoro. Chambers will initiate the call. (Michaelis, Maryanne) (Entered: 06/02/2005) |
| 06/30/2005 | ●26 | SEALED MOTION as to Steven A. Milkiewicz. (Michaelis, Maryanne) (Entered: 07/06/2005) |
| 06/30/2005 | ●27 | SEALED MOTION as to Steven A. Milkiewicz. (Michaelis, Maryanne) (Entered: 07/06/2005) |
| 07/25/2005 | ●31 | Ex Parte SEALED MOTION as to Steven A. Milkiewicz. (Michaelis, Maryanne) (Entered: 08/18/2005) |
| 07/25/2005 | ●32 | Ex Parte SEALED MOTION as to Steven A. Milkiewicz. (Michaelis, Maryanne) (Entered: 08/18/2005) |
| 07/25/2005 | ●33 | Ex Parte SEALED MOTION as to Steven A. Milkiewicz. (Michaelis, Maryanne) (Entered: 08/18/2005) |
| 08/22/2005 | ●34 | Third Party MOTION for Discovery *Clerk of Court's Motion to Quash (served by pdf 8/12/05)* as to Timothy Schroeder, Steven A. Milkiewicz by Clerk of Court, U.S.D.C. District of Massachusetts. (Reed, Thomas) (Entered: 08/22/2005) |
| 08/24/2005 | ●35 | Opposition by Steven A. Milkiewicz re 34 MOTION for Discovery *Motion to Quash Subpoena Served Upon Third Party Witness Clerk of Court* (Attachments: # 1 # 2 # 3) |

| | | (Peirce, Michelle) (Entered: 08/24/2005) |
|---|---|---|
| 08/24/2005 | 36 | AFFIDAVIT of Michelle R. Peirce by Steven A. Milkiewicz (Peirce, Michelle) (Entered: 08/24/2005) |
| 08/26/2005 | 37 | TRIAL BRIEF by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 08/26/2005) |
| 08/26/2005 | 38 | Proposed Voir Dire by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 08/26/2005) |
| 08/26/2005 | 39 | Proposed Jury Instructions by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 08/26/2005) |
| 08/29/2005 | 40 | MOTION to Quash *Second Subpoena Served Upon Third Party Witness Clerk of Court* as to Timothy Schroeder, Steven A. Milkiewicz by Clerk of Court, U.S.D.C. District of Massachusetts. (Reed, Thomas) (Entered: 08/29/2005) |
| 08/29/2005 | 41 | EXHIBIT/WITNESS LIST by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 08/29/2005) |
| 08/29/2005 | 42 | MOTION in Limine *to Exclude "Bid Rigging" Allegations and Evidence* as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 08/29/2005) |
| 08/29/2005 | 43 | MEMORANDUM in Support by Steven A. Milkiewicz re 42 MOTION in Limine *to Exclude "Bid Rigging" Allegations and Evidence* (Attachments: # 1 # 2 # 3)(Peirce, Michelle) (Entered: 08/29/2005) |
| 08/30/2005 | 44 | Opposition by Steven A. Milkiewicz re 40 MOTION to Quash *Subpoena Served Upon Third Party Witness Clerk of Court* (Peirce, Michelle) (Entered: 08/30/2005) |
| 08/30/2005 | 45 | EXHIBIT/WITNESS LIST by USA as to Steven A. Milkiewicz (Attachments: # 1)(Levenson, Paul) (Entered: 08/30/2005) |
| 08/31/2005 | 46 | MOTION for Bill of Particulars *As to Count 11* as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 08/31/2005) |
| 08/31/2005 | 47 | Opposition by USA as to Steven A. Milkiewicz re 46 MOTION for Bill of Particulars *As to Count 11* (Levenson, Paul) (Entered: 08/31/2005) |
| 09/01/2005 | 48 | Proposed Voir Dire by Steven A. Milkiewicz (Peirce, Michelle) (Entered: 09/01/2005) |

| | | |
|---|---|---|
| 09/01/2005 | ●49 | EXHIBIT/WITNESS LIST by Steven A. Milkiewicz (Peirce, Michelle) (Entered: 09/01/2005) |
| 09/01/2005 | ●50 | EXHIBIT/WITNESS LIST by Steven A. Milkiewicz (Attachments: # 1)(Peirce, Michelle) (Entered: 09/01/2005) |
| 09/02/2005 | ●51 | Opposition by USA as to Steven A. Milkiewicz re 42 MOTION in Limine *to Exclude "Bid Rigging" Allegations and Evidence* (Levenson, Paul) (Entered: 09/02/2005) |
| 09/02/2005 | ●52 | NOTICE *UNITED STATES' REVISED WITNESS LIST* by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 09/02/2005) |
| 09/02/2005 | ●53 | NOTICE *UNITED STATES' EXHIBIT LIST (REVISED)* by USA as to Steven A. Milkiewicz (Levenson, Paul) (Entered: 09/02/2005) |
| 09/02/2005 | ●54 | EXHIBIT/WITNESS LIST by Steven A. Milkiewicz (Attachments: # 1)(Peirce, Michelle) (Entered: 09/02/2005) |
| 09/06/2005 | ●55 | EXHIBIT/WITNESS LIST by Steven A. Milkiewicz (Peirce, Michelle) (Entered: 09/06/2005) |
| 09/06/2005 | ●56 | Proposed Jury Instructions by Steven A. Milkiewicz (Singal, Bruce) (Entered: 09/06/2005) |
| 09/06/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Paul J. Barbadoro :Voir Dire begun on 9/6/2005 Steven A. Milkiewicz (2) on Count 1,2-9,11,17-21. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/07/2005) |
| 09/06/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Paul J. Barbadoro : Jury Trial held on 9/6/2005. Case called, Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 1, The Court meets with counsel before Jury Selection, Jury Selection held and completed on 9/6/2005, 14 Jurors (2 alternates) seated, Jury Panal sworn, Opening Statements, Government calls Christine Karjel, Cross, Jury dismissed for the day @ 3:55 pm, The Court meets with counsel outside the presence of the Jury, Continuation of Jury Trial set for 9/7/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/07/2005) |
| 09/06/2005 | ● | Reset Hearings as to Steven A. Milkiewicz: Jury Trial set for 9/7/2005 09:00 AM in Courtroom 9 before Judge Paul J. |

| | | |
|---|---|---|
| | | Barbadoro. (Roland, Lisa) (Entered: 09/19/2005) |
| 09/07/2005 | 57 | EXHIBIT/WITNESS LIST by Steven A. Milkiewicz (Attachments: # 1)(Peirce, Michelle) (Entered: 09/07/2005) |
| 09/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/7/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 2, The Court meets with counsel out of the presence of the Jury, Case resumes with the Government's Evidence, Jurors dismissed at 4:00 pm, The Court meets with Counsel in Chambers, Court Closes for the day at 5:30 pm. Jury Trial set for 9/8/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/19/2005) |
| 09/08/2005 | | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/8/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 3, Case resumes with the Government's Evidence, Jurors dismissed at 4:05 pm and Court Closes for the day. Jury Trial set for 9/9/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/19/2005) |
| 09/08/2005 | | Notice of correction to docket made by Court staff. Correction: Clerk Notes for Jury Trial days 2 & 3 deleted and re-docketed to correct statistical reporting as to Steven A. Milkiewicz. (Roland, Lisa) (Entered: 09/19/2005) |
| 09/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/9/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 4, Case resumes with the Government's Evidence, Defense Counsel calls 1 witness out of order, Jurors dismissed at 3:30 pm and Court Closes for the day at 3:45 pm. Continuation of Jury Trial set for 9/12/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/09/2005) |
| 09/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/12/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 5, Case resumes with the |

|  |  |  |
|---|---|---|
|  |  | Government's Evidence, Jurors dismissed at 3:50 pm and Court Closes for the day at 4:20 pm. Continuation of Jury Trial set for 9/13/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/13/2005) |
| 09/13/2005 | 58 | Proposed Jury Instructions by Steven A. Milkiewicz (Singal, Bruce) (Entered: 09/13/2005) |
| 09/13/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/13/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 6, Case resumes with the Government's Evidence, Jurors dismissed at 3:55 pm and Court Closes for the day at 4:15 pm. Continuation of Jury Trial set for 9/14/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel) (Roland, Lisa) (Entered: 09/13/2005) |
| 09/14/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/14/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 7, Case resumes with the Government's Evidence, Jurors dismissed at 4:00 pm and Court Closes for the day. Jury Trial set for 9/15/2005 09:00 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/19/2005) |
| 09/15/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial as to Steven A. Milkiewicz held on 9/15/2005. Counsel (Levenson, Singal, Peirce) & Defendant appear for Jury Trial Day 8, Case resumes with the Government's Evidence, Government rests, Defendant's Evidence, Defense Rests, Defendant's motion filed and DENIED, Closing Arguments, Case goes to the Jury, Jury has questions, and is dismissed for the day at 4:00 pm. Jury Trial set for 9/16/2005 08:30 AM in Courtroom 9 before Judge Paul J. Barbadoro. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/20/2005) |
| 09/15/2005 | 59 | Jury Instructions as to Steven A. Milkiewicz. (Roland, Lisa) (Entered: 09/20/2005) |
| 09/16/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Paul J. Barbadoro :Jury Trial day 9 as to Steven A. Milkiewicz |

| | | |
|---|---|---|
| | | held on 9/16/2005. Jurors start deliberations at 8:30 am, Three questions from Jury answered, Verdict returned @ 3:30 pm, Defendant found Guilty on counts 1-9 & 17-20, and found Not Guilty on counts 11 & 21, Jurors Dismissed, Defendant released on prior conditions pending sentencing on December 22, 2005. (Court Reporter C. Handel.) (Roland, Lisa) (Entered: 09/20/2005) |
| 09/16/2005 | 60 | EXHIBIT LIST re: Jury Trial held 9/6/2005-9/16/2005 as to Steven A. Milkiewicz. (Roland, Lisa) (Entered: 09/20/2005) |
| 09/16/2005 | 61 | WITNESS LIST re: Jury Trial 9/6/2005-9/16/2005 as to Steven A. Milkiewicz. (Roland, Lisa) (Entered: 09/20/2005) |
| 09/16/2005 | 62 | JURY VERDICT as to Steven A. Milkiewicz (2) Guilty on Count 1, 2-9 & 17-20. Steven A. Milkiewicz (2) Not Guilty on Counts 11 & 21. (Attachments: # 1 Questions from the Jury) (Roland, Lisa) (Entered: 09/20/2005) |
| 09/22/2005 | | NOTICE OF HEARING as to Timothy Schroeder Sentencing reset for 12/22/2005 10:30 AM before Judge Paul J. Barbadoro. (Michaelis, Maryanne) (Entered: 09/22/2005) |
| 12/13/2005 | 63 | MOTION for Order *of Expedited Transcript* as to Steven A. Milkiewicz. (Peirce, Michelle) (Entered: 12/13/2005) |
| 12/13/2005 | | Judge Paul J. Barbadoro : Electronic ORDER entered granting 63 Motion for Order re: expedited transcript as to Steven A. Milkiewicz (2) (Michaelis, Maryanne) (Entered: 12/14/2005) |
| 12/16/2005 | 64 | MOTION to Reduce Sentence *Based Upon Defendant's Substantial Assistance to Law Enforcement Authorities* as to Timothy Schroederby USA. (Levenson, Paul) (Entered: 12/16/2005) |
| 12/19/2005 | 65 | TRANSCRIPT of Jury Trial as to Steven A. Milkiewicz held on August 9, 2005 before Judge Barbardoro. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/19/2005) |
| 12/19/2005 | 66 | TRANSCRIPT of Jury Trial as to Steven A. Milkiewicz held on August 12, 2005 before Judge Barbadoro. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter st 617/261-0555 or the Clerk's |

| | | |
|---|---|---|
| | | Office. (Scalfani, Deborah) (Entered: 12/19/2005) |
| 12/21/2005 | 67 | SENTENCING MEMORANDUM by Steven A. Milkiewicz (Attachments: # 1 # 2 # 3)(Peirce, Michelle) (Entered: 12/21/2005) |
| 12/22/2005 | | Clerk's Notes for proceedings/Sentencing held before Judge Paul J. Barbadoro : Paul Levenson for government, William Brown for the defendant; Cathy Battistelli for Probation. The court accepted the guilty plea, adjudged defendant guilty; (Court Reporter Debra Joyce.) (Michaelis, Maryanne) (Entered: 12/23/2005) |
| 12/22/2005 | | Clerk's Notes for proceedings/Sentencing held before Judge Paul J. Barbadoro : Paul Levenson appeared for government, Michelle Peirce, Bruce Singal appeared for defendant, Cathy Battistelli appeared for Probation (Court Reporter Debra Joyce.) (Michaelis, Maryanne) (Entered: 12/23/2005) |
| 12/27/2005 | 68 | NOTICE OF APPEAL by Steven A. Milkiewicz Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/17/2006. (Peirce, Michelle) (Entered: 12/27/2005) |
| 12/27/2005 | 69 | Judge Paul J. Barbadoro : ORDER entered. JUDGMENT as to Timothy Schroeder (1), Count(s) 1, Dismissed; Count(s) 10s, 12s, 13s-16s, 1s, 2s-9s, 31 months imprisonment to run concurrently; supervised release 36 months to run concurrently with special conditions; special assessment $1,500.00; restitution $443,309.46 joint and several with Steven Milkiewicz 04-cr-10339-002-PB, and fine waived. (Michaelis, Maryanne) Additional attachment(s) added on 12/30/2005 to replace J & C with revised judgment to correct clerical errors. (Costello, Helen). Additional attachment(s) added on 1/12/2006. New signature page added to replace last page of Judgment to remove personal identifiers. (Costello, Helen). (Entered: 12/29/2005) |
| 12/27/2005 | 70 | Judge Paul J. Barbadoro : ORDER entered. JUDGMENT as to Steven A. Milkiewicz (2), Count(s) 1, 17-20, 2-9, 41 months imprisonment to run concurrently; supervised release 36 |

| | | |
|---|---|---|
| | | months to run concurrently with special conditions; special assessment $1,300.00; restitution $196,796.63 joint and several with Timothy Schroeder, 04-cr-10339-01-PB; and fine waived; Count(s) 11, 21, Not guilty (Michaelis, Maryanne) Additional attachment(s) added on 12/30/2005 to replace J & C with revised judgment to correct clerical errors. (Costello, Helen). Additional attachment(s) added on 1/12/2006. New signature page added to replace last page of Judgment to remove personal identifiers. (Costello, Helen). (Entered: 12/29/2005) |
| 12/30/2005 | | Notice of correction to docket made by Court staff as to Timothy Schroeder and Steven A. Milkiewicz. Correction: Judgments for Timothy Schroeder and Steven Milkiewicz replaced: to remove personal identifiers on last page of J & Cs included in error and to correct clerical error in amount entered in Totals for restitution for defendant Milkiewicz. (Costello, Helen) (Entered: 12/30/2005) |
| 01/05/2006 | 71 | RECEIPT as to Steven A. Milkiewicz for all trial exhibits returned to AUSA Paul Levenson. (Costello, Helen) (Entered: 01/12/2006) |
| 01/12/2006 | | Notice of correction to docket made by Court staff. Correction: judgments corrected to add new signature page for last page of judgment to remove personal identifiers that were inadvertently included when original judgment was entered. as to Timothy Schroeder, Steven A. Milkiewicz (Costello, Helen) (Entered: 01/12/2006) |
| 01/18/2006 | 72 | TRANSCRIPT of Sentencing as to Timothy Schroeder held on December 22, 2005 before Judge Barbardoro. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2006) |
| 01/18/2006 | 73 | TRANSCRIPT of Sentencing as to Steven A. Milkiewicz held on December 22, 2005 before Judge Barbardoro. Court Reporter: Debra M.Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2006) |