UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>STEVEN A. MILKIEWICZ, )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 04-10339-PJB<br>NH CR04-213-01-PB |

### NOTICE OF WITHDRAWAL AS COUNSEL

Undersigned counsel hereby gives notice of withdrawal as counsel for Defendant-Appellant Steven A. Milkiewicz in the above-captioned matter. Successor counsel has been appointed pursuant to the Order of the First Circuit Court of Appeals dated February 3, 2006, attached hereto as Exhibit A.

Respectfully submitted,

STEVEN A. MILKIEWICZ,
By his attorneys,

_/s/    Bruce A. Singal_
Bruce A. Singal, BBO#464420
Michelle R. Peirce, BBO#557316
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated: February 7, 2006

## CERTIFICATE OF SERVICE

    I, Bruce A. Singal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (EFC) and will be served upon Maryanne Michaelis, Clerk, United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, NH 03301-3941, by first class mail, postage prepaid, this 7th day of February, 2006.

                                                /s/   Bruce A. Singal
                                         Bruce A. Singal



# United States Court of Appeals
## For the First Circuit

---

No. 06-1192

UNITED STATES,

Appellee,

v.

Steven A. Milkiewicz,

Defendant - Appellant.

---

ORDER OF COURT

Entered: February 3, 2006

Appellant's request for appointment of new counsel on appeal is <u>granted</u>. Attorney Terrance McCarthy is appointed as counsel under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Attorney Singal is allowed to withdraw as counsel and is directed to forward the case record to Attorney Terrance McCarthy at 354 Washington Street, Braintree, MA 02184 and provide proof of such service to this court by February 17, 2006.

On or before February 24, 2006 Attorney McCarthy must file the docketing statement and transcript order forms, accompanied by a CJA Form 24 vouchers, or a statement certifying that the transcript of all necessary proceedings has been filed/ordered.

By the Court:
Richard Cushing Donovan, Clerk

By: __MARGARET CARTER__
Chief Deputy Clerk