U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2006 FEB 10 P 3:25

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   Criminal No. 04-cr-10339-PB

Steven Milkiewicz

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Steven Milkiewicz and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

Violation of Condition of Bail. *See* Petition attached.

DATE: February 8, 2006



ISSUED BY:
Joyce Roy
Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | **WARRANT EXECUTED** USMS |  |
| DATE OF ARREST | Boston, MA | 02/10/2006 |
|  | District | Date |