# UNITED STATES DISTRICT COURT
## DISTRICT OF ~~NEW HAMPSHIRE~~ MASSACHUSETTS

USA

v.

Steven A. Milkiewicz

Case #   04 CR 10339-PJB-2 **EXHIBITS**

OFFERED BY: Government   2/13/06 Bail Revocation Hearing

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Judgment |
| 2 | Order Setting Conditions of Release |
| 3 | Report of Bail Violation - Warrant Recommended |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)