AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

FILED In Court USDCMA 10:25 AM 2/13/06

## APPEARANCE

Case Number: 04-CR-10339

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Steven Milkiewicz.

2/13/06
Date

Signature

Terrance J. McCarthy
Print Name

354 Washington Street
Address

Braintree, Mass 02184
City / State / Zip Code

781-848-9555
Phone Number