# United States Court of Appeals
## For the First Circuit

*04-10339*
*Massachusetts*
*P. Barbador*

No. 06-1192

UNITED STATES,

Appellee,

v.

STEVEN A. MILKIEWICZ,

Defendant, Appellant.

---

**JUDGMENT**

Entered: December 6, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of conviction and the sentence imposed by the district court are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 12/27/06

By the Court:

_____
Richard Cushing Donovan, Clerk

[cc: Mr. McCarthy, Mr. Levenson, & Ms. Chaitowitz.]