May 3, 2008

The Honorable Paul J. Barbadoro
U.S. Federal District Judge
New Hampshire Federal District Court
Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH  03301-3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 MAY 12  P 1: 02

Dear Judge Barbadoro:

I am writing you at this time to ask that you reconsider the portion of my sentence that imposed an obligation that I enter into a Drug and Alcohol Treatment Program, with testing, during my time on probation.  I am writing your honor at this time since it appears likely that I will be released to halfway house in approximately three months.  As your Honor may recall from the record, there was a discussion at my sentencing hearing about the need for such a program.  At that time, your Honor expressed your belief that I had an underlying problem requiring such treatment.

I ask that your honor consider the following factors in deciding the merits of my current request:

1) I will have been incarcerated for a period of thirty months with no problem or incident involving drugs or alcohol.  My record during my imprisonment has been exemplary with no negative incidents at all;

2) I have been a diabetic for a number of years.  This condition has grown worse during my time in prison, making is essential that I avoid alcohol in the interest of my health;

3) Pursuant to the suggestion of the Court, while in prison I applied for entry into the Drug and Alcohol Program.  Upon review of my case, including my Pre-Sentencing Report and several in-person interviews, the professional Drug Counselors, who manage the program, determined that my circumstances did not warrant my participation in the Drug and Alcohol Program;

4) For my entire working life, I have been employed in sales, and I expect that, upon my release I will again be employed in a sales-related job.  Typically, these positions require travel to different areas of the state or region.  If I am required to participate in a structured program with testing upon my release, it would be impossible to comply with the requirements of such a program and still be able to properly discharge my duties for an employer.  In all likelihood, the requirements of an alcohol program would make it impossible for me to secure employment in the field for which I am best suited and have prior experience.  This will severely reduce my ability to find a suitable job, and therefore impact my earnings ability to both support my family upon my release and make restitution;

5) Due to the severe financial stress that my imprisonment has placed upon my family and considering my requirement to make restitution of approximately $300,000 upon my release, it is imperative that my first duty is to concentrate on securing suitable employment that will allow me to earn enough to resolve my family's current financial crisis (our home is on the brink of default and my son is in college, and my daughter would be due to start college in the Fall of 2009). The current requirement that I participate in an Alcohol and Drug Program where I am required to be available for testing adds what I believe will be an insurmountable obstacle to my ability to care for my family and to successfully re-integrate into a professional career upon my release.

For the above reasons, I respectfully ask that your Honor reconsider that portion of my sentence and enter an order eliminating the requirement that I enter into an Alcohol Program with testing upon my release. Thank you for any consideration you can give to this request.

Respectfully submitted,

Steven Milkiewicz